## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| Chris Elisha Smith,<br><br>   Plaintiff,<br><br>v.<br><br>YouTube, LLC,<br><br>   Defendant. | Civil Action No.: _____<br><br>**Removed From:**<br><br>The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.<br><br>Case No.: CACE24001269 |

## NOTICE OF REMOVAL

Defendant YouTube, LLC ("*YouTube*") hereby removes this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. *See* 28 U.S.C. §§ 1331, 1332, 1441(a)-(b), and 1446. The grounds for removal are as follows:

1. On January 30, 2024, Plaintiff Chris Elisha Smith ("*Plaintiff*") filed an action for "Libel; Discrimination; Antitrust/Trade Regulations" against YouTube seeking $730,010.00 in damages in connection with the termination of Plaintiff's YouTube account.

2. Plaintiff's action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and is currently pending as Case No. CACE24001269 (the "*State Court Action*").

3. The undersigned counsel attaches all process, pleadings, orders and other documents filed in the State Court Action, along with a current copy of the State Court Action docket, as **Composite Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

1

4. On February 29, 2024, YouTube's registered agent was served with a copy of the Summons and Complaint. (*See* Comp. Ex. A at p. 17, Aff. of Service.)

5. No proceedings have taken place in the State Court Action matter besides the filing of the Complaint and Affidavit of Service. (*See* Comp. Ex. A. at pp. 2-4, Docket Sheet.)

6. YouTube removes this action to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, pursuant to the provisions of 28 U.S.C. § 1441 on the grounds that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and federal question jurisdiction pursuant to 28 U.S.C. § 1331.

7. The Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are completely diverse as citizens of different states (Florida versus Delaware/California), and the amount in controversy alleged by Plaintiff exceeds $75,000.00, exclusive of interest and costs.

8. Plaintiff is a Florida resident having an address of 555 N.W. 29th Avenue Fort Lauderdale, Florida 33311. (*See* Comp. Ex. A at p. 7, Compl. ¶ 2.)

9. Defendant YouTube, LLC is a limited liability company formed in Delaware with its principal place of business at 901 Cherry Ave, San Bruno, California 94043. (*Id.* at p. 7, Compl. ¶ 3; *id.* at pp. 20-21, Cal. Sec. of State Stmt. of Info. for YouTube attached to Aff. of Service.)

10. Google LLC is the sole member of YouTube, and is a limited liability company formed in Delaware with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043. (Comp. Ex. A at pp. 20-21, Cal. Sec. of State Stmt. of Info. for YouTube attached to Aff. of Service; Exhibit B, Cal. Sec. of State Stmt. of Info. for Google.)

11. XXVI Holdings, Inc. is the sole member of Google LLC, and is a corporation formed in Delaware with its business address at 1600 Amphitheatre Parkway, Mountain View, California 94043. (Ex. B; Exhibit C, Del. Sec. of State listing for XXVI Holdings.)

12. Plaintiff seeks $730,010.00 in monetary damages, exclusive of interest and costs. (Comp. Ex. A at p. 7, Compl. ¶ 1.)

13. The allegations and/or claims purportedly asserted in the Complaint also render this a civil action arising under the Constitution, laws or treaties of the United States, specifically including Title 15 of the United States Code.

14. The Complaint purports to assert a claim for an antitrust violation. (Comp. Ex. A at p. 8, Compl. ¶ 5.) Although Plaintiff does not identify whether the claim is asserted under Florida law or federal law, the claim may be asserted under 15 U.S.C. § 2 due to the claim of "monopoly" and federal courts have exclusive jurisdiction over such claims pursuant to 15 U.S.C. § 4. *E.g., Aquatherm Indus., Inc. v. Fla. Power & Light Co.*, 84 F.3d 1388, 1391 & n.2 (11th Cir. 1996).

15. Accordingly, the Court has original jurisdiction over this civil action pursuant to both 28 U.S.C. §§ 1331 and 1332(a)(1), and this action may be removed to this Court by YouTube pursuant to 28 U.S.C. § 1441.

16. This Notice of Removal is timely because it is filed within thirty (30) days after YouTube was served with the Summons and Complaint. 28 U.S.C. § 1446(b)(1).

17. YouTube has not filed a responsive pleading or motion in the State Court Action.

18. YouTube's deadline to respond to the Complaint in this Court shall run for seven (7) days from the removal of this action, through and including March 27, 2024. FED. R. CIV. P. 81(c)(2)(C).

19. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Florida, Fort Lauderdale division is the venue for this action. The State Court Action was filed in the Broward County Circuit Court – the forum in which the removed action was pending, and this federal district and division embrace the place where such action is pending.

20. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal will be served promptly upon Plaintiff and filed with the Clerk of the Circuit Court of Broward County, Florida.

21. In filing this Notice of Removal, YouTube does not waive any defenses or counterclaims that may be available to it.

WHEREFORE, Defendant YouTube hereby gives notice that the above-referenced action pending in the Broward County Circuit Court has been removed from there to this Court.

Respectfully submitted this 20th day of March, 2024.

/s/ Damon J. Whitaker
**BRYAN CAVE LEIGHTON PAISNER LLP**
Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree St. NW, 14th Floor
Atlanta, GA 30309
Tel: (404) 572-6600
Email: damon.whitaker@bclplaw.com

Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
          romeroe@bclplaw.com

*Attorneys for YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing Notice of Removal was e-filed using the Court's ECF System and was served on Plaintiff Chris Elisha Smith via U.S. Mail at 555 N.W. 29th Avenue, Fort Lauderdale, Florida 33311.

*/s/ Damon J. Whitaker*
Damon J. Whitaker, Esq.

*One of the Attorneys for YouTube, LLC*