# Exhibit A

3/20/24, 9:34 AM                                      Case Detail - Public - Broward County Clerk of Courts



BRENDA D. FORMAN
CLERK OF THE COURTS
browardclerk.org ■ BROWARD COUNTY, FLORIDA

|  |

Menu ☰

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖶 Print

## Chris Elisha Smith Plaintiff vs. Youtube LLC Defendant

**Broward County Case Number:** CACE24001269
**State Reporting Number:** 062024CA001269AXXXCE
**Court Type:** Civil
**Case Type:** Other - Libel/Slander
**Incident Date:** N/A
**Filing Date:** 01/30/2024
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Casey, Daniel A.

### Party(ies)                                                                    Total: 2

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Smith, Chris Elisha** | | ★ Pro Se Retained <br><br> **Status: Active** |

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Youtube LLC** | | |

## ➖ Disposition(s)                                                    Total: 0

| Date | Statistical Closure(s) | |
|---|---|---|
| Date | Disposition(s) | View / Pages |

## ➖ Collection(s)                                                     Total: 0

**There is no Collection information available for this case.**

## ➖ Event(s) & Document(s)                                            Total: 7

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 03/03/2024 | **Summons Returned Served** | Februan- 29.2024. at 12:49 pm Party: *Defendant* Youtube LLC | 📄/5 |
| 02/22/2024 | **Alias Summons Issued** | H/B To Chris Party: *Defendant* Youtube LLC | |
| 02/22/2024 | **Summons Returned Unserved/Unexecuted** | Party: *Defendant* Youtube LLC | 📄/1 |
| 01/30/2024 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 01/30/2024 | **Summons Issued** | HB To Plaintiff Party: *Defendant* Youtube LLC | |
| 01/30/2024 | **Civil Cover Sheet** | | 📄/3 |

3/20/24, 9:34 AM                                  Case Detail - Public - Broward County Clerk of Courts

| Date | Description | Additional Text | View / Pages |
|------|-------------|-----------------|--------------|
| 01/30/2024 | **Complaint** | Party: *Plaintiff* Smith, Chris Elisha | 🗎 /3 |

| ▬ Hearing(s) | Total: 0 |
|---|---|

**There is no Disposition information available for this case.**

| ▬ Related Case(s) | Total: 0 |
|---|---|

**There is no related case information available for this case.**

## Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                                          ›

 (https://www.facebook.com/browardclerkofcourts/)

## Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)                                  ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                                                         ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)                           ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)                                            ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)                                                   ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)                                                     ♿

PRINT                                                                                                            🖶

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)                 ›

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)                                   ›

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) › *PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) › *PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.
© 2024 - All rights reserved



# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

### DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 1:21:02 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A |
| **Case Docket:** | 1/30/2024 - Complaint - 3 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314131918C87E |

---

### HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A Page 1 of 3

## IN THE CIRCUIT COURT IN AND FOR THE 17TH JUDICIAL CIRCUIT

## BROWARD COUNTY, FLORIDA

CASE NUMBER: 24 - 0 0 0 1 2 6 9

Chris Elisha Smith , Plaintiff(s)

_____

v.

Youtube LLC _____ , Defendant

**FILED**

JAN 30 2024

By _____

## COMPLAINT

Plaintiff, Chris Elisha Smith , sues defendant, Youtube LLC and alleges:

       (name)                                  (name)

1.  This is an action for damages in the amount of $ 730,010 _____ .

2.  Plaintiff resides at 555 NW 29 Avenue Ft Lauderdale FL 33311 in

                                           (address)

    Broward _____ County.

3.  Defendant resides at 901 Cherry Ave San Bruno, CA 94066 in

                                        (address)

    San Mateo _____ County **or** Defendant is a Florida Corporation doing business at

    _____, _____ County.

                 (address)

4.  On November 30, 2022,

        (date)

    At 8:52 PM on November 30, 2022, Youtube terminated
my account while I was still reading my Japanese textbooks.
The account was active anonymously for 4 years with no
problems, until "my skin color was seen on red, unopened
Japanese textbooks." Afterwards, Youtube's systems were
abused to repeatedly remove all of my videos containing
my Japanese textbook lessons, especially after the views

D=1
Paid without
SIS

County Complaint page 1 of 3

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 1/30/2024 4:30:00 PM.****

and subscribers from these well-refined Japanese textbook lessons increased at an extremely rapid rate, but Youtube intervened and removed everything before it obtains even a hundred views or subscribers. Other users in Youtube, primarily of white or Japanese ethnicity, are allowed to "hold Japanese textbooks with their face," offer Japanese without sourcing their Japanese resource, and even charge money. Japanese people used Japanese to sell pornography and call it "culture," "anime," and are raised in Youtube for years.

*(statement of facts on which claim for relief against defendant is based)*

5. Plaintiff is entitled to relief from the defendant under the above facts on the basis of the
defendant's <u>Libel, Discrimination, Antitrust/Trade Regulations</u> by
*(legal basis for relief, i.e. negligence, breach of contract, etc.)*
reason of Youtube's monopoly over Japanese educational material and "brute-force removal of credible learning videos without due process of law from the courts of America." I have waited for 3A Corporation/Youtube LLC to remove illegitimate trademark strikes for a whole year; no answer for over 730 days. I have studied for over a thousand days, with a perfect 805 day Japanese Streak. I have 100% accuracy on 1006 Japanese joyo Kanji in 117 minutes, and 98.7% accuracy on 2136 in 84 minutes. Japanese people "intentionally remain silent when asked about the 2136 Japanese joyo Kanji for common use in school systems in Japan."
*(facts showing entitlement of plaintiff to relief from defendant)*

6. The item(s) of <u>damage</u> to which plaintiff is entitled to relief from defendant
*(injury or damage)*
include(s) Minna no Nihongo English Translation and Grammatical notes (All 4 books), Minna no Nihongo (an additional 4 books) for 8 books, Removed Minna no Nihongo videos (the charges run from the start of the first strike, up to 730 days of negligence/harm)
*(specify)*

7. *(If applicable)* Plaintiff has agreed to pay reasonable attorney's fee and is entitled to recover
attorney's fees in this action pursuant to Section_____ of the Florida Statutes or
*(section number)*
paragraph _____ of the contract entered into between plaintiff and defendant.
*(paragraph number)*

8. As a result, plaintiff requests judgement against defendant for damages,
_____, cost of suit, and any other further relief as the court may
*(add "attorney fees" if requested)*
deem proper.

County Complaint page 2 of 3

Unique Code : CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A  Page 2 of 3

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 1/30/2024 4:30:00 PM.****

9.   Plaintiff, _Chris Elisha Smith_ does/does not demand a jury trial.
           *(name)*                    *(circle one)*

Dated: _January    30_, 20_24_.

_Chris Smith_
_____
                                    *(signature)*

Print Name: _Chris Elisha Smith_
Address: _555 NW 24th Avenue_
            _Ft Lauderdale  Fl 33311_
Phone: _(954) 709 - 3514_

State of Florida          )
                          )
County of **BROWARD**      )

Sworn to or affirmed and subscribed before me on the _30th_ J  day of _January_ by
_CHRIS SMITH_.
*(name of person making the statement)*

_Latavia Striggles_
*(Signature of notary public)*

_LATAVIA STRIGGLES_
*(Name of notary typed, printed or stamped)*

(Notary Seal)
Notary Public State of Florida
Latavia S Striggles
My Commission
HH 274946
Exp. 6/12/2026

Personally known _____ OR produced Identification _FL ID Exp. 1/2/32_.
Type of identification produced _FL ID_

**County Complaint page 3 of 3**



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:48 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J |
| **Case Docket:** | 1/30/2024 - Civil Cover Sheet - 3 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



**** FILED: BROWARD COUNTY, FL. Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

**FORM 1.997.**    **CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

Plaintiff Chris Elisha Smith

Case # 24 - 0 0 0 1 2 6 9

Division: _____

vs.

Defendant Youtube L.Lc

FILED
JAN 30 2024
By_____

03

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

_____ $8,000 or less
_____ $8,001 - $30,000
_____ $30,001- $50,000
_____ $50,001- $75,000
_____ $75,001 - $100,000
___✓___ over $100,000.00

### III.    TYPE OF CASE        (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

Unique Code : CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J Page 1 of 3

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J Page 2 of 3

**CIRCUIT CIVIL**

_____ Condominium
_____ Contracts and indebtedness
_____ Eminent domain
_____ Auto negligence
_____ Negligence—other
      _____ Business governance
      _____ Business torts
      _____ Environmental/Toxic tort
      _____ Third party indemnification
      _____ Construction defect
      _____ Mass tort
      _____ Negligent security
      _____ Nursing home negligence
      _____ Premises liability—commercial
      _____ Premises liability—residential
_____ Products liability
_____ Real property/Mortgage foreclosure

      _____ Commercial foreclosure

      _____ Homestead residential foreclosure

      _____ Non-homestead residential foreclosure

      _____ Other real property actions

_____ Professional malpractice
      _____ Malpractice—business
      _____ Malpractice—medical
      _____ Malpractice—other Professional
     ☒ Other
      ☒ Antitrust/Trade regulation
      _____ Business transactions
      _____ Constitutional challenge—statute or ordinance
      _____ Constitutional challenge—proposed amendment
      _____ Corporate trusts
      ☒ Discrimination—employment or other
      _____ Insurance claims
      _____ Intellectual property
      ☒ Libel/Slander
      _____ Shareholder derivative action
      _____ Securities litigation
      _____ Trade secrets
      _____ Trust litigation

**COUNTY CIVIL**

_____ Civil
_____ Real property/Mortgage foreclosure
_____ Replevins
_____ Evictions
   _____ Residential Evictions
   _____ Non-residential Evictions
_____ Other civil (non-monetary)

**IV.** **REMEDIES SOUGHT** (check all that apply):
 ☒ Monetary;
 _____ Nonmonetary declaratory or injunctive relief;
 _____ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:** [ ]
(Specify) _____
_____

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
  _____ yes
  ☒ no

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
  ☒ no
  __ yes If "yes," list all related cases by name, case number, and court._____
_____
_____
_____

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
  _____ yes
  ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature _Chris Smith_____ Fla. Bar # _____
_Chris Elisha Smith_
(type or print name)     (Bar # if attorney)
Attorney or party    _January 30, 2024_
         Date

Notary Public State of Florida
Latavia S Struggles
My Commission
HH 274945
Exp. 6/12/2026



# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:53 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHHHJFCD-IFGHHC-B |
| **Case Docket:** | 2/22/2024 - Summons Returned Unserved/Unexecuted - 1 Page |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 2/22/2024 12:25:09 PM.****

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR BROWARD
COUNTY, FLORIDA

CASE NO.:  24 - 0 0 0 1 2 6 9

Chris Elisha Smith
                              Plaintiff
v.

Youtube L.L.C           Defendant

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition
in this action on defendant: Youtube L.L.C
        901 Cherry Ave San Bruno, CA 94066
Each defendant is required to serve written defenses to the complaint or petition on:
                                          (plaintiff or plaintiff's attorney) whose
address is: 555 NW 29TH AVE Fort Lawerdale, FL 33311

within 20 days after service of this summons on that defendant, exclusive of the day of service, and
to file the original of the defenses with the clerk of this court either before service on plaintiff's
attorney or immediately after the service. If a defendant fails to do so, a default mayl be entered
against that defendant for the relief demanded in the complaint or petition.

Dated JAN 3 0 2024

[Name of the Clerk] BRENDA D. FORMAN
As Clerk of the Court

By
As Deputy Clerk





# Electronically Certified Court Record

### (cover page)

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

## DOCUMENT INFORMATION

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:58 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C |
| **Case Docket:** | 3/3/2024 - Summons Returned Served - 5 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

## HOW TO VERIFY THIS DOCUMENT

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.



Filing # 193170010 E-Filed 03/03/2024 05:42:11 PM

**IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: 24-0001269

Chris Elisha Smith,

                             Plaintiff,

        -against-

YOUTUBE, LLC.,

                       Defendant

## AFFIDAVIT OF SERVICE

I, JEAN-PIERRE RUSHING, an Independent Contractor for Larry L. Mabson Investigations in the City of Fort Lauderdale, in the State of Florida, DECLARE THAT:

1. On Thursday, February 29, 2024, at 12:49 p.m., I served **YOUTUBE, LLC**, with the following documents that have been filed in this proceeding:

       ALIAS SUMMONS

2. I served the document referred to in Section 1 of this Affidavit by serving CSC – Lawyers Incorporating Service, the Registered Agent for Service of Process for Defendant **YOUTUBE, LLC**, by leaving the document with **REBECCA VANG**, who was, at the time of service, an Authorized Employee of CSC – Lawyers Incorporating Service as shown by the attached *1505 Service of Process Certificate* and *Statement of Information* on file with the California Secretary of State, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833, on Thursday, February 29, 2024, at 12:49 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 29, 2024

                               JEAN-PIERRE RUSHING
                               Registered Process Server #23-059

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 03/03/2024 05:42:10 PM.****

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 1 of 5

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 2 of 5



## Secretary of State

**1505**

**Registered Corporate Agent for Service of Process Certificate**

(Registered Corporations ONLY)

**P**

**For Office Use Only**

**-FILED-**

File No. BA20230229614
Date Filed: 1/31/2023

**Filing Fee** – $30.00

**Certification Fees (Optional)** – $5.00

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become authorized to be a corporate agent for service of process for other business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to bizfileOnline.sos.ca.gov.

This Space For Office Use Only

**1.  Corporate Name**   (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

**2.  Secretary of State Entity Number**

C1592199

**3.  Address for Service of Process**   (Enter the complete street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.)
Do not enter a P.O. Box or "in care of" an individual or entity.

| Street Address   Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2710 Gateway Oaks Drive, Suite 150N | Sacramento | CA | 95833 |

**4.  Authorized Employees**   (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in item 3 above, on any entity who has designated your corporation as its agent for service of process.  Must enter at least 1 person.  If there are more than 3.)

| a. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
|---|---|---|---|
| See attached list | | | |
| b. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| | | | |
| c. First Name of Authorized Employee | Middle Name | Last Name | Suffix |
| | | | |

**5.  Statement of Consent** (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

**6.  Read and Sign Below**   (Office or title not required.  Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

Signature

Jackie Smetana, Executive Vice President
Type or Print Name

1505 (REV 03/2022)

2022 California Secretary of State
bizfileOnline.sos.ca.gov

B1378-9709 01/31/2023 5:00 PM Received by California Secretary of State

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 3 of 5

Becky DeGeorge
Koy Saechao
Lai Saevang
Nicole Stauss
Jenn Bautista
Trudy Desbiens
Rebecca Vang
Wendy Harris
Melissa DeKoven
Carolyn Valle
Kaci Ransom
Kelli Shortte
Annette Kuhlman
Brejet Stephens
Crystal Chapman
Janette Mcintyre
Jerome Suarez
Samantha Wiltz
Parid Kurbini

B1378-9710  01/31/2023  5:00 PM Received by California Secretary of State

 

BA20220323672

B0795-6713  06/03/2022  4:52 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220323672 |
| Date Filed: 6/3/2022 |

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 4 of 5

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | YOUTUBE, LLC |
| Entity No. | 200631510396 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Google LLC | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | VIDEO SHARING PLATFORM |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Page 1 of 2

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kenneth H. Yi*                                          *06/03/2022*
Signature                                                Date

B0795-6714 06/03/2022 4:52 PM Received by California Secretary of State

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 5 of 5

Page 2 of 2