# EXHIBIT C

**Department of State: Division of Corporations**

Allowable Characters

| HOME | |
|---|---|
| | Entity Details |

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | **6461948** | Incorporation Date / Formation Date: | **6/29/2017** (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | **XXVI HOLDINGS INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| Name: | **CORPORATION SERVICE COMPANY** | | |
|---|---|---|---|
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]          [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.