**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| Chris Elisha Smith,<br><br>Plaintiff,<br>v.<br><br>YouTube, LLC,<br><br>Defendant. | Civil Action No.: 0:24-cv-60441-MD |

**DEFENDANT YOUTUBE, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant YouTube, LLC ("***YouTube***") provides this Corporate Disclosure Statement and Certificate of Interested Persons.

(1) The undersigned counsel of record for YouTube certifies that the following is a full and complete disclosure of any parent corporation and any publicly held corporation that owns 10 percent or more of the stock of a party:

**YouTube, LLC's sole member is Google LLC. Google LLC is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company. No publicly traded company holds more than 10% of Alphabet Inc.'s stock.**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None.**

Respectfully submitted this 20th day of March, 2024.

*/s/ Damon J. Whitaker*
**BRYAN CAVE LEIGHTON PAISNER, LLP**
Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree St. NW, 14th Floor
Atlanta, GA 30309
Tel: (404) 572-6600
Email: damon.whitaker@bclplaw.com

Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
romeroe@bclplaw.com

*Attorneys for YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing ***Defendant YouTube, LLC's Rule 7.1 Corporate Disclosure Statement and Certificate of Interested Persons*** was e-filed using the Court's ECF System and served on Plaintiff Chris Elisha Smith via U.S. Mail at 555 N.W. 29th Avenue, Fort Lauderdale, Florida 33311.

*/s/ Damon J. Whitaker*
Damon J. Whitaker, Esq.

*One of the Attorneys for YouTube, LLC*