(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-cv-60441 MD

Chris Elisha Smith

Plaintiff(s)

FILED BY EB D.C.
APR 01 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

v.

YouTube, LLC

Defendant(s)

## Motion to Stop Dismissal
(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

SEE ATTACHED COPY.

## §901. Definitions

For the purposes of this chapter, the term—
(1) "teaching position" means those duties and responsibilities which—
(A) are performed on a school-year basis principally in a school operated by the Department of Defense in an overseas area for dependents of members of the Armed Forces and dependents of civilian employees of the Department of Defense, or are performed by an individual who carried out certain teaching activities identified in regulations prescribed by the Secretary of Defense; and
(B) involve—
(i) classroom or other instruction or the supervision or direction of classroom or other instruction; or
(ii) any activity (other than teaching) which requires academic credits in educational theory and practice equal to the academic credits in educational theory and practice required for a bachelor's degree in education from an accredited institution of higher education; or
(iii) any activity in or related to the field of education notwithstanding that academic credits in educational theory and practice are not a formal requirement for the conduct of such activity.
(2) "teacher" means an individual—
(A) who is a citizen of the United States or, in the case of a teaching position that involves instruction in the host-nation language, a local national when a citizen of the United States is not reasonably available to provide such instruction,
(B) who is a civilian, and
(C) who is employed in a teaching position described in paragraph (1).
(3) "overseas area" means any area situated outside the United States.
(4) "United States", when used in a geographical sense, means the several States of the United States of America, the District of Columbia, Hawaii, the Commonwealth of Puerto Rico, the Canal Zone, and the possessions of the United States (excluding the Trust Territory of the Pacific Islands and Midway Islands).

## §1015b. Textbook information

### (a) Purpose and intent

The purpose of this section is to ensure that students have access to affordable course materials by decreasing costs to students and enhancing transparency and disclosure with respect to the selection, purchase, sale, and use of course materials. It is the intent of this section to encourage all of the involved parties, including faculty, students, administrators, institutions of higher education, bookstores, distributors, and publishers, to work together to identify ways to decrease the cost of college textbooks and supplemental materials for students while supporting the academic freedom of faculty members to select high quality course materials for students.

### (h) Rule of construction

Nothing in this section shall be construed to supercede the institutional autonomy or academic freedom of instructors involved in the selection of college textbooks, supplemental materials, and other classroom materials.

Chris Elisha Smith is the owner of the Japanese University Jikan He No Zouhan Nihongo Daigaku, which retains the rights granted through the First Amendment and Federal Law to his teaching position and teacher status of Japanese at his Japanese University.
performed by an individual who
carried out certain teaching activities identified in regulations prescribed by the Secretary of

Defense; and
(B) involve—
(i) classroom or other instruction or the supervision or direction of classroom or other instruction; or
(iii) any activity in or related to the field of education notwithstanding that academic credits in educational theory and practice are not a formal requirement for the conduct of such activity.

Furthermore, **§1015b. Textbook information**
(h) Rule of construction
Nothing in this section shall be construed to supercede the institutional autonomy or academic freedom of instructors involved in the selection of college textbooks, supplemental materials, and other classroom materials.

**(a) Purpose and intent**
The purpose of this section is to ensure that students have access to affordable course materials by decreasing costs to students and enhancing transparency and disclosure with respect to the selection, purchase, sale, and use of course materials. It is the intent of this section to encourage all of the involved parties, including faculty, students, administrators, institutions of higher education, bookstores, distributors, and publishers, to work together to identify ways to decrease the cost of college textbooks and supplemental materials for students while supporting the academic freedom of faculty members to select high quality course materials for students.

I retain my rights to select which educational material is accessible to Americans and other nationalities to ensure they learn proper Japanese, and to guide others towards exceeding the Japanese Literary Proficiency Test N1, the highest level of the Japanese Literary Proficiency Test. I am protected by my teaching position at my Japanese University Jikan He No Zouhan Nihongo Daigaku. I am a Japanese teacher and retain the rights to receive just compensation for the "elite" duties performed and restricted by Youtube LLC and 3A Corporation, in reference to **§902. Regulations of Secretary of Defense**
(2) the fixing of basic compensation for teachers and teaching positions at rates equal to the average of the range of rates of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions in the United States of 100,000 or more population;
(3) the entitlement of teachers to compensation;
**(4) the payment of compensation to teachers;**

and in reference to **§903. Administration**

**(a) Employment and salary practices**
The Secretary of Defense shall conduct the employment and salary practices applicable to teachers and teaching positions in the Department of Defense in accordance with this chapter, other applicable law, and the regulations prescribed and issued by the Secretary of Defense under section 902 of this title.
**(c) Rates of basic compensation**
The Secretary of Defense shall fix the basic compensation for teachers and teaching positions in the Department of Defense at rates equal to the average of the range of rates of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions

in the United States of 100,000 or more population.
**(d) Issuance of regulations by Secretary of Defense**
The Secretary of Defense may prescribe and issue such regulations as he deems appropriate to **carry out his functions under this chapter.**

## §902. Regulations of Secretary of Defense

**(a) Employment, compensation, etc., of teachers**
Not later than the ninetieth day following July 17, 1959, the Secretary of Defense shall prescribe and issue regulations to carry out the purposes of this chapter. Such regulations shall govern—
(1) the establishment of teaching positions;
(2) the fixing of basic compensation for teachers and teaching positions at rates equal to the average of the range of rates of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions in the United States of 100,000 or more population;
(3) the entitlement of teachers to compensation;
(4) the payment of compensation to teachers;
(5) the appointment of teachers;
(6) the conditions of employment of teachers;
(7) the length of the school year or school years applicable to teaching positions;
(8) the leave system for teachers;
(9) quarters, allowances, and additional compensation for teachers; and
(10) such other matters as may be relevant and appropriate to the purposes of this chapter.
**(b) Effective date of regulations**
The regulations prescribed and issued by the Secretary of Defense under subsection (a) of this section shall become effective on such date as the Secretary of Defense shall prescribe but not later than the ninetieth day following the date of issuance of such regulations.

## §903. Administration

**(a) Employment and salary practices**
The Secretary of Defense shall conduct the employment and salary practices applicable to teachers and teaching positions in the Department of Defense in accordance with this chapter, other applicable law, and the regulations prescribed and issued by the Secretary of Defense under section 902 of this title.
**(b) Determination of exempt positions and individuals; establishment of annual salary rate**
Subject to section 5103 of title 5, the Secretary of Defense—
(1) shall determine the applicability of paragraph (22) of section 5102(c) of title 5 to positions and individuals in the Department of Defense; and
(2) shall establish the appropriate annual salary rate in accordance with this chapter for each such position and individual to which such paragraph (22) is determined to be applicable.
**(c) Rates of basic compensation**
The Secretary of Defense shall fix the basic compensation for teachers and teaching positions in the Department of Defense at rates equal to the average of the range of rates of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions in the United States of 100,000 or more population.
**(d) Issuance of regulations by Secretary of Defense**
The Secretary of Defense may prescribe and issue such regulations as he deems appropriate to carry out his functions under this chapter.

(Pub. L. 86–91, §5, July 17, 1959, 73 Stat. 214; Pub. L. 86–370, §6(b), Sept. 23, 1959, 73 Stat. 652; Pub. L. 89–391, §1(b), (c), Apr. 14, 1966, 80 Stat. 117; Pub. L. 96–470, title I, §104(b), Oct. 19, 1980, 94 Stat. 2238; Pub. L. 104–201, div. A, title XVI, §1606(b), Sept. 23, 1996, 110 Stat. 2737; Pub. L. 105–85, div. A, title X, §1073(c)(9)(B), (C), Nov. 18, 1997, 111 Stat. 1904.)

The statements from the original lawsuit filing were analyzed in a way to make an extremely aggressive, brute-force illegitimate removal seem like a normal, generic, every-day trademark/copyright/intellectual property "take-down".

Not to be mistaken or worded otherwise, there were no documents submitted into any United States of America "legal system" regarding acting in-place of the current legal system requiring due process of law, especially for "false accusations that are done repeatedly to frighten a personnel's customers, who weren't even charged any currency."

The customers, whom may have trouble "navigating the Japanese language normally without a mediator or properly trained Japanese teacher", may have their Japanese studies "crippled or sabotaged" later-on arising as-a-result of the inadequate resources, such as the new technological applications and apps, as-well-as a traditional well-known and commonly-used Japanese textbook in Japan itself, and proper study sequences that outline and reflect the actual school system in Japan itself, so that people outside of Japan can actually REACH a Japanese resource.

The Japanese textbooks, which I've never given another personnel written or verbal leverage over my legally-acquired Japanese textbooks, which at the time of purchase, after accepting the currency and giving the product, do know that attempting to infiltrate a person's mindset to get them to perform otherwise illogical actions that would allow others to substitute a physical and armed security force in-place of their lack of presence through mental manipulation isn't always the least aggressive tactic used, yet-alone using the words, "law", and "legal" without following the due process of law in the United States of America's legal system, or using "copyright", "trademark", "intellectual property" without "WE, THE PEOPLE" keeping known and repeated abuse of power away from the monopolies hands, a person's mind, a person's Japanese studies... In check. Through the legal system in America.

The Japanese textbooks, "which were never put on a scale to see its market-value in America", is being given less visibility and Japanese pornography, makes an appearance "being stored" within Youtube's servers or database or computers or machines or intellectual property within intellectual property. It has concealed itself with various terminologies and forms to seem normal or even modified to appear as advertisements. Most notably, the courts would have to review why such unusual levels of aggression are shown towards the Japanese University Elite Force and not the personnel uploading "to the unilateral final judgement of Youtube to remove" content that is obviously blatantly breaching and breaking the community guidelines and terms of services, in-relations to adult content being distributed... For free.

A simple interface that takes consent from the user if they want to view "potentially mature content" rather than a simple age would be fine, to gather electronic consent rather than simply a visible age-verification button, which could be perceived very differently in the legal fields.

The nature of the attacks against me are demoralizing and defamatory in nature. It should NOT be a surprise or hysterical accomplishments for me to read real Japanese, and not be fooled by the outlets others have abused to conceal the Japanese language from being learned properly. Japanese textbooks are essential, and people in Japan read Japanese textbooks too, so I should not be harassed repeatedly for my Japanese textbooks.

In the display of a system message from Youtube, the URL/video page where I previously hosted my Japanese textbook video lessons for my Japanese university were "hijacked/sabotaged" with manipulative deceptive text that may have been intended to frighten or scare the customers to the "bare

bones". After seeing such a hideous message like that, the customers could only think but to wonder whether armed forces would arrive at their doorstep, and "take seizure over their eyes" for intaking any proper Japanese knowledge from a real Japanese textbook... That you cannot spill coffee on and ruin the pages, because after but so many attempts at marking me with practical military-level trackers so many times, it would "advance" into a more "advanced" medium that allows the personnel to read, projecting it onto the walls or ceiling, even available for all phones and computers, in such a fascinating resolution it's a "Nihongo for Everyone."

Generally, taking orders from personnel that aren't within 50 feet proximity isn't a feasible miltary-standard, as there's no way to verify if you're listening to a live person or a robot anymore, "Youtube often places users in echo-chambers, complete silence, rather than solving most problems itself. There is no way out of the echo-chamber, unless a new account is made."

(Rev. 10/2002) General Document

Certificate of Service

I Chris Elisha Smith, certify that on this date April 1, 2024 a true copy of the foregoing document was mailed to: BRYAN CAVE LEIGHTON PAISNER LLP
name(s) and address(es)
200 South Biscayne Boulevard Suite 400
MIAMI, FL 33131-5354

By:
Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

LeslieSmit555@gmail.com
E-mail address

954-709 3544
Phone Number

Facsimile Number

555 NW 29 Avenue
Street Address

FtLauderdale Fl 33311
City, State, Zip Code