(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

**Southern District of Florida**

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YouTube LLC

Defendant(s)

FILED BY EB D.C.
4 EB
APR 03 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Amendment Motion to STOP DISMISSAL

*(TITLE OF DOCUMENT)*

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

SEE ATTACHED COPY

4-3-24, 4:52 PM (Typed by plantiff) (Typed by Plantiff) (Typed by Plantiff)

**U.S. District Court**
**Southern District of Florida (Ft Lauderdale)**
**CIVIL DOCKET FOR CASE #: 0:24-cv-60441-MD**

Smith v. Youtube, LLC
Assigned to: Judge Melissa Damian
Case in other court: 17th Judicial Circuit, Broward County FL, CACE-24-001269
Cause: 28:1441 Notice of Removal-Libel, Assault, Slander

Date Filed: 03/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Federal Rules of Civil Procedure Rule 12(b)(6)** from Plantiff Chris Elisha Smith in **response to Defendant's Motion to Dismiss Complaint with Supporting Memorandum of Law from March 27, 2024.**

**Amendment to Plantiff Motion to Stop Dismissal from April 1,2024 adding 3 pages in response to the Federal Rules of Civil Procedure Rule 12(b)(6) format**

**Plantiff**
**Chris Elisha Smith**

represented by **Chris Elisha Smith**
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311
PRO SE

V.

**Defendant**
**Youtube, LLC**

represented by **Ezequiel Joseph Romero**
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Blvd., Suite 400
Suite 400
Miami, FL 33131
786-322-7500
Email: romeroe@belplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon Justin Whitaker**
Bryan Cave LLP
One Atlantic Center
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309-3488
404-572-6600
Fax: 404-572-6999
Email: damon.whitaker@bclplaw.com
*ATTORNEY TO BE NOTICED*

4-3-24, 4:52 PM (Typed by plantiff) (Typed by Plantiff) (Typed by Plantiff)

**Amendment to Plantiff Motion to Stop Dismissal from April 1,2024 adding 3 pages in response to the Federal Rules of Civil Procedure Rule 12(b)(6) format**

1.Defendant owes to plantiff a responsibility to ensure life-threatening dehumanization attacks aren't repeatedly executed without due process of law from the courts from previously-established trademark/copyright laws and failure to respect the First Amendment of the United States of America, especially after 2 years, where the damages arising as a result of attacks or legal actions are clearly intended to harm the personnel by not proceeding through the legal system, and instead allows trademark/copyright holders/intellectual property holders to repeatedly "damage" a personnel, financially, mentally, academically, and socially, whereas other users aren't disturbed for utilizing "real Japanese" as-it-is-taught in Japan itself for an excessive amount of years. Defendant's services are hosted within the United States of America, within jurisdiction of the courts of America, not an individual property holder that isn't within immediate proximity or directly improving the Japanese education within American territory. The books aren't visible normally due to it being Japanese educational material.

2.Defendant acts in response to a complaint issued by a trademark/copyright holder/intellectual property holder OR the trademark/copyright holder/intellectual property holder is in possession of an administrator or elevated Youtube account or access within Youtube's systems, and unilaterally removes Japanese textbook video lessons in response to the complaint. The complaint does not progress through the court of the United States of America, and there was no due process of law to the complaint, and no defendant to those complaints, which were repeatedly accussing the plantiff of allegations of "trademark/intellectual property infringement", over 15 times, logging the plantiff out of an account mid-reading of a Japanese textbook. The plantiff is within American territory, and the product is within American borders, and the product was already sold, and the plantiff never gave written or verbal consent to withdraw from the First Amendment of the United States of America, and has the right to return a defense.

3.Plantiff shifts Japanese studies from reading Minna no Nihongo Japanese textbooks, to answering 2136 Japanese "school system" symbols over 155 times. This is after answering the 1006 Japanese symbols over 173 additional times 8 months ago, 934 secondary symbols over 203 times 8 months ago, 196 Advanced symbols 118 times over 8 months ago, for 1006+934+196 = 2136 Japanse Joyo kanji used within the school systems in Japan itself. 21 months ago, "ReviewElem78(1006)52/27" was finished, at which point the Plantiff had 100% accuracy on 1006 Japanese symbols and proceeded with 2136 Japanese symbols within the same "test" instead.
Plantiff is disrespected and dehumanized for reading real Japanese textbooks used in Japan for an extended period of time. Plantiff attempts to explain to other Youtube users and Creators he really has to read the Japanese textbooks in order to finish his Japanese studies, plantiff is effectively forced to "speak to a machine rather than real humans" for an extended period of time. Plantiff does not have access or visibility to Japanese women, federal or state laws prohibit "sex tourism" to other areas and plantiff studies to make it possible to access Japanese women.
Plantiff is told by those utilizing Japanese symbols, "they do not care about my Japanese textbooks".
Plantiff identifies other users offering Japanese within Youtube, although in shorter videos or "subscription plans" that do not guarantee a person's success within Japanese.
Plantiff knows there is an active IP Address block on Japanese dating sites and purchases.

Plantiff identifies prejudice from both the Japanese and Americans in an American's ability to comprehend and utilize real Japanese; plantiff alleges that "Americans aren't given the same educational resources as the Japanese within Japan, therefore shouldn't be held or forced that judgement".
Plantiff identifies the Japanese Literary Proficiency Test N1 may be offered within the United States of America, but Japanese resources may not be available within the United States of America, so the data may be skewed towards displaying more failures than success into the Japanese language.
Plantiff understands Youtube has to reserve the rights to trademark holders, but as a result, previously-established trademark and copyright laws DO harm individuals and can be utilized to intercept and cut-off any competition or business, indefinitely, especially when used on educational material not normally available within the United States of America.
Plantiff is denied access to Japanese women through Youtube and suffers "calculated monetary harm", dehumanization, life-threatening mental distress, and is effectively "pinned legally" into filing after 2 years, for "trademark/copyright attacks that are left for extended periods of time, without passing through the due process of law".
Plantiff identifies other users and sections within Youtube conducting "intellectual property infringement" and concludes it's "allowed by Youtube as an advertisement on the basis of remaining for over 1 year within Youtube, for free advertising for corporations", and "intellectual property infringement within Youtube has no real logical basis and is purely social or economic calculations done by a personnel wishing to intercept or control another's actions and monetary gain from previously-sold material that which they do not have control over, especially within American territory."

Plantiff is refusing to take dehumanization for lifting an unopened Japanese textbook after 2 years.
Plantiff is bleeding from the right foot and later the middle of the top of the fingers of the right hand as a result of glass.
Plantiff is forced to suffocate as a result within the following week, "in their sleep" from smoke, alleges they could wake up dead from being inside of their own living quarters. The plantiff does not smoke.
The toxic items are sold within five to ten miles of educational institutions and used within several feet, of buildings where personnel live in.
Plantiff bleeds from the nose onto the knees and floor, and into several rags, as a result of the smoking from others within or around enclosed structures.
Plantiff does not want to be associated with being uneducated, and plantiff does not want to be associated with drugs, on the basis of location of residence.

Plantiff renames their services from simply Japanese to "Japanese University Jikan He No Zouhan" to "Japanese University Elite Force Jikan He No Zouhan" as a result.
Plantiff acknowledges the structure at which others operate, "to elevate themselves above the regular population in a social hiearchy", does not remove the First Amendment's rights to the Freedom of Speech against previously-established laws.

4.The distress and damages caused by denied access to Japanese women through Youtube and suffering "calculated monetary harm", dehumanization, life-threatening mental distress, and effectively "pinned legally" after 2 years causes the "intended harm after 2 years of inaction". Trademarked products were never de-listed for causing raids, distress and leading to actual real-world harm.

The statements from the original lawsuit filing were analyzed in a way to make an extremely aggressive, brute-force illegitimate removal seem like a normal, generic, every-day trademark/copyright/intellectual property "take-down".

Not to be mistaken or worded otherwise, there were no documents submitted into any United States of America "legal system" regarding acting in-place of the current legal system requiring due process of law, especially for "false accusations that are done repeatedly to frighten a personnel's customers, who weren't even charged any currency."

The customers, whom may have trouble "navigating the Japanese language normally without a mediator or properly trained Japanese teacher", may have their Japanese studies "crippled or sabotaged" later-on arising as-a-result of the inadequate resources, such as the new technological applications and apps, as-well-as a traditional well-known and commonly-used Japanese textbook in Japan itself, and proper study sequences that outline and reflect the actual school system in Japan itself, so that people outside of Japan can actually REACH a Japanese resource.

The Japanese textbooks, which I've never given another personnel written or verbal leverage over my legally-acquired Japanese textbooks, which at the time of purchase, after accepting the currency and giving the product, do know that attempting to infiltrate a person's mindset to get them to perform otherwise illogical actions that would allow others to substitute a physical and armed security force in-place of their lack of presence through mental manipulation isn't always the least aggressive tactic used, yet-alone using the words, "law", and "legal" without following the due process of law in the United States of America's legal system, or using "copyright", "trademark", "intellectual property" without "WE, THE PEOPLE" keeping known and repeated abuse of power away from the monopolies hands, a person's mind, a person's Japanese studies... In check. Through the legal system in America.

The Japanese textbooks, "which were never put on a scale to see its market-value in America", is being given less visibility and Japanese pornography, makes an appearance "being stored" within Youtube's servers or database or computers or machines or intellectual property within intellectual property. It has concealed itself with various terminologies and forms to seem normal or even modified to appear as advertisements. Most notably, the courts would have to review why such unusual levels of aggression are shown towards the Japanese University Elite Force and not the personnel uploading "to the unilateral final judgement of Youtube to remove" content that is obviously blatantly breaching and breaking the community guidelines and terms of services, in-relations to adult content being distributed... For free.

A simple interface that takes consent from the user if they want to view "potentially mature content" rather than a simple age would be fine, to gather electronic consent rather than simply a visible age-verification button, which could be perceived very differently in the legal fields.

The nature of the attacks against me are demoralizing and defamatory in nature. It should NOT be a surprise or hysterical accomplishments for me to read real Japanese, and not be fooled by the outlets others have abused to conceal the Japanese language from being learned properly. Japanese textbooks are essential, and people in Japan read Japanese textbooks too, so I should not be harassed repeatedly for my Japanese textbooks.

In the display of a system message from Youtube, the URL/video page where I previously hosted my Japanese textbook video lessons for my Japanese university were "hijacked/sabotaged" with manipulative deceptive text that may have been intended to frighten or scare the customers to the "bare

bones". After seeing such a hideous message like that, the customers could only think but to wonder whether armed forces would arrive at their doorstep, and "take seizure over their eyes" for intaking any proper Japanese knowledge from a real Japanese textbook... That you cannot spill coffee on and ruin the pages, because after but so many attempts at marking me with practical military-level trackers so many times, it would "advance" into a more "advanced" medium that allows the personnel to read, projecting it onto the walls or ceiling, even available for all phones and computers, in such a fascinating resolution it's a "Nihongo for Everyone."

Generally, taking orders from personnel that aren't within 50 feet proximity isn't a feasible miltary-standard, as there's no way to verify if you're listening to a live person or a robot anymore, "Youtube often places users in echo-chambers, complete silence, rather than solving most problems itself. There is no way out of the echo-chamber, unless a new account is made."

P: 0 / 1 dX: 5.3 dY: -2.0 Xv: 0.236 Yv: -0.099 Prs: 0.70 Size: 0.04

← 2136 ⊗ 24 77:34 ⋮

2160 Quizzes | A | 98.9% Accuracy

1 欧 オウ
**Europe**
100% ☆

2 違 イ ちがう ちがえる
**difference**, differ
99% ☆

3 瓶 ビン
**bottle**, vial, jar, jug, vat, urn
100% ☆

4 歳 サイ セイ
**year-end**, age, occasion, opportunity
100% ☆

5 蒸 ジョウ むす むれる むらす
**steam**, heat, sultry, foment, get musty
100% ☆

6 郷 キョウ ゴウ
**home town**, village, native place, district
100% ☆

7 少 ショウ すくない すこし
**few**, little
100% ☆

8 ☆

BACK FINISH REPEAT


Kanji Study
950日
Current streak
950日
Best streak
今日
Last studied
Apr 3, 2024 (水)
11 hours 45 minutes • Target reached!

P: 0 / 1 dX: -53.2 dY: 184.0 Xv: -0.302 Yv: 4.660 Prs: 0.65 Size: 0.05

1006 0 117:04

1006 Quizzes | S | 100% Accuracy

1 快 カイ こころよい
**cheerful**, pleasant, agreeable, comfortable
98%

2 脈 ミャク
**vein**, pulse, hope
98%

3 固 コ かためる かたまる かたい
**harden**, set, clot, curdle
100%

4 径 ケイ
**diameter**, path, method
100%

5 質 シツ シチ チ
**substance**, quality, matter, temperament
95%

6 謝 シャ あやまる
**apologize**, thank, refuse
97%

7 樹 ジュ
**timber**, trees, wood, establish, set up
100%

BACK FINISH REPEAT

 

# *Japanese University Elite Force Jikan He No Zouhan*

*Japanese University Elite Force Jikan He No Zouhan*......1

......2

*時間への造反設ける　日本語大学* ......2

*Notice of Resistance Against Counterintelligence Attacks And Demoralization Attacks, including Sabotaging of Education and access to Reproduction with the Opposite Sex (Japanese University Jikan He No Zouhan)*......2

*Notice of Rights to Return Defense (Legal, Verbal, and/or network-based infrastructure defenses) against established corporations, individuals, groups of individuals, "creators", "artists", "musicians", publishers, trademark-holders, copyright-holders, and those utilizing brute-force to cause illegal judgements without due process of law from the Courts to be verbally or electronically declared through any network, system, infrastructure, invention, machine, computer, trademarks and/or copyrighted material*......2

*Declaration of the Existence of the Japanese University Elite Force Jikan He No Zouhan Moukeru*......2

*Warning of the Americans' Rights to Bear Arms Against Those Legally Declared Dangerous, Trespassing, Corrupt Militia, Those with Weaponry or any material that can be used in combat or offensively against others directly or indirectly leading to their deaths through the usage of inflicted harm or violence, economic or financial collapse arising as a result of their actions, whether long-term over a period of several months and visible throughout the course of 1 year 一年 いちねん, or short-term*......2

*Warning of the Americans' Rights to partake in legal action against brute-force silence with no reasonable means through an electronic or network, for network systems, URL's and web-pages throughout the world-wide-web, trademarks and copyright holders, publishers*......3

*Default Rights Granted To Citizens Of The United States of America to Defend and retain their voice through the First Amendment*......3

*(1)Notice of advisory against suppression of the First Amendment of the United States of America for corporations, including Youtube LLC and any agents, individuals or groups of individuals pledging allegiance to Youtube LLC or others while refusing to pledge allegiance to the United States of America, without obtaining necessary powers through the due process of law from the courts of the United States of America*......3

*(2)This includes pre-meditated courses of actions against individuals through specific, extensive explanations, or "loosely-worded calls-to-action that can be determined as threats", usage of terminologies such as, "risk, trademark, copyright, legal, known public figure", non-direct questions that are deceptive in nature purposed to sabotage an individuals' default defenses and declarations to remain innocent of proclaimed charges that weren't reviewed by the courts of the United States of America, relaying legal threats in an attempt to gain access to protected information such as location, name, "credentials of your position or identity", information used to access networks and electronic systems... By forcing a user to provide the information to you through the display of deceptive system-messages from a network's systems*......3

*(3)Being in a corporation or governmental system does not allow you to brute-force services, products, operations, or force verbal declarations for court recordings, by repeatedly asking to enforce a service, product, operation, or harass a verbal declaration, out of defendants within or outside of court, especially after a defendant denied and/or rejected your offers. Holding defendants hostage and asking the same question 4-or-more times they've denied is subject to corporations and governmental systems being held accountable or charged; asking the same question over 16 times, deemed unnecessary, requires a legal compensation; asking the same question 100 times or over, may require a more dramatic legal compensation*......3

*(4)Being in a corporation or governmental system does not allow you to remain within 3 feet of a defendant for extended periods of time without adequate reason. (5)Being in a corporation or governmental system does not allow you to address defendants as "other than human beings", attacks based on crushing a personnel's mental or status*

*aren't allowed, even if they're purely verbal. Attacks that can be seen as a cause of forcing a personnel to take offers they wouldn't have normally taken, especially within enclosed quarters with no exits and armed officials. These rights are granted by default to hate crime victims per Article 1 Section 16 of the Constitution and Chapter 960....................4*

*(6)Being in a corporation does not elevate you above the law or the due process of the courts. You cannot use your name, status, currency, or social-status to crush others without probable cause, especially if the individuals you're against are calling for the due process of law from the courts of the United States of America......................................4*

*My Rights..............................................................................................................................................4*

Index.....................................................................................................................................12

## *時間への造反設ける　日本語大学*

## ***Notice of Resistance Against Counterintelligence Attacks And Demoralization Attacks, including Sabotaging of Education and access to Reproduction with the Opposite Sex (Japanese University Jikan He No Zouhan)***

## ***Notice of Rights to Return Defense (Legal, Verbal, and/or network-based infrastructure defenses) against established corporations, individuals, groups of individuals, "creators", "artists", "musicians", publishers, trademark-holders, copyright-holders, and those utilizing brute-force to cause illegal judgements without due process of law from the Courts to be verbally or electronically declared through any network, system, infrastructure, invention, machine, computer, trademarks and/or copyrighted material***

## ***Declaration of the Existence of the Japanese University Elite Force Jikan He No Zouhan Moukeru***

## ***Warning of the Americans' Rights to Bear Arms Against Those Legally Declared Dangerous, Trespassing, Corrupt Militia, Those with Weaponry or any material that can be used in combat or offensively against others directly or indirectly leading to their deaths through the usage of inflicted harm or violence, economic or financial collapse arising as a***

***result of their actions, whether long-term over a period of several months and visible throughout the course of 1 year 一年 いちねん, or short-term***

***Warning of the Americans' Rights to partake in legal action against brute-force silence with no reasonable means through an electronic or network, for network systems, URL's and web-pages throughout the world-wide-web, trademarks and copyright holders, publishers***

## *Default Rights Granted To Citizens Of The United States of America to Defend and retain their voice through the First Amendment*

***(1)Notice of advisory against suppression of the First Amendment of the United States of America for corporations, including Youtube LLC and any agents, individuals or groups of individuals pledging allegiance to Youtube LLC or others while refusing to pledge allegiance to the United States of America, without obtaining necessary powers through the due process of law from the courts of the United States of America.***

***(2)This includes pre-meditated courses of actions against individuals through specific, extensive explanations, or "loosely-worded calls-to-action that can be determined as threats", usage of terminologies such as, "risk, trademark, copyright, legal, known public figure", non-direct questions that are deceptive in nature purposed to sabotage an individuals' default defenses and declarations to remain innocent of proclaimed charges that weren't reviewed by the courts of the United States of America, relaying legal threats in an attempt to gain access to protected information such as location, name, "credentials of your position or identity", information used to access networks and electronic systems... By forcing a user to provide the information to you through the display of deceptive system-messages from a network's systems.***

***(3)Being in a corporation or governmental system does not allow you to brute-force services, products, operations, or force verbal declarations for court recordings, by repeatedly asking to enforce a service, product,***

***operation, or harass a verbal declaration, out of defendants within or outside of court, especially after a defendant denied and/or rejected your offers. Holding defendants hostage and asking the same question 4-or-more times they've denied is subject to corporations and governmental systems being held accountable or charged; asking the same question over 16 times, deemed unnecessary, requires a legal compensation; asking the same question 100 times or over, may require a more dramatic legal compensation.***

***(4)Being in a corporation or governmental system does not allow you to remain within 3 feet of a defendant for extended periods of time without adequate reason.***

***(5)Being in a corporation or governmental system does not allow you to address defendants as "other than human beings", attacks based on crushing a personnel's mental or status aren't allowed, even if they're purely verbal. Attacks that can be seen as a cause of forcing a personnel to take offers they wouldn't have normally taken, especially within enclosed quarters with no exits and armed officials. These rights are granted by default to hate crime victims per Article 1 Section 16 of the Constitution and Chapter 960.***

***(6)Being in a corporation does not elevate you above the law or the due process of the courts. You cannot use your name, status, currency, or social-status to crush others without probable cause, especially if the individuals you're against are calling for the due process of law from the courts of the United States of America.***

## ***My Rights***

Title 17 Section 601 and 602
"Importation of copyrighted material into the United States with permission of the trademark holder as purchase indicates."

My rights: You cannot govern or control my Japanese education with a printed notice after the transaction has been made, as there are no physical signatures collected requiring "Japanese symbols" to be retained as a trade secret or confidential from Americans.

Your violations: The humiliating removal of a video featuring an unopened Japanese textbook みんなの日本語教科書, after I'm seen lifting Japanese textbooks. The systems assist users of specific ethnicities more, allowing a channel verification system and "official artist channel" tags to be publicly displayed, and a view counter which may need a more accurate straight-forward definition displayed to represent what it actually does within Youtube's source code.

Aggressive and unusual "brute-force takedowns" against credible Japanese textbook video lessons.

Without moderation of anime or "culture" or lewd, suggestive, sexual or pornographic content from Youtube's databases, users withdrawing currency or benefitting from advertising these materials through Youtube's systems, even if it's just a "reference or link" to material lewd, suggestive, "cultural", sexual or pornographic in nature, including video games, audio, video, original animations, original music, text, "original rising or new occupations or public standing sentiments arising as a result of Youtube's presence being used to withdraw currency to ignore or disrespect the presence of the current United States of America's workforce."

This includes Vtubers, agencies, talents, creators, musicians, artists, any and all who seek to transgress the United States of America's systems for currency distribution to avoid entering the actual workforce by "self-employing their talents or withdrawing currency from others to self-sustain and avoid the workforce."

Appropriate penalties should be applied to those benefitting from the use of Youtube's services, without competing fairly, with or without assistance from Youtube's systems, in the form of source code, direct or indirect, verbal or social, and including other methods used to either advertise or forcefully push your presence into others, especially repeatedly even if they wish to withdraw from transactions.

Damages and reason for damages: Public humiliation through the form of the abuse of the Trademark and Copyright laws, without proceeding through the courts of the United States of America to acknowledge due process of law, to display system messages to a user and all customers that is deceptive in nature, instantly and without resistance.

Repeated harassment, removals and calls to legal action through the use of Youtube's systems to display default system messages attempting to inform the user of "penalties" without due process of law.

Intentional or unintentional suicidal harm, arising from 730 days of negligence, incurring "the personnel studying Japanese could have been dead from suicidal harm caused by abuse of trademarks or copyrights."

Restricting other personnel from using my Japanese textbook video lessons to directly benefit from Japanese textbooks, which may have not been otherwise read by other individuals without the presence of a knowledgable personnel with reputable status, "pronouncing Japanese syllables properly" and "actively reading through the educational material without drawing currency".

Disrespectful Youtube users actively voicing "they do not care about my Japanese textbooks."

Anonymous or identified users playing trademarked or copyrighted material into Youtube, withdrawing currency, and benefitting from the services, repeatedly uploading and profiting while I was forced to suffer for lifting a Japanese textbook I legally own.

Hostile atmosphere involving a non-white or non-Japanese individual learning real Japanese and owning real Japanese textbooks and actively reading through the material; failure to acknowledge a personnel as alive or existent, a massive drain in "currency that does not exist in the personnel's possession."

Repeated suffering, no reward for studying, as a result of the change of mood as a "hostile unwelcome study environment for Japanese studying."

Forcing me to repeatedly acknowledge your presence is disrespectful.

[§ 601. Repealed. Pub. L. 111–295, § 4(a), Dec. 9, 2010, 124 Stat. 3180]
Section, Pub. L. 94–553, title I, § 101, Oct. 19, 1976, 90 Stat. 2588; Pub. L. 97–215, July 13, 1982, 96 Stat. 178; Pub. L. 105–80, § 12(a)(15), (16), Nov. 13, 1997, 111 Stat. 1535; Pub. L. 110–403, title I, § 105(c)(2), Oct. 13, 2008, 122 Stat. 4260, related to manufacture, importation, and public distribution of certain copies of nondramatic English-language literary material protected under this title.

§ 602. Infringing importation or exportation of copies or phonorecords

(a) INFRINGING IMPORTATION OR EXPORTATION.—
(1) IMPORTATION.—Importation into the United States, without the authority of the owner of copyright under this title, of copies or phonorecords of a work that have been acquired outside the United States is an infringement of the exclusive right to distribute copies or phonorecords under section 106, actionable under section 501.
(2) IMPORTATION OR EXPORTATION OF INFRINGING ITEMS.—Importation into the United States or exportation from the United States, without the authority of the owner of copyright under this title, of copies or phonorecords, the making of which either constituted an infringement of copyright, or which would have constituted an infringement of copyright if this title had been applicable,

--


1 So in original. Does not conform to section catchline.
copy, except that such 90-day requirement shall be subject to the administrative requirements of the court.
(2) The proceeding under paragraph (1) shall be held, at the individual proprietor's election, in the judicial district of the district court with jurisdiction over the applicable consent decree or in that place of holding court of a district court that is the seat of the Federal circuit (other than the Court of Appeals for the Federal Circuit) in which the proprietor's establishment is located.
(3) Such proceeding shall be held before the judge of the court with jurisdiction over the consent decree governing the performing rights society. At the discretion of the court, the proceeding shall be held before a special

master or magistrate judge appointed by such judge. Should that consent decree provide for the appointment of an advisor or advisors to the court for any purpose, any such advisor shall be the special master so named by the court.

(4) In any such proceeding, the industry rate shall be presumed to have been reasonable at the time it was agreed to or determined by the court. Such presumption shall in no way affect a determination of whether the rate is being correctly applied to the individual proprietor.

(5) Pending the completion of such proceeding, the individual proprietor shall have the right to perform publicly the copyrighted musical compositions in the repertoire of the performing rights society by paying an interim license rate or fee into an interest bearing escrow account with the clerk of the court, subject to retroactive adjustment when a final rate or fee has been determined, in an amount equal to the industry rate, or, in the absence of an industry rate, the amount of the most recent license rate or fee agreed to by the parties.

(6) Any decision rendered in such proceeding by a special master or magistrate judge named under paragraph (3) shall be reviewed by the judge of the court with jurisdiction over the consent decree governing the performing rights society. Such proceeding, including such review, shall be concluded within 6 months after its commencement.

(7) Any such final determination shall be binding only as to the individual proprietor commencing the proceeding, and shall not be applicable to any other proprietor or any other performing rights society, and the performing rights society shall be relieved of any obligation of nondiscrimination among similarly situated music users that may be imposed by the consent decree governing its operations.

(8) An individual proprietor may not bring more than one proceeding provided for in this section for the determination of a reasonable license rate or fee under any license agreement with respect to any one performing rights society.

(9) For purposes of this section, the term "industry rate" means the license fee a per-

forming rights society has agreed to with, or which has been determined by the court for, a significant segment of the music user industry to which the individual proprietor belongs.

(Added Pub. L. 105–298, title II, § 203(a), Oct. 27, 1998, 112 Stat. 2831, § 512; renumbered § 513, Pub. L. 106–44, § 1(c)(1), Aug. 5, 1999, 113 Stat. 221.)

Editorial Notes

AMENDMENTS

1999—Pub. L. 106–44 renumbered section 512 of this title as this section.

Statutory Notes and Related Subsidiaries

EFFECTIVE DATE

Section effective 90 days after Oct. 27, 1998, see section 207 of Pub. L. 105–298, set out as an Effective Date of 1998 Amendment note under section 101 of this title.

CHAPTER 6—IMPORTATION AND EXPORTATION

Sec.

[601. Repealed.]

602.1 Infringing importation of copies or phonorecords.

603. Importation prohibitions: Enforcement and disposition of excluded articles.

Editorial Notes

AMENDMENTS

2010—Pub. L. 111–295, § 4(a), (b)(1)(A), Dec. 9, 2010, 124 Stat. 3180, substituted "IMPORTATION AND EXPORTATION" for "MANUFACTURING REQUIREMENTS, IMPORTATION, AND EXPORTATION" in chapter heading and struck out item 601 "Manufacture, importation, and public distribution of certain copies".

2008—Pub. L. 110–403, title I, § 105(a), Oct. 13, 2008, 122 Stat. 4259, substituted "MANUFACTURING REQUIREMENTS, IMPORTATION, AND EXPORTATION" for "MANUFACTURING REQUIREMENTS AND IMPORTATION" in chapter heading.

[§ 601. Repealed. Pub. L. 111–295, § 4(a), Dec. 9, 2010, 124 Stat. 3180]

Section, Pub. L. 94–553, title I, § 101, Oct. 19, 1976, 90 Stat. 2588; Pub. L. 97–215, July 13, 1982, 96 Stat. 178; Pub. L. 105–80, § 12(a)(15), (16), Nov. 13, 1997, 111 Stat. 1535; Pub. L. 110–403, title I, § 105(c)(2), Oct. 13, 2008, 122 Stat. 4260, related to manufacture, importation, and public distribution of certain copies of nondramatic English-language literary material protected under this title.

§ 602. Infringing importation or exportation of copies or phonorecords

(a) INFRINGING IMPORTATION OR EXPORTATION.—

(1) IMPORTATION.—Importation into the United States, without the authority of the owner of copyright under this title, of copies

or phonorecords of a work that have been acquired outside the United States is an infringement of the exclusive right to distribute copies or phonorecords under section 106, actionable under section 501.

(2) IMPORTATION OR EXPORTATION OF INFRINGING ITEMS.—Importation into the United States or exportation from the United States, without the authority of the owner of copyright under this title, of copies or phonorecords, the making of which either constituted an infringement of copyright, or which would have constituted an infringement of copyright if this title had been applicable,

--

Page 1771 TITLE 20—EDUCATION § 9871

1 So in original. Probably should be "to enable".

SUBCHAPTER II—MATHEMATICS

§§ 9851 to 9854. Repealed. Pub. L. 111–358, title X, § 1002(a)(3), Jan. 4, 2011, 124 Stat. 4048

Section 9851, Pub. L. 110–69, title VI, § 6201, Aug. 9, 2007, 121 Stat. 642, related to Math Now for elementary school and middle school students program.

Section 9852, Pub. L. 110–69, title VI, § 6202, Aug. 9, 2007, 121 Stat. 649, related to summer term education programs.

Section 9853, Pub. L. 110–69, title VI, § 6203, Aug. 9, 2007, 121 Stat. 653, related to math skills for secondary school students.

Section 9854, Pub. L. 110–69, title VI, § 6204, Aug. 9, 2007, 121 Stat. 662, related to peer review of State applications.

SUBCHAPTER III—FOREIGN LANGUAGE PARTNERSHIP PROGRAM

§§ 9861 to 9864. Repealed. Pub. L. 111–358, title X, § 1002(a)(4), Jan. 4, 2011, 124 Stat. 4048

Section 9861, Pub. L. 110–69, title VI, § 6301, Aug. 9, 2007, 121 Stat. 664, related to congressional findings and purpose.

Section 9862, Pub. L. 110–69, title VI, § 6302, Aug. 9, 2007, 121 Stat. 664, related to definitions.

Section 9863, Pub. L. 110–69, title VI, § 6303, Aug. 9, 2007, 121 Stat. 664, related to program authorization.

Section 9864, Pub. L. 110–69, title VI, § 6304, Aug. 9, 2007, 121 Stat. 667, related to authorization of appropriations.

SUBCHAPTER IV—ALIGNMENT OF EDUCATION PROGRAMS

Editorial Notes

CODIFICATION

Subtitle D of title VI of Pub. L. 110–69, comprising this subchapter, was redesignated subtitle B of title VI of Pub. L. 110–69 by Pub. L. 111–358, title X, § 1002(b)(2), Jan. 4, 2011, 124 Stat. 4048.

§ 9871. Alignment of secondary school graduation requirements with the demands of 21st century postsecondary endeavors and support for P–16 education data systems

(a) Purpose

It is the purpose of this section—

(1) to promote more accountability with respect to preparation for higher education, the 21st century workforce, and the Armed Forces, by aligning—

(A) student knowledge, student skills, State academic content standards and assessments, and curricula, in elementary and secondary education, especially with respect to mathematics, science, reading, and, where applicable, engineering and technology; with

(B) the demands of higher education, the 21st century workforce, and the Armed Forces;

(2) to support the establishment or improvement of statewide P–16 education data systems that—

(A) assist States in improving the rigor and quality of State academic content standards and assessments;

(B) ensure students are prepared to succeed in—

(i) academic credit-bearing coursework in higher education without the need for remediation;

(ii) the 21st century workforce; or

(iii) the Armed Forces; and

(3) enable 1 States to have valid and reliable information to inform education policy and practice.

(b) Definitions

In this section:

(1) P–16 education

The term "P–16 education" means the educational system from preschool through the conferring of a baccalaureate degree.

(2) Statewide partnership

The term "statewide partnership" means a partnership that—

(A) shall include—

(i) the Governor of the State or the designee of the Governor;

(ii) the heads of the State systems for public higher education, or, if such a position does not exist, not less than 1 representative of a public degree-granting institution of higher education;
(iii) a representative of the agencies in the State that administer Federal or State-funded early childhood education programs;
(iv) not less than 1 representative of a public community college;
(v) not less than 1 representative of a technical school;
(vi) not less than 1 representative of a public secondary school;
(vii) the chief State school officer;
(viii) the chief executive officer of the State higher education coordinating board;
(ix) not less than 1 public elementary school teacher employed in the State;
(x) not less than 1 early childhood educator in the State;
(xi) not less than 1 public secondary school teacher employed in the State;
(xii) not less than 1 representative of the business community in the State; and
(xiii) not less than 1 member of the Armed Forces; and
(B) may include other individuals or representatives of other organizations, such as a school administrator, a faculty member at an institution of higher education, a member of a civic or community organization, a representative from a private institution of higher education, a dean or similar representative of a school of education at an institution of higher education or a similar teacher certification or licensure program, or the State official responsible for economic development.
(c) Grants authorized
The Secretary is authorized to award grants, on a competitive basis, to States to enable each such State to work with a statewide partnership—
(1) to promote better alignment of content knowledge requirements for secondary school

*Federal question jurisdiction*

Complaints asserting claims that raise a federal question pursuant to title 28 United States Code section 1331 can be removed. If the claims in the case include both federal-question claims and nonremovable claims or claims over which the court cannot assert original or supplemental jurisdiction, the action is still removable, but the non-federal claims must be severed and remanded. (§ 1441(c).)

Note - File to Remand within 30 days.

Note - Opposition did not answer the initial complaint presented within the time period of the summon.

# Index

Page : 3 Line : 82 Author : Unknown Author 03/21/2024
Update clarity for and against who and what for action, everything has to be clear, specific, and legally-easy to follow.

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris ElishA Smith, certify that on this date April 4, 2024 a true copy of the foregoing document was mailed to: Ezequiel Joesph Romero Bryan CAve Leighton Paisner LLP 200 South Biscayne BlVD, suite 400 MIAMI FL 33131

name(s) and address(es)

By:

Chris ElishA Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

lesliesmit555@gmail.com
E-mail address

(954) 709-3544
Phone Number

Facsimile Number

555 NW 29 Ave
Street Address

Ft. LAUDERDALE Fl 33311
City, State, Zip Code