(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-CV-60441 MD

Chris Elisha Smith

Plaintiff(s)

v.

YOUTUBE LLC

Defendant(s)

FILED BY P D.C.
APR 15 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Motion For clerk's DEFAULT

(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

The FEDERAL Court to acknowledge the Motion For clerk's DEFAULT that was Entered on March 21, 2024, The Defendant YOUTUBE LLC Faild to Answer the complaint in civil court by the Deadline March 20, 2024 Instead the Defendant motion Federal court to Motion for Removal from civil court to federal court their wasnt a answer in civil court.

Apparently the Defendant Youtube LLC had a removal Motion, and dismiss motion, entered and visible simultaneously on the same day, within the Civil Court's Systems AFTER the deadline for responding to the Civil Court, but pushed a date for the filing of these two motions back from on or after March 21, 2024,

(Rev. 10/2002) General Document

to March 20, 2024 or before. Because there was no answer to the Civil Court on March 20, 2024, the clerks verified within the Civil Court's systems many times, and there was no response from Youtube LLC, therefore a Motion for Clerk's Default was Filed against Youtube LLC, because the case was open and within Civil Court, and wasn't removed to Federal Court at the time. case number 24-0001269

(See Attached Copy)

**Certificate of Service**

I Chris Elisha Smith, certify that on this date April 15, 2024 a true copy of the foregoing document was mailed to: Damon J. Whitaker Esq.
name(s) and address(es)
1201 W. Peachtree ST. NW 14th Floor
Atlanta, GA 30309

By:

Chris Elisha Smith
Printed or typed name of Filer

Chris smith
Signature of Filer

Florida Bar Number

Lesliesmit555@gmail.com
E-mail address

(954) 709 3544
Phone Number

Facsimile Number

555 NW 29 Avenue
Street Address

Ft Lauderdale Fl 33311
City, State, Zip Code