IN THE CIRCUIT COURT 17TH JUDICIAL CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA

Chris Elisha Smith,
Plaintiff(s),

v.

Case Number: 24-0001269

YouTube LLC,
Defendant(s).

FILED
MAR 21 2024
By

**MOTION FOR CLERK'S DEFAULT**

Plaintiff(s) moves for entry of a default by the clerk against the Defendant, YouTube LLC for failure to serve any paper on the undersigned or file any paper as required by law.

Chris Smith
Signature of Plaintiff(s)
Print Name: Chris Elisha Smith
Address: 555 NW 29 Ave
Fort Luaderdale, FL 33311
Telephone No. 954-709-3544

**DEFAULT**

A default is hereby entered in this action against the above-named defendant(s) in the foregoing motion for failure to serve or file any papers as required by law.

WITNESS MY HAND AND SEAL OF SAID COURT ON 3/25/2024.

Brenda D. Forman
AS CLERK OF THE COURT

BY ____________
Deputy Clerk

CLERK OF CIRCUIT & COUNTY COURT · IN GOD WE TRUST · 17TH JUDICIAL CIRCUIT · BROWARD COUNTY FLORIDA

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true copy from the records on file in the office of the Circuit Court Clerk of Broward County, Florida.
WITNESS my hand and official Seal at Fort Lauderdale, Florida, this ____ day of ____ A.D. 20__
APR 03 2024
Brenda D. Forman, Clerk
Deputy Clerk

CLERK OF CIRCUIT & COUNTY COURT · IN GOD WE TRUST · 17TH JUDICIAL CIRCUIT · BROWARD COUNTY FLORIDA

Plantiff "Chris Elisha Smith" Filed in response to the Motion to Dismiss on April 1, 2024 because the case, which was initially Filed Civil Court, was Filed to be removed to Federal Court by Youtube LLC or its representatives, which would impose different time-limits to certain actions, and because the response provided by Youtube LLC or its representatives is made to a case initially Filed in Civil Court, then removed to Federal Court by Youtube LLC or its representatives. At the time of the Filing of the Motion For Clerk's Default, there may have been no data available in the systems within the Civil Court that identified the case as disposed or removed to Federal Court, because the Plantiff isn't behind the machines connected to the Court's systems, the Clerks are.

Not to be mistaken or worded otherwise, there were no documents submitted into any United States of America "legal system" regarding acting in-place of the current legal system requiring due process of law, especially for "False accusations that are done repeatedly to frighten a personnel's customers, who weren't even charged any currency."

## Re-introduction

The case takes "repeated public display of False allegations in the form of electronic messages to users and customers, without due process of law" into question.

These types of actions are instant, and do not allow responses without providing more credentials, into Youtube's systems. Even if it's responded to within Youtube's systems, it doesn't receive due process of law from the Courts, and is instead "reviewed by trademark/copyright/intellectual property holders" who actually distribute products and even advertise through Youtube indefinitely, knowing the products would

reach the customer's hands, which after the time of purchase, is the Customer's possession for use because the customer did not physically sign off to allow others to remove their rights to the First Amendment of the United States so that another personnel could benefit, while they wouldn't.

Because Youtube LLC reserves the final rights to account terminations within Youtube, it would be more feasible to contact the Court's Systems instead if any of the Plantiff's actions are outright intercepted in a way to make competing impossible, because any other personnel could delete the Plantiff's actions, but the Plantiff couldn't respond without providing information others may use to conduct riots or breaches towards the Plantiff, which would practically cause the end of the Plantiff's life.