(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0: 24-CV-60441 MD

Chris Elisha Smith

Plaintiff(s)

v.

YOUTUBE, LLC

Defendant(s)

FILED BY ___ D.C.

APR 12 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## Response in Opposition to Motion to Dismiss

(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

Defendant YOUTUBE, LLC Filed Notice OF Removal (State Court Complaint) on 3/20/2024, Defendant YOUTUBE, LLC Filed Motion to DISMISS on 3/28/2024 Which is PASS the 7 day period OF LOCAL Rule 7.1(c)(1) I Chris Elisha Smith AM Filing OPPosition to Motion to Dismiss SEE ATTACHED COPY.

SCANNED

**Certificate of Service**

I Chris Elisha Smith, certify that on this date April 12, 2024 a true copy of the foregoing document was mailed to: Damon J Whitaker Esq
name(s) and address(es)
1201 W. Peachtree ST. NW 14th Floor
Atlanta, GA 30309

By:

Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

LeslieSmith555@gmail.com
E-mail address

954 709-3544
Phone Number

Facsimile Number

555 NW 29 Ave
Street Address

Ft Lauderdale 33311
City, State, Zip Code

The Plantiff's Complaint and response are supported by relevant evidence which pertains to the case, where Youtube LLC acted for 3A Corporation in response to repeated false allegations done over 15 times, where no false allegations actually proceeded through any United States Court system and are obviously intended to cause damage to the Plantiff, who is the owner of the "Jikan He No Zouhan Nihongo Daigaku" Japanese university, which retains the rights to receive due process of law from the courts, especially with the Federal law statutes § 901. Definitions, involving a Japanese teacher (the Plantiff) with a "teaching position", where Youtube LLC, as-well, would attempt to deny Federal law statute § 902. Regulations of Secretary of Defense, where the "Fixing of basic compensation for teachers and teaching positions at rates equal to the average of the range of rates of basic compensation for similar positions of a comparable level of duties and responsibilities in urban school jurisdictions in the United States of 100,000 or more population;
(3) the entitlement of teachers to compensation;
(4) the payment of compensation to teachers;"

And in reference to § 903 Administration (a) Employment and salary practices and (c) Rates of basic compensation, "The Secretary of Defense shall fix the basic compensation for teachers and teaching positions in the Department of Defense at rates equal to the average of the range of rates of basic compensation

For similar positions of a comparable level of duties and responsibilities in urban school juristictions in the United States of 100,000 or more population.

(d) Issuance of regulations by Secretary of Defense

The Secretary of Defense may prescribe and issue such regulations as he deems appropriate to carry out his functions under this Chapter."

The Complaint and Response does assert plausible claims against Youtube, in a world-wide service which other users trespass the trademark laws, "Most notably a user of white or Japanese descent is seen holding a Japanese Genki textbook", "Japanese users within Youtube teaching Japanese out of thin-air with no source such as Japanese Ammo with Misa", and "NihonGoal, a user utilizing the same educational material Minna no Nihongo, which is a verified Channel", and subsequently "TAKAShi user within Youtube who hosted Minna no Nihongo 1 Lesson 1 for 6 months". The original complaint states that, "the first trademark strike was for lifting unopened Minna no Nihongo textbooks", and afterwards, the plantiff studied Japanese remaining defamed and demoralized for an extended period of time, where none of the actual intellectual property "infringements" actually had a proper court trial or a defendant, just an "attacker attempting to cause damage for a product, and the information sold, which at the time of accepting currency, 3A Corporation lost the rights

to all of the Japanese information within that distributed product(s), On-or-around the Minna no Nihongo textbooks within my possession/posession, which after a product enters a personnel's reach, is the personnel's and not the trademark holder's, which doesn't prohibit a trademark holder from distributing the original product, but it also doesn't permit a personnel to act to harass individuals who own Japanese textbooks. Trademark/intellectual property infringements, would have to proceed through the United States' courts, because they are often used to make illegal repeated false allegations against personnel, which is defamatory in-nature, especially if it tells a person's customers to retain a "fear of the unknown power" for viewing my Japanese textbook video lessons.

Youtube LLC's legal authority is refuted because without the due process of law given to the plantiff and the infringement accusations proceeding through a legal system where the person has a chance to defend themselves, Youtube is therefore now acting on their Terms of Service Community Guidelines, "Youtube retains the final rights to account termination", rather than a legitimate legally-processed trademark infringement. The plantiff additionally notes that, "KadoKawa advertised a pornographic Japanese magical girl Japanese anime within Youtube" and it uses the Japanese language,

"They've used Japanese educational material in the past, which they should also receive the same harrassing illegitimate trademark strikes for receiving currency with the assistance of the public advertising provided by Youtube LLC and utilizing Japanese knowledge previously acquired through Japanese textbooks or other sources to monetize Japanese pornography into my Youtube home page with the grammatical points from Japanese textbooks, "pulled from Japanese textbooks and used as publicly advertised Japanese animated pornography within Youtube's systems," while not being well-informed of these attacks performed against the plantiff, who is learning Japanese so they do not get pulled from Japan for sex tourism, which Youtube is seemingly promoting.

The plantiff has performed exceptional teaching duties, where Japanese wasn't previously offered in the location, and is answering 213,600 Japanese vocabulary word questions currently, scheduled for the 4th Japanese textbook reading.

a no nihongo - YouTube ×

outube.com/results?search_query=minr Search

minna no nihongo

All Shorts Unwatched Watched Videos For you Recently uploaded Live Review N5 Grammar Myanmar Filters



NihonGoal

@NihonGoal • 199K subscribers

One of the best textbooks to use to learn Japanese is called "Minna no Nihongo", or "Japanese for Everyone." Even if you don't ...

Subscribe




JLPT N5 Japanese Minna No Nihongo Lessons

NihonGoal

Learn Japanese | Minna No Nihongo Lesson 1 Vocabulary • 15:13

Learn Japanese | Minna No Nihongo Lesson 1 Grammar • 20:18

VIEW FULL PLAYLIST




Minna no Nihongo | Lesson 1

405K views • 6 months ago

Takashi

Lesson 1 covers - N1 は N2 です - N1 は N2 じゃ（では）ありません - N1 は N2 ですか - N1 も N2 です - N1 の N2 - How to ...

CC

Vocabulary | Grammar | Practice 3 chapters



Takashi

@Takashi_teaches_Japanese • 40.7K subscribers

Let's learn Japanese with me! I hope some people find my videos helpful.

Subscribe



Minna no Nihongo | Lesson 6

25K views • 3 months ago


genki - YouTube
minna no nihongo - YouTube
https://www.youtube.com/results?search_query=minn
Search
YouTube
minna no nihongo
Sign in
Home
Shorts
Subscriptions
Library
History
Sign in to like videos, comment, and subscribe.
Sign in
Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts
All
Shorts
Unwatched
Watched
Videos
For you
Recently uploaded
Live
Review
N5 Grammar
Myanmar
Filters
NihonGoal
@NihonGoal • 199K subscribers
One of the best textbooks to use to learn Japanese is called "Minna no Nihongo", or "Japanese for Everyone." Even if you don't ...
Subscribe
Lesson 1
Vocabulary
MinnaNO
NIHONGO
50 videos
JLPT N5 Japanese Minna No Nihongo Lessons
NihonGoal
Learn Japanese | Minna No Nihongo Lesson 1 Vocabulary • 15:13
Learn Japanese | Minna No Nihongo Lesson 1 Grammar • 20:18
VIEW FULL PLAYLIST
みんなの日本語
Lesson 1
Vocabulary
Grammar
Practice
16:04
Minna no Nihongo | Lesson 1
405K views • 6 months ago
Takashi
Lesson 1 covers N1 は N2 です · N1 は N2 じゃ（では）ありません · N1 は N2 ですか · N1 も N2 です · N1 の N2 · How to ...
CC
Vocabulary | Grammar | Practice
3 chapters
Takashi
@Takashi_teaches_Japanese • 40.7K subscribers
Let's learn Japanese with me! I hope some people find my videos helpful
Subscribe
Minna no Nihongo | Lesson 6
25K views • 3 months ago
ENG
8:59 AM
10/17/2023


genki - YouTube
minna no nihongo - YouTube
https://www.youtube.com/results?search_query=genki
genki
All
Shorts
Unwatched
Watched
Videos
For you
Recently uploaded
Live
1 vocabulary
Lesson 2
Filters
Home
Shorts
Subscriptions
Library
History
Sign in to like videos, comment, and subscribe.
Sign in
Explore
Trending
Shopping
Music
Movies & TV
Live
Gaming
News
Sports
Learning
Fashion & Beauty
Podcasts
【JLPT N5】GENKI Grammar Made Clear 【NO CHAT】
ToKini Andy
VIEW FULL PLAYLIST
12 videos
Genki Park
@genkipark • 665K subscribers
Teaching kids healthy habits with big fun videos and nursery rhymes, that's "Genki Park". Sing along the simple, happy songs.
Subscribe
【N5】Genki 1 Lesson 3 Grammar Made Clear | ます CONJUGATION SIMPLIFIED
214K views • 3 years ago
ToKini Andy
1:03:01
【N5】Genki 1 Lesson 4 Grammar Made Clear - The Japanese Past Tense and more 【Chat removed】
163K views • 3 years ago
ToKini Andy
1:05:02
8:59 AM
10/17/2023