**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC,

Defendant.

Civil Action No.: 0:24-cv-60441-MD

**DEFENDANT YOUTUBE, LLC'S NOTICE OF FILING**
**BROWARD COUNTY CLERK OF COURT'S NOTICE OF CLERICAL ERROR**

Defendant YouTube, LLC ("***YouTube***") hereby files the attached Notice of Clerical Mistake (the "***Correction***"), which was filed by the Broward County Clerk of Court ("***State Court Clerk***") on April 10, 2024, in the closed action in the Broward County Circuit Court ("***State Court***") from which this Action was removed, *Chris Elisha Smith v. YouTube LLC*, Case No. CACE24001269 ("***State Court Action***"). YouTube is filing the Correction so this Court has a complete record, after Plaintiff's improper attempt to obtain an entry of default on April 16, 2024, which was promptly and properly denied by the Clerk of Court for the Southern District of Florida. (D.E. 10 & 11.)

YouTube had timely removed the State Court Action to this Court on March 20, 2024. (D.E. 1.) The Correction acknowledges that the State Court Clerk erroneously and inadvertently entered a default against YouTube, and corrects that mistake. The Correction acknowledges the fact that YouTube timely removed the Action.

Furthermore, YouTube timely responded to the Complaint by its Motion to Dismiss filed on March 27, 2024. (D.E. 4.) The parties have fully briefed YouTube's Motion to Dismiss, and that motion is ripe for the Court's decision, as of April 10, 2024. (D.E. 4 & 7 - 9.)[1]

Respectfully submitted this 18th day of April, 2024.

*/s/ Ezequiel J. Romero*
**BRYAN CAVE LEIGHTON PAISNER, LLP**
Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: Ezequiel.romero@bclplaw.com

Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree St. NW, 14th Floor
Atlanta, GA 30309
Tel: (404) 572-6600
Email: damon.whitaker@bclplaw.com

*Attorneys for YouTube, LLC*

[1] Plaintiff improperly filed a sur-reply on April 18, 2024 (D.E. 12) without leave of Court in violation of S.D. Fla. Local Rule 7.1(c)(1), erroneously arguing the Motion to Dismiss was not filed on March 27, 2024, but otherwise confirming his Complaint should be dismissed with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2024, a true and correct copy of **Defendant YouTube, LLC's Notice of Filing Broward County Clerk of Court's Notice of Clerical Error** was e-filed using the Court's ECF System and served on Plaintiff Chris Elisha Smith via U.S. Mail at 555 N.W. 29 Ave, Ft. Lauderdale, Florida 33311, with a copy sent by email to LeslieSmit555@gmail.com.

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero, Esq.

*One of the Attorneys for YouTube, LLC*