Filing # 195872188 E-Filed 04/10/2024 10:39:16 AM

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CHRIS ELISHA SMITH, CASE NO. CACE 24001269

Plaintiff,

v.

YOUTUBE, LLC,

Defendant.
______________________________/

**BROWARD COUNTY CLERK OF COURTS' NOTICE OF CLERICAL MISTAKE**

The Broward County Clerk of Courts, by and through the undersigned counsel and pursuant to Fla. R. Civ. P. 1.540, hereby notifies this Honorable Court of a clerk default erroneously entered against Defendant Youtube, LLC ("Youtube"), and states:

1. On January 30, 2024, the subject complaint was filed.
2. On February 29, 2024, Youtube was served with an alias summons. *See* Exhibit "A."
3. On March 20, 2024, Youtube filed a Notice of Filing Notice of Removal to Federal Court. *See* Exhibit "B."
4. On March 21, 2024, Plaintiff Chris Elisha Smith ("Smith") filed a Motion for Clerk's Default ("motion") claiming Youtube failed "to serve any paper on the undersigned or file any paper as required by law." *See* Exhibit "C."
5. Youtube filed the Notice of Filing Notice of Removal to Federal Court prior to Smith's motion. However, inadvertently, a clerk default against Youtube was entered on March 25, 2024. *See* Exhibit "C."
6. Florida Rule of Civil Procedure 1.540(a) states, *inter alia*, "Clerical mistakes in judgments, decrees, or other parts of the record and errors therein arising from oversight or omission

may be corrected by the court at any time on its own initiative or on the motion of any party and after such notice, if any, as the court orders."

Respectfully Submitted,

_/s *Nnamdi Jackson*___________
Nnamdi S. Jackson, Esq.
General Counsel
Broward County Clerk of Courts
Fla. Bar No. 99804
njackson@browardclerk.org
Ph. (954)831-5849

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Florida Court's E-Filing Portal and was served via e-mail generated by the Florida Courts E-Filing Portal on Wednesday, April 10, 2024, and/or will be served via certified mail to:

Chris Elisha Smith
555 NW 29th Avenue
Fort Lauderdale, Florida 33311
*Plaintiff*

Bryan Cave Leighton Paisner LLP
Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd, Suite 400
Miami, FL 33131
Email: Ezequiel.romero@bclplaw.com
Email: romeroe@bclplaw.com

Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree Street NW
One Atlantic Center, 14th Floor
Atlanta, FA 30309
Email: damon.whitaker@bclplaw.com
*Attorneys for Defendant*

_/s/ *Nnamdi Jackson*_______________
Nnamdi S. Jackson
Fla. Bar No. 99804

# EXHIBIT A

**IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: 24-0001269

Chris Elisha Smith,

Plaintiff,

-against-

YOUTUBE, LLC.,

Defendant

**AFFIDAVIT OF SERVICE**

I, JEAN-PIERRE RUSHING, an Independent Contractor for Larry L. Mabson Investigations in the City of Fort Lauderdale, in the State of Florida, DECLARE THAT:

1. On Thursday, February 29, 2024, at 12:49 p.m., I served **YOUTUBE, LLC**, with the following documents that have been filed in this proceeding:

    ALIAS SUMMONS

2. I served the document referred to in Section 1 of this Affidavit by serving CSC – Lawyers Incorporating Service, the Registered Agent for Service of Process for Defendant **YOUTUBE, LLC**, by leaving the document with **REBECCA VANG**, who was, at the time of service, an Authorized Employee of CSC – Lawyers Incorporating Service as shown by the attached *1505 Service of Process Certificate* and *Statement of Information* on file with the California Secretary of State, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833, on Thursday, February 29, 2024, at 12:49 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 29, 2024

JEAN-PIERRE RUSHING
Registered Process Server #23-059

B1378-9709 01/31/2023 5:00 PM Received by California Secretary of State

# Secretary of State

1505

## Registered Corporate Agent for Service of Process Certificate

(Registered Corporations ONLY)

P

For Office Use Only

**-FILED-**

File No. BA20230229614

Date Filed: 1/31/2023

**Filing Fee – $30.00**

**Certification Fees (Optional) – $5.00**

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become authorized to be a corporate agent for service of process for other business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to bizfileOnline.sos.ca.gov.

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

**2. Secretary of State Entity Number**

C1592199

**3. Address for Service of Process** (Enter the complete street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.) Do not enter a P.O. Box or "in care of" an individual or entity.

| Street Address Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2710 Gateway Oaks Drive, Suite 150N | Sacramento | CA | 95833 |

**4. Authorized Employees** (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in Item 3 above, on any entity who has designated your corporation a as its agent for service of process. Must enter at least 1 person. If there are more than 3.)

| First Name of Authorized Employee | Middle Name | Last Name | Suffix |
|---|---|---|---|
| a. See attached list | | | |
| b. | | | |
| c. | | | |

**5. Statement of Consent** (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

**6. Read and Sign Below** (Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

[signature] Jackie Smetana, Executive Vice President

Signature Type or Print Name



2022 California Secretary of State
bizfileOnline.sos.ca.gov

B1378-9710 01/31/2023 5:00 PM Received by California Secretary of State

Becky DeGeorge
Koy Saechao
Lai Saevang
Nicole Stauss
Jenn Bautista
Trudy Desbiens
Rebecca Vang
Wendy Harris
Melissa DeKoven
Carolyn Valle
Kaci Ransom
Kelli Shortte
Annette Kuhlman
Brejet Stephens
Crystal Chapman
Janette Mcintyre
Jerome Suarez
Samantha Wiltz
Parid Kurbini

BA20220323672

B0795-6713 06/03/2022 4:52 PM Received by California Secretary of State

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: BA20220323672
Date Filed: 6/3/2022

Entity Details

| | |
|---|---|
| Limited Liability Company Name | YOUTUBE, LLC |
| Entity No. | 200631510396 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Google LLC | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | VIDEO SHARING PLATFORM |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

B0795-6714 06/03/2022 4:52 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Kenneth H. Yi* | *06/03/2022* |
| Signature | Date |

# EXHIBIT B

**IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. CACE24001269

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC

Defendant.

**DEFENDANT YOUTUBE, LLC'S**
**NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

**To:** **Brenda D. Forman**
**Broward County Clerk of Courts**
**201 S.E. 6th Street**
**Fort Lauderdale, Florida 33301**

**Plaintiff Chris Elisha Smith**
**555 N.W. 29th Avenue**
**Fort Lauderdale, Florida 33311**

You are hereby notified that on March 20, 2024, Defendant YouTube, LLC ("***YouTube***") filed in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, under Case No. 0:24-cv-60441-MD, a Notice of Removal of the case styled *Chris Elisha Smith v. YouTube, LLC*, Case No. CACE24001269, filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County Court, together with a copy of all process, pleadings and orders served upon it or filed therein. Attached as **Composite Exhibit 1** to this Notice is a copy of the Notice of Removal to the United States District Court for the Southern District of Florida, filed pursuant to 28 U.S.C. §1446(d) and all other applicable provisions of law.

You are further advised that pursuant to 28 U.S.C. §1446(d), the Broward County Clerk of Court shall not proceed any further with this action unless and until the action is remanded.



*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/20/2024 01:57:37 PM.****

YouTube further notes that Plaintiff is representing himself *pro se* and did not designate an email address for service of process or request to be excused from the requirements of email service, as required by Rule 2.516(b)(1)(C)-(D) of the Florida Rules of General Practice and Judicial Administration. By doing so, Plaintiff has prevented YouTube from serving Plaintiff by email. YouTube, however, served Plaintiff via U.S, Mail at 555 N.W. 29th Avenue Fort Lauderdale, Florida 33311.

Respectfully submitted this 20th day of March, 2024.

*/s/ Ezequiel J. Romero*
**BRYAN CAVE LEIGHTON PAISNER LLP**

Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
Email: romeroe@bclplaw.com

Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree St. NW,
One Atlantic Center, 14th Floor
Atlanta, GA 30309
Tel: (404) 572-6600
Email: damon.whitaker@bclplaw.com

*Attorneys for YouTube, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing Notice of Removal was served on Plaintiff Chris Elisha Smith via U.S. Mail at 555 N.W. 29th Avenue Fort Lauderdale, Florida 33311.

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero, Esq.

*One of the Attorneys for YouTube, LLC*

# COMPOSITE EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| Chris Elisha Smith,<br><br>Plaintiff,<br><br>v.<br><br>YouTube, LLC,<br><br>Defendant. | Civil Action No.: _________________<br><br>**Removed From:**<br><br>The Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.<br><br>Case No.: CACE24001269 |

## NOTICE OF REMOVAL

Defendant YouTube, LLC ("***YouTube***") hereby removes this action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. *See* 28 U.S.C. §§ 1331, 1332, 1441(a)-(b), and 1446. The grounds for removal are as follows:

1. On January 30, 2024, Plaintiff Chris Elisha Smith ("***Plaintiff***") filed an action for "Libel; Discrimination; Antitrust/Trade Regulations" against YouTube seeking $730,010.00 in damages in connection with the termination of Plaintiff's YouTube account.

2. Plaintiff's action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and is currently pending as Case No. CACE24001269 (the "***State Court Action***").

3. The undersigned counsel attaches all process, pleadings, orders and other documents filed in the State Court Action, along with a current copy of the State Court Action docket, as **Composite Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

4. On February 29, 2024, YouTube's registered agent was served with a copy of the Summons and Complaint. (*See* Comp. Ex. A at p. 17, Aff. of Service.)

5. No proceedings have taken place in the State Court Action matter besides the filing of the Complaint and Affidavit of Service. (*See* Comp. Ex. A. at pp. 2-4, Docket Sheet.)

6. YouTube removes this action to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, pursuant to the provisions of 28 U.S.C. § 1441 on the grounds that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and federal question jurisdiction pursuant to 28 U.S.C. § 1331.

7. The Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the parties are completely diverse as citizens of different states (Florida versus Delaware/California), and the amount in controversy alleged by Plaintiff exceeds $75,000.00, exclusive of interest and costs.

8. Plaintiff is a Florida resident having an address of 555 N.W. 29th Avenue Fort Lauderdale, Florida 33311. (*See* Comp. Ex. A at p. 7, Compl. ¶ 2.)

9. Defendant YouTube, LLC is a limited liability company formed in Delaware with its principal place of business at 901 Cherry Ave, San Bruno, California 94043. (*Id.* at p. 7, Compl. ¶ 3; *id.* at pp. 20-21, Cal. Sec. of State Stmt. of Info. for YouTube attached to Aff. of Service.)

10. Google LLC is the sole member of YouTube, and is a limited liability company formed in Delaware with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043. (Comp. Ex. A at pp. 20-21, Cal. Sec. of State Stmt. of Info. for YouTube attached to Aff. of Service; Exhibit B, Cal. Sec. of State Stmt. of Info. for Google.)

Case 0:24-cv-60441-XXXX Document 1-1 Entered on FLSD Docket 03/20/2024 Page 3 of 5

11. XXVI Holdings, Inc. is the sole member of Google LLC, and is a corporation formed in Delaware with its business address at 1600 Amphitheatre Parkway, Mountain View, California 94043. (Ex. B; Exhibit C, Del. Sec. of State listing for XXVI Holdings.)

12. Plaintiff seeks $730,010.00 in monetary damages, exclusive of interest and costs. (Comp. Ex. A at p. 7, Compl. ¶ 1.)

13. The allegations and/or claims purportedly asserted in the Complaint also render this a civil action arising under the Constitution, laws or treaties of the United States, specifically including Title 15 of the United States Code.

14. The Complaint purports to assert a claim for an antitrust violation. (Comp. Ex. A at p. 8, Compl. ¶ 5.) Although Plaintiff does not identify whether the claim is asserted under Florida law or federal law, the claim may be asserted under 15 U.S.C. § 2 due to the claim of "monopoly" and federal courts have exclusive jurisdiction over such claims pursuant to 15 U.S.C. § 4. *E.g.*, *Aquatherm Indus., Inc. v. Fla. Power & Light Co.*, 84 F.3d 1388, 1391 & n.2 (11th Cir. 1996).

15. Accordingly, the Court has original jurisdiction over this civil action pursuant to both 28 U.S.C. §§ 1331 and 1332(a)(1), and this action may be removed to this Court by YouTube pursuant to 28 U.S.C. § 1441.

16. This Notice of Removal is timely because it is filed within thirty (30) days after YouTube was served with the Summons and Complaint. 28 U.S.C. § 1446(b)(1).

17. YouTube has not filed a responsive pleading or motion in the State Court Action.

18. YouTube's deadline to respond to the Complaint in this Court shall run for seven (7) days from the removal of this action, through and including March 27, 2024. FED. R. CIV. P. 81(c)(2)(C).

Case 0:24-cv-60411-XXXX Document 1-1 Entered on FLSD Docket 03/20/2024 Page 4 of 5

19. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Southern District of Florida, Fort Lauderdale division is the venue for this action. The State Court Action was filed in the Broward County Circuit Court – the forum in which the removed action was pending, and this federal district and division embrace the place where such action is pending.

20. Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal will be served promptly upon Plaintiff and filed with the Clerk of the Circuit Court of Broward County, Florida.

21. In filing this Notice of Removal, YouTube does not waive any defenses or counterclaims that may be available to it.

WHEREFORE, Defendant YouTube hereby gives notice that the above-referenced action pending in the Broward County Circuit Court has been removed from there to this Court.

Respectfully submitted this 20th day of March, 2024.

*/s/ Damon J. Whitaker*
**BRYAN CAVE LEIGHTON PAISNER LLP**
Damon J. Whitaker, Esq.
Florida Bar No. 0923591
1201 W. Peachtree St. NW, 14th Floor
Atlanta, GA 30309
Tel: (404) 572-6600
Email: damon.whitaker@bclplaw.com

Ezequiel J. Romero, Esq.
Florida Bar No. 107216
200 South Biscayne Blvd., Ste 400
Miami, FL 33131
Tel: (786) 322-7500
Email: ezequiel.romero@bclplaw.com
romeroe@bclplaw.com

*Attorneys for YouTube, LLC*

Case 0:24-cv-60411-XXXX Document 1-1 Entered on FLSD Docket 03/20/2024 Page 5 of 5

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2024, a true and correct copy of the foregoing Notice of Removal was e-filed using the Court's ECF System and was served on Plaintiff Chris Elisha Smith via U.S. Mail at 555 N.W. 29th Avenue, Fort Lauderdale, Florida 33311.

*/s/ Damon J. Whitaker*
Damon J. Whitaker, Esq.

*One of the Attorneys for YouTube, LLC*

# Exhibit A

BRENDA D. FORMAN
CLERK OF THE COURTS
browardclerk.org ■ BROWARD COUNTY, FLORIDA

Menu

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

Print

**Chris Elisha Smith Plaintiff vs. Youtube LLC Defendant**

**Broward County Case Number:** CACE24001269
**State Reporting Number:** 062024CA001269AXXXCE
**Court Type:** Civil
**Case Type:** Other - Libel/Slander
**Incident Date:** N/A
**Filing Date:** 01/30/2024
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Casey, Daniel A.

− Party(ies) Total: 2

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Smith, Chris Elisha** | | ★ Pro Se<br>Retained<br><br>**Status: Active** |

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Youtube LLC** | | |

## Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|

| Date | Disposition(s) | View / Pages |
|---|---|---|

## Collection(s)

Total: 0

**There is no Collection information available for this case.**

## Event(s) & Document(s)

Total: 7

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 03/03/2024 | **Summons Returned Served** | Februan- 29.2024. at 12:49 pm<br>Party: *Defendant*<br>Youtube LLC | /5 |
| 02/22/2024 | **Alias Summons Issued** | H/B To Chris<br>Party: *Defendant*<br>Youtube LLC | |
| 02/22/2024 | **Summons Returned Unserved/Unexecuted** | Party: *Defendant*<br>Youtube LLC | /1 |
| 01/30/2024 | **Per AOSC20-23 Amd12, Case is determined General** | | |
| 01/30/2024 | **Summons Issued** | HB To Plaintiff<br>Party: *Defendant*<br>Youtube LLC | |
| 01/30/2024 | **Civil Cover Sheet** | | /3 |

| Date | Description | Additional Text | View / Pages |
|---|---|---|---|
| 01/30/2024 | **Complaint** | Party: *Plaintiff* Smith, Chris Elisha | /3 |

## − Hearing(s)

Total: 0

**There is no Disposition information available for this case.**

## − Related Case(s)

Total: 0

**There is no related case information available for this case.**

## Brenda D. Forman

### Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK) ›

Find us on Facebook (https://www.facebook.com/browardclerkofcourts/)

## Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS) ›

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS) ›

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT) ›

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY) ›

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS) ›

## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)

PRINT

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/) >

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/) >

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) > *PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) > *PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.

© 2024 - All rights reserved

# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

**DOCUMENT INFORMATION**

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 1:21:02 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A |
| **Case Docket:** | 1/30/2024 - Complaint - 3 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314131918C87E |

---

**HOW TO VERIFY THIS DOCUMENT**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A Page 1 of 3

**IN THE CIRCUIT COURT IN AND FOR THE 17TH JUDICIAL CIRCUIT**

**BROWARD COUNTY, FLORIDA**

CASE NUMBER: 24-0001269

**03**

Chris Elisha Smith, Plaintiff(s)

v.

Youtube LLC, Defendant

FILED JAN 30 2024 By____

**COMPLAINT**

Plaintiff, Chris Elisha Smith (name), sues defendant, Youtube LLC (name) and alleges:

1. This is an action for damages in the amount of $730,010.

2. Plaintiff resides at 555 NW 29 Avenue Ft Lauderdale FL 33311 (address) in Broward County.

3. Defendant resides at 901 Cherry Ave San Bruno, CA 94066 (address) in San Mateo County **or** Defendant is a Florida Corporation doing business at ____ (address), ____ County.

4. On November 30, 2022 (date),
At 8:52 PM on November 30, 2022, Youtube terminated my account while I was still reading my Japanese textbooks. The account was active anonymously for 4 years with no problems, until "my skin color was seen on red, unopened Japanese textbooks." Afterwards, Youtube's systems were abused to repeatedly remove all of my videos containing my Japanese textbook lessons, especially after the views

D=1 Paid with cash SIS

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A Page 2 of 3

and Subscribers from these well-refined Japanese textbook lessons increased at an extremely rapid rate, but Youtube intervened and removed everything before it obtains even a hundred views or subscribers. Other users in Youtube, primarily of White or Japanese ethnicity, are allowed to "hold Japanese textbooks with their face," offer Japanese without sourcing their Japanese resource, and even charge money. Japanese people used Japanese to sell pornography and call it "culture," "anime," and are naked in Youtube for years.
*(statement of facts on which claim for relief against defendant is based)*

5. Plaintiff is entitled to relief from the defendant under the above facts on the basis of the defendant's Libel, Discrimination, Antitrust/Trade Regulations by
*(legal basis for relief, i.e. negligence, breach of contract, etc.)*
reason of Youtube's monopoly over Japanese educational material and "brute-force removal of credible learning videos without due process of law from the Courts of America." I have waited for 3A Corporation /Youtube LLC to remove illegitimate trademark strikes for a whole year, no answer for over 730 days. I have studied for over a thousand days, with a perfect 885 day Japanese streak. I have 100% accuracy on 1006 Japanese joyo Kanji in 117 minutes, and 98.7% accuracy on 2136 in 84 minutes. Japanese people "intentionally remain silent when asked about the 2136 Japanese Joyo Kanji for common use in School Systems in Japan."
*(facts showing entitlement of plaintiff to relief from defendant)*

6. The item(s) of damage to which plaintiff is entitled to relief from defendant
*(injury or damage)*
include(s) Minna no Nihongo English Translation and Grammatical notes (All 4 books), Minna no Nihongo (an additional 4 books) for 8 books, Removed Minna no Nihongo videos (the charges run from the start of the first strike, up to 730 days of negligence/harm)
*(specify)*

7. *(If applicable)* Plaintiff has agreed to pay reasonable attorney's fee and is entitled to recover attorney's fees in this action pursuant to Section__________ of the Florida Statutes or
*(section number)*
paragraph __________ of the contract entered into between plaintiff and defendant.
*(paragraph number)*

8. As a result, plaintiff requests judgement against defendant for damages, ________________, cost of suit, and any other further relief as the court may
*(add "attorney fees" if requested)*
deem proper.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

9. Plaintiff, Chris Elisha Smith does/does not demand a jury trial.
(name) (circle one)

Dated: January 30, 2024.

Chris Smith
(signature)

Print Name: Chris Elisha Smith
Address: 555 NW 24th Avenue
Ft Lauderdale Fl 33311
Phone: (954) 709-3544

State of Florida )
)
County of BROWARD )

Sworn to or affirmed and subscribed before me on the 30th day of JANUARY by CHRIS SMITH.
(name of person making the statement)

(Signature of notary public)

(Notary Seal)

Notary Public State of Florida
Latavia S Striggles
My Commission
HH 274946
Exp. 6/12/2026

LATAVIA STRIGGLES
(Name of notary typed, printed or stamped)

Personally known __________ OR produced Identification FL ID Exp. 1/2/32.
Type of identification produced FL ID.





Unique Code : CAA-FAA-BCABB-HHBEGBDA-IFGIGC-A Page 3 of 3

# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

**DOCUMENT INFORMATION**

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:48 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J |
| **Case Docket:** | 1/30/2024 - Civil Cover Sheet - 3 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

---

**HOW TO VERIFY THIS DOCUMENT**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J Page 1 of 3

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

Plaintiff Chris Elisha Smith

Case # 24-0001269

Division:

vs.

Defendant Youtube L.L.C

FILED JAN 30 2024

By________

03

**II. AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

______ $8,000 or less
______ $8,001 - $30,000
______ $30,001- $50,000
______ $50,001- $75,000
______ $75,001 - $100,000
✓ over $100,000.00

**III. TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J Page 2 of 3

**CIRCUIT CIVIL**

______ Condominium
______ Contracts and indebtedness
______ Eminent domain
______ Auto negligence
______ Negligence—other
    ______ Business governance
    ______ Business torts
    ______ Environmental/Toxic tort
    ______ Third party indemnification
    ______ Construction defect
    ______ Mass tort
    ______ Negligent security
    ______ Nursing home negligence
    ______ Premises liability—commercial
    ______ Premises liability—residential
______ Products liability
___ Real property/Mortgage foreclosure
    _____ Commercial foreclosure
    _____ Homestead residential foreclosure
    _____ Non-homestead residential foreclosure
    _____ Other real property actions
______ Professional malpractice
    ______ Malpractice—business
    ______ Malpractice—medical
    ______ Malpractice—other Professional
X Other
    X Antitrust/Trade regulation
    ______ Business transactions
    ______ Constitutional challenge—statute or ordinance
    ______ Constitutional challenge—proposed amendment
    ______ Corporate trusts
    X Discrimination—employment or other
    ______ Insurance claims
    ______ Intellectual property
    X Libel/Slander
    ______ Shareholder derivative action
    ______ Securities litigation
    ______ Trade secrets
    ______ Trust litigation

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/30/2024 4:30:00 PM.****

Unique Code : CAA-FAA-BCABB-HHBEGBCH-IFGHHB-J Page 3 of 3

**COUNTY CIVIL**

_______ Civil
_______ Real property/Mortgage foreclosure
_______ Replevins
_______ Evictions
_______ Residential Evictions
_______ Non-residential Evictions
_______ Other civil (non-monetary)

**IV. REMEDIES SOUGHT** (check all that apply):
X Monetary;
_______ Nonmonetary declaratory or injunctive relief;
_______ Punitive

**V. NUMBER OF CAUSES OF ACTION: [ ]**
(Specify) _______________________

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
_______ yes
X no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
X no
__ yes If "yes," list all related cases by name, case number, and court. _______________________

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
_______ yes
X no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature Chris Smith _______________ Fla. Bar # _______________
Attorney or party (Bar # if attorney)

Chris Elisha Smith January 30, 2024
(type or print name) Date

Notary Public State of Florida
Latavia S Striggles
My Commission
HH 274945
Exp 6/12/2026

# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

**DOCUMENT INFORMATION**

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:53 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HHHHJFCD-IFGHHC-B |
| **Case Docket:** | 2/22/2024 - Summons Returned Unserved/Unexecuted - 1 Page |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

---

**HOW TO VERIFY THIS DOCUMENT**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 2/22/2024 12:25:09 PM.****

Unique Code : CAA-FAA-BCABB-HHHHJFCD-IFGHHC-B Page 1 of 1

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: 24-0001269

03

Chris Elisha Smith
Plaintiff

v.

Youtube L.L.C
Defendant

Unserved Unexecuted

CIRCUIT CIVIL
2024 FEB 22 P 12: 25
FILED FOR RECORD
CLERK CIRCUIT COUNTY COURT
BROWARD COUNTY, FLORIDA

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant: Youtube L.L.C
901 Cherry Ave San Bruno, CA 94066

Each defendant is required to serve written defenses to the complaint or petition on: (plaintiff or plaintiff's attorney) whose address is: 555 NW 29TH AVE Fort Lauderdale, FL 33311

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately after the service. If a defendant fails to do so, a default mayl be entered against that defendant for the relief demanded in the complaint or petition.

Dated JAN 30 2024

[Name of the Clerk] BRENDA D. FORMAN
As Clerk of the Court

By ______________
As Deputy Clerk

BROWARD COUNTY, FLORIDA CLERK OF CIRCUIT & COUNTY COURTS — IN GOD WE TRUST — CIRCUIT JUDICIAL — 17TH

# Electronically Certified Court Record

**(cover page)**

This cover page is for informational purposes only and is not a requirement when presenting the **Electronic Certified Document**. Directly below the cover page, at the bottom of page 1, you will find the digital signature bearing the identity and authority of the Clerk. On the left side of each page is a unique code identifying the electronic certification for this document.

---

**DOCUMENT INFORMATION**

| | |
|---|---|
| **Agency Name:** | Broward County Clerk of Courts |
| **Clerk of the Circuit Court:** | Honorable Brenda D. Forman |
| **Date Issued:** | 3/14/2024 12:42:58 PM |
| **Unique Reference Number:** | CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C |
| **Case Docket:** | 3/3/2024 - Summons Returned Served - 5 Pages |
| **Requesting Party Code:** | 500 |
| **Requesting Party Reference:** | A20240314123851AC34 |

---

**HOW TO VERIFY THIS DOCUMENT**

This electronically certified Court Record contains a unique electronic reference number for identification printed on each page. This document is delivered in PDF format and contains a digital signature identifying the certifier and a tamper proof seal indicating whether this document has been tampered with. The second page of this document contains a digital signature indicating the certifier as the Broward County Clerk of Courts. Open this document using Adobe Reader software to verify the digital signature of the author. Visit https://www.browardclerk.org/ecertify to learn more about validating this certified copy.

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 1 of 5

Filing # 193170010 E-Filed 03/03/2024 05:42:11 PM

**IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: 24-0001269

Chris Elisha Smith.

Plaintiff.

-against-

YOUTUBE, LLC..

Defendant

## AFFIDAVIT OF SERVICE

I, JEAN-PIERRE RUSHING, an Independent Contractor for Larry L. Mabson Investigations in the City of Fort Lauderdale, in the State of Florida, DECLARE THAT:

1. On Thursday, February 29, 2024, at 12:49 p.m., I served **YOUTUBE, LLC**, with the following documents that have been filed in this proceeding:

   ALIAS SUMMONS

2. I served the document referred to in Section 1 of this Affidavit by serving CSC – Lawyers Incorporating Service, the Registered Agent for Service of Process for Defendant **YOUTUBE, LLC**, by leaving the document with **REBECCA VANG**, who was, at the time of service, an Authorized Employee of CSC – Lawyers Incorporating Service as shown by the attached *1505 Service of Process Certificate* and *Statement of Information* on file with the California Secretary of State, at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833, on Thursday, February 29, 2024, at 12:49 p.m.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 29, 2024

JEAN-PIERRE RUSHING
Registered Process Server #23-059

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 03/03/2024 05:42:10 PM.****

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 2 of 5

B1378-9709 01/31/2023 5:00 PM Received by California Secretary of State

**Secretary of State** | 1505

**Registered Corporate Agent for Service of Process Certificate** (P)

(Registered Corporations ONLY)

For Office Use Only

**-FILED-**

File No. BA20230229614

Date Filed: 1/31/2023

**Filing Fee – $30.00**

**Certification Fees (Optional) – $5.00**

**Who Can File?** Any **active** corporation that is registered with the California Secretary of State can file this Form 1505 to become authorized to be a corporate agent for service of process for other business entities that are registered with the Secretary of State. To check the status of your corporation, and to ensure you are entering the **exact** name of the corporation and the **correct** 7-digit Secretary of State file number, go to bizfileOnline.sos.ca.gov.

**This Space For Office Use Only**

**1. Corporate Name** (Enter the exact name of the corporation as it is recorded with the California Secretary of State.)

CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

**2. Secretary of State Entity Number**

C1592199

**3. Address for Service of Process** (Enter the complete street address in California of the office where any entity that named your corporation as agent for service of process may be served with process.) Do not enter a P.O. Box or "in care of" an individual or entity.

| Street Address Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 2710 Gateway Oaks Drive, Suite 150N | Sacramento | CA | 95833 |

**4. Authorized Employees** (Enter the names of all persons employed by your corporation who are authorized to accept delivery of any copy of service of process, at the address entered in Item 3 above, on any entity who has designated your corporation as its agent for service of process. Must enter at least 1 person. If there are more than 3.)

| First Name of Authorized Employee | Middle Name | Last Name | Suffix |
|---|---|---|---|
| a. See attached list | | | |
| b. | | | |
| c. | | | |

**5. Statement of Consent** (Do not alter the Statement of Consent.)

This corporation consents that delivery of a copy of service of process to an authorized employee at the address designated in item 3 shall constitute delivery of any such copy to the corporation, as the agent for service of process.

**6. Read and Sign Below** (Office or title not required. Do not use a computer generated signature.)

I am a corporate officer and am authorized to sign on behalf of the corporation.

[signature]
Signature

Jackie Smetana, Executive Vice President
Type or Print Name

1505 (REV 03/2022)

2022 California Secretary of State
bizfileOnline.sos.ca.gov

B1378-9710 01/31/2023 5:00 PM Received by California Secretary of State

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 3 of 5

Becky DeGeorge
Koy Saechao
Lai Saevang
Nicole Stauss
Jenn Bautista
Trudy Desbiens
Rebecca Vang
Wendy Harris
Melissa DeKoven
Carolyn Valle
Kaci Ransom
Kelli Shortte
Annette Kuhlman
Brejet Stephens
Crystal Chapman
Janette Mcintyre
Jerome Suarez
Samantha Wiltz
Parid Kurbini

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 4 of 5

B0795-6713 06/03/2022 4:52 PM Received by California Secretary of State

BA20220323672

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: BA20220323672
Date Filed: 6/3/2022

Entity Details

| | |
|---|---|
| Limited Liability Company Name | YOUTUBE, LLC |
| Entity No. | 200631510396 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |
| Attention | |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 901 CHERRY AVE<br>SAN BRUNO, CA 94066 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| Google LLC | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | VIDEO SHARING PLATFORM |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| None Entered | |

Labor Judgment

No Manager or Member of this Limited Liability Company has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Unique Code : CAA-FAA-BCABB-HIAFEJFD-IFGHHD-C Page 5 of 5

B0795-6714 06/03/2022 4:52 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Kenneth H. Yi* | *06/03/2022* |
| Signature | Date |

# EXHIBIT B

BA20231413505

**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File No.: BA20231413505
Date Filed: 9/7/2023

B2094-5690 09/07/2023 10:26 AM Received by California Secretary of State

Entity Details

| | |
|---|---|
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

Street Address of Principal Office of LLC

| | |
|---|---|
| Principal Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

Mailing Address of LLC

| | |
|---|---|
| Mailing Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| Attention | Attn: Legal Dept. |

Street Address of California Office of LLC

| | |
|---|---|
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

Manager(s) or Member(s)

| Manager or Member Name | Manager or Member Address |
|---|---|
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

Agent for Service of Process

| | |
|---|---|
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

Type of Business

| | |
|---|---|
| Type of Business | TECHNOLOGY COMPANY |

Email Notifications

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

Chief Executive Officer (CEO)

| CEO Name | CEO Address |
|---|---|
| Sundar Pichai | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

Labor Judgment

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
|---|---|
| *Kenneth H. Yi* | *09/07/2023* |
| Signature | Date |

B2094-5691 09/07/2023 10:26 AM Received by California Secretary of State

# EXHIBIT C

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **6461948** | Incorporation Date / Formation Date: | **6/29/2017** (mm/dd/yyyy) |
| Entity Name: | **XXVI HOLDINGS INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

Submit

View Search Results    New Entity Search

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

JS 44 (Rev. 04/21) FLSD Revised 12/02/2022

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)* **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS** Chris Elisha Smith

**DEFENDANTS** YouTube, LLC

**(b)** County of Residence of First Listed Plaintiff Broward County, FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se Plaintiff

Attorneys *(If Known)*
Damon J. Whitaker & Ezequiel J. Romero, BCLP

**(d)** Check County Where Action Arose: ☐ MIAMI- DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☒ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury - Med. Malpractice

**PERSONAL INJURY**
☐ 365 Personal Injury - Product Liability
☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☒ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee – Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Acts
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
400 State Reapportionment
☒ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit (15 USC 1681 or 1692)
☐ 485 Telephone Consumer Protection Act (TCPA)
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/ Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Information Act
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding ☒ 2 Removed from State Court ☐ 3 Re-filed **(See VI below)** ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district *(specify)* ☐ 6 Multidistrict Litigation Transfer ☐ 7 Appeal to District Judge from Magistrate Judgment ☐ 8 Multidistrict Litigation – Direct File ☐ 9 Remanded from Appellate Court

## VI. RELATED/ RE-FILED CASE(S)

(See instructions): a) Re-filed Case ☐YES ☒NO b) Related Cases ☐YES ☐NO
JUDGE: DOCKET NUMBER:

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause *(Do not cite jurisdictional statutes unless diversity)*:
Purported claims for: libel; discrimination; and monopolization (15 USC 2)
LENGTH OF TRIAL via 0 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 730,010.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

DATE March 20, 2024 SIGNATURE OF ATTORNEY OF RECORD /s/ Damon J. Whitaker, Esq.

**FOR OFFICE USE ONLY : RECEIPT #** **AMOUNT** IFP JUDGE MAG JUDGE

# EXHIBIT C

IN THE CIRCUIT COURT 17TH JUDICIAL CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA

Chris Elisha Smith,

Plaintiff(s),

v.

Case Number: 24-0001269

YouTube LLC,

Defendant(s).

FILED
MAR 21 2024
By

**MOTION FOR CLERK'S DEFAULT**

Plaintiff(s) moves for entry of a default by the clerk against the Defendant, YouTube LLC for failure to serve any paper on the undersigned or file any paper as required by law.

Chris Smith

Signature of Plaintiff(s)

Print Name: Chris Elisha Smith

Address: 555 NW 29 Ave
Fort Luaderdale, FL 33311

Telephone No. 954-709-3544

**DEFAULT**

A default is hereby entered in this action against the above-named defendant(s) in the foregoing motion for failure to serve or file any papers as required by law.

WITNESS MY HAND AND SEAL OF SAID COURT ON 3/25/2024.

**Brenda D. Forman,**
AS CLERK OF THE COURT

CLERK OF CIRCUIT & COUNTY COURT
IN GOD WE TRUST
17TH JUDICIAL CIRCUIT
BROWARD COUNTY FLORIDA

BY ______
Deputy Clerk