**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60441-CIV-DAMIAN/Valle**

**CHRIS E. SMITH**,

Plaintiff,

v.

**YOUTUBE, LLC**,

Defendant.

_________________________/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**[1]

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 20, 2024**. In addition, by **May 20, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 6th day of May, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

[1] The parties must not include Judge Damian and U.S. Magistrate Judge Valle as interested parties unless they have an interest in the litigation.