(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YOUTUBE, LLC

Defendant(s)

FILED BY EB D.C.
MAY 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Amendment to Response in Opposition to Motion to Dismiss
(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

21 PAGES

See ATTACHED COPY

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris Elisha Smith, certify that on this date May 10, 2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero

name(s) and address(es)

200 South Biscayne Blvd. Suite 400

Miami, FL 33131

By:

Chris Elisha Smith

Printed or typed name of Filer

Chris Smith

Signature of Filer

Lesliesmit555@gmail.com

E-mail address

Florida Bar Number

(954)709 3544

Phone Number

Facsimile Number

555 NW 29th Avenue

Street Address

Ft Laudendale Fl 33311

City, State, Zip Code

 

# Chrono Rebellion 時間への造反　精鋭の日本語大学

# (Japanese University Elite Force Jikan He No Zouhan Nihongo Daigaku)


........................................................................................................................2

*"In order to avoid future legal confrontations, all trademarked or copyrighted content cannot be visible, including within networks" is the simple statement Youtube LLC needed, but they're a "business", they only understand a "currency sanction" for "harassment".* ....3

*Educational Property Protection Act 2024, Life Protection Act 2024, Electronic Control Paradigm Disarming Act 2024, Remote Network Corporation-Audience Liability Act 2024, Network Power Limitation Act 2024, Network Physical Presence Requirement Disarming Act 2024 (In-Progress)* ....3

- *Synopsis: "Trademark and Copyright laws are not used as they're stated or intended."* ....3
- *Effect:* ....3
- *Solution:* ....3
- *Response:* ....3
- *Sentiment:* ....4
- *Sentiment 2:* ....4
- *Sentiment 3:* ....4
- *Sentiment 3(2):* ....4
- *Sentiment 3(3):* ....4
- *Sentiment 4:* ....4
- *Sentiment 4(2):* ....4
- *Sentiment 5:* ....5
- *Written:* ....5
- *Sentiment 6:* ....5
- *Sentiment 7:* ....5
- *My consideration:* ....5
- *My consideration(2):* ....5
- *Conclusion:* ....5
- *Conclusion 2:* ....5
- *Conclusion 3:* ....6

*Physical signature requirement for electronic or network platforms and technologies to legally bind personnel from remote locations Disarming Act 2024* ....6

- *Synopsis:* ....6
- *Further analysis :* ....6
- *Further analysis 2:* ....7
- *Further suggestion:* ....7


精鋭の日本語大学

*Example:* ......................................................................................................................................................7

*5-10-2024 Marine Ch. Within Youtube LLC is seen playing a registered trademark or copyrighted product, "Bunny Garden", although this is disrespectful to those who lift unopened Japanese textbooks and receive harassment from the Japanese or Youtube LLC as a result of wanting to learn real Japanese, due to the Japanese women being advertised as generally sexy beings, from Youtube and Google's systems, and/or the state of Japan itself, in the form of anime, music, games, images or video, sent through the networks* ..............................................................7

*Trademark/Copyright "infringement" had to apply equally to Marine Ch. , otherwise, it's just libel, a hate crime, for simply lifting an unopened Japanese textbook. Their gaining currency while undermining other personnel improving their Japanese education, and being on the same piece of land as the "bullies" who hated to see me lift unopened Japanese textbooks, while somehow these "bullies" didn't see the Japanese were publicly broadcasting and benefitting from breaching the same rules within and outside of Youtube, and simultaneously broadcasting "generally racy or sexy audio or video to a large opposite sex audience, and gaining currency"... The bullies could only see me, they couldn't see this? How absurd. Appears to be social and hate-based application of a control-freak-paradigm inserted into federal law, try telling this to other people, the general public, and not the "remote control robots" that have been "parasitized to plague this corruption of information into their heads..."* ..............................................................8

*Example 2: rizuna ch. could perform, "repeated trademark infringement as well with Marine ch.", but in the form of "cosplay, the intended or often repeated trademark infringement, by wearing the clothing of said imaginary or real characters or personnel of a trademarked or copyrighted name or product, often for financial gain, to appeal to the opposite sex, to gain or retain popularity..." While considering lifting a real Japanese textbook insignificant and dangerous, as-a-result of being within the same territory as the "bullies" and doing-so simultaneously knowing or not knowing they're antagonizing me for lifting a real Japanese textbook, unopened* ..............................................9

Index ......................................................................................................................................................10

**精鋭の時間への造反設ける日本語大学　作る　巌淵造反 (Chris Elisha Smith, or Iwafuchi Zouhan いわふち　ぞうはん　巌淵造反), whom owns and runs their own Japanese university and invented the sheet music mechanical response tool, which is being programmed as computer software, says it's unfair to be antagonized for lifting unopened Japanese textbooks, while others reap the full benefits of the currency and general rule breaching without being apprehended equally.**

**Chris Elisha Smith also owns a large game design document, which said "trademark or copyright systems" locked him out of his own original material, for years,** and he can now type into it again with other software. Similarly, the operating system "updates" when it wants to, and advertises software on startup.

精鋭の日本語大学

***"In order to avoid future legal confrontations, all trademarked or copyrighted content cannot be visible, including within networks" is the simple statement Youtube LLC needed, but they're a "business", they only understand a "currency sanction" for "harassment".***

***Educational Property Protection Act 2024, Life Protection Act 2024, Electronic Control Paradigm Disarming Act 2024, Remote Network Corporation-Audience Liability Act 2024, Network Power Limitation Act 2024, Network Physical Presence Requirement Disarming Act 2024 (In-Progress)***

**Synopsis: "Trademark and Copyright laws are not used as they're stated or intended."**
Specifically, a personnel could mask a hate crime, and harass a personnel for unopened Japanese textbooks, with malice intent, to intimidate a person away from properly learning real Japanese.

**Effect:**
"A personnel could slaughter the competition by repeatedly voicing illegitimate trademark/copyright issues, primarily through machines and technology and networks, to cut-off access to resources and mechanisms required for creation of complex systems, rather than infringe

**Solution:**
"To avoid future legal confrontations, de-list your product(s) from networks and physical presence. Prevent your audience from using or presenting terminologies from your products, applying to everyone." Harassing a person after you sell your product to them?

**Response:**
"Youtube LLC updates may 22 2024 terms of services. It still implies said legal action and general tenacious legal harassment, but never incites to tell corporations and the likes to de-list products to avoid future legal confrontations."

精鋭の日本語大学

**Sentiment:**
Youtube LLC and Google's platforms are generally at the center for most currency transactions worldwide. As-a-result, it plays a "legal neutral ground" tipped in the favors for corporations. Corporations dangle valuable items repeatedly to trigger psychological reacti

**Sentiment 2:**
Youtube LLC and Google's systems repeatedly tell a person they're doing something wrong: Corporations perform business analytics and calculate their income before-hand. Should their currency not be what they desire, they take legal-action against said infringers.

**Sentiment 3:**
Certain original products are advertised with Youtube LLC or Google's systems assistance. Their services are hosted WITHIN AMERICAN TERRITORY. They potentially could've diverged from American laws or repeatedly struck personnel and harmed lives with trademark laws.

**Sentiment 3(2):**
Trademark and Copyright laws, could've potentially been used or altered out of the original intended context, to perform otherwise impossible actions considered harassment, as legal actions instead. It takes what corporations are supposed to be charged with

**Sentiment 3(3):**
And places alleged charges on the personnel rather than the corporation instead. It attempts to normalize this process, including repeatedly using the trademark/copyright ideology to host slander or libel, repeated, against a personnel.

**Sentiment 4:**
Youtube LLC knowingly advertised Kadokawa Anime's Mahou Shoujo Ni Akogarete, retained for months. Consequently, it uses "Japanese terminologies found within Minna no Nihongo or Genki Japanese textbooks" and should suffer a reverse trademark-strike as-a-result.

**Sentiment 4(2):**
You could not antagonize a personnel repeatedly for lifting unopened Japanese textbooks, while using content from it or another Japanese textbook series within Mahou Shoujo Ni Akogarete in Youtube, without the consent document I requested. It's not fair legally.

精読の日本語大学

**Sentiment 5:**

Youtube LLC or Google stated, "I should receive no compensation". An attack hosted against an American in American territory shouldn't be fostered and is now a national security issue if that passes.

**Written:**

"The law, contained here, and California's laws, not likely available without paying...." The general consequence of applying a California law, is that the other person's never been presented your law, making it practically invalid or nonexistent.

**Sentiment 6:**

Youtube LLC shouldn't unfairly allow a person to be antagonized for learning Japanese using required Japanese resources the Japanese people are able to use within Japan. The product WAS sold, and the content within.

**Sentiment 7:**

Youtube LLC or Google loses indemnification protections by currently hosting a counterintelligence article against the personnel in the current-day-time.

**My consideration:**

"The document here, which simply requested to put mature content behind a consent button, protects Youtube LLC from future lawsuits by placing the advertised mature content behind a proper channel where a legal consent was obtained from the user of the account."

**My consideration (2):**

Corporations knowingly advertised mature content through Youtube LLC or Google, without a proper consent from user accounts, and used trademarks and copyrights to gain an unfair advantage over the marketplace.

**Conclusion:**

Personnel had malice intent to make it hostile to pursue a proper Japanese education by making it seem as-if they've electronically held a person's throat and mind, for an extended period of time, for lifting unopened Japanese textbooks, that were already SOLD.

**Conclusion 2:**

Advertising contained certain military-level procedures for takeover of a personnel's psychology to almost-guarantee an interaction inciting a future purchase of a product, often forcibly.

精読の日本語大学

**Conclusion 3:**

Japan could be held accountable for unintentionally advertising Japanese women, imposing perfect or unusually strict requirements for access to them, then inciting a Japanese educational resource purchase as a result. Japanese women performed public acts in Youtube.

Or, you could stop holding the case? You know, you're disturbing me from studying, and making it seem hostile to lift unopened Japanese textbooks used in Japan...

If you use it, to uhh... Harm lives for imaginary guy in red hat shooting fireballs from his hands... Seeming like some other imaginary character I created myself with no links to you... Then it should be in Supreme Court, because you're harming people for something that doesn't

even... Exist.

## *Physical signature requirement for electronic or network platforms and technologies to legally bind personnel from remote locations Disarming Act 2024*

**Synopsis:**

"We the people, cannot see or interact with whom attempt to legally bind us. Therefore, it constitutes fear-of-the-unknown magic, and later may require a physical signature due to the deceptive nature of machine code and programmers in general."

I'm going to go study Japanese, and likely finish the diagrams and mathematical/scientific models. You can attempt to disturb me again, it'll just increase my will to continue my Japanese studies.

**Further analysis:**

Wasting a person's time when the entirety of America seemingly undermined reproduction and/or the value of a real woman, while allowing the Japanese to "remain as sexy beings" and antagonizing personnel for lifting unopened Japanese textbooks...

精読の日本語大学

## Further analysis 2:

A person studied Japanese to make it possible to obtain a real Japanese woman. Personnel will intercept or seek opportunities to intercept at every opportunity possible, including masking hate crimes with legal terminologies that are unrelated.

## Further suggestion:

The supposed document stating to put a consent on generally mature content, is actually separate from the age button. If you hosted mature content, you could have a consent button, then ignore those who pledge imaginary problems after bypassing the system.

If you're, "the internet" and you're doing whatever you want, then as a result of you doing whatever you want, no one had to listen to whatever you wanted.

## Example:

"Youtube and Google's services are still used by others within public places, meaning the pledged leave and contract of May 22 2024 Youtube assumes is merely just taking advantage of themselves existing as a service, but I don't see credible competitors to Youtube's services being launched, maintained or rising for an unknown reason".

Woah, amazing! Let's use a service I saw someone in a public store use, Youtube! It would be fair to access the services after they've influenced me enough to log-into their systems, otherwise a machine would fly out that store's door! Oops, oh no, public... Vandalism?? NOOO!!

**5-10-2024 Marine Ch. Within Youtube LLC is seen playing a registered trademark or copyrighted product, "Bunny Garden", although this is disrespectful to those who lift unopened Japanese textbooks and receive harassment from the Japanese or Youtube LLC as a result of wanting to learn real Japanese, due to the Japanese women being advertised as generally sexy beings, from Youtube and Google's systems, and/or the state of Japan itself, in the form of anime, music, games, images or video, sent through the networks.**

This is brought into question, because I was antagonized, terrorized and practically held hostage electronically for lifting unopened Japanese textbooks I owned, although others never strived to offer Japanese in my location or offer real native Japanese as it's taught in Japan, to foreigners. The Japanese textbooks, "had a name typed in Japanese symbols, which couldn't be found through search engines normally, seen by Americans normally, viewed normally, and had practically a concealed presence as-a-result, and although it is REQUIRED for Japanese learning due to the scarcity of Japanese educational resources based on location and others' futile actions to offer Japanese, I was often one of the only ones left pointing out the textbooks' existence, also later actively teaching from the Japanese textbooks, rather than from speculation or non-sourced symbols appearing from thin air onto a screen."

The Japanese, could advertise themselves, other products, even sell sex directly and indirectly through various different methods, gain currency, and then attack me for lifting a Japanese textbook, while breaching the same imposed rules they've attempted to exact upon others themselves for financial gain, and it wasn't fair, period.




*Trademark/ Copyright*

***"infringement" had to apply equally to Marine Ch. , otherwise, it's just libel, a hate crime, for simply lifting an unopened Japanese textbook.***

***Their gaining currency while undermining other personnel improving their Japanese education, and being on the same piece of land as the "bullies" who hated to see me lift unopened Japanese textbooks, while somehow these "bullies" didn't see the Japanese were publicly broadcasting and benefitting from breaching the same rules within and outside of Youtube, and simultaneously broadcasting "generally racy or sexy audio or video to a large opposite sex audience, and gaining currency"... The bullies could only see me, they couldn't see this? How absurd. Appears to be social and hate-based application of a control-freak-paradigm inserted into federal law, try telling this to other people, the general public, and not the "remote control robots" that have been "parasitized to plague this corruption of information into their heads..."***

**Example 2: rizuna ch. could perform, "repeated trademark infringement as-well with Marine ch.", but in the form of "cosplay, the intended or often repeated trademark infringement, by wearing the clothing of said imaginary or real characters or personnel of a trademarked or copyrighted name or product, often for financial gain, to appeal to the opposite sex, to gain or retain popularity..." While considering lifting a real Japanese textbook insignificant and dangerous, as-a-result of being within the same territory as the "bullies" and doing-so simultaneously knowing or not knowing they're antagonizing me for lifting a real Japanese textbook, unopened.**




精鋭の日本語

**Youtube adds a consent 許諾 きょだく kyodaku (consent) button for "potentially mature content or audio" 4-29-2024 Community guidelines aren't updated to reflect the monetized mature ASMR audio being uploaded**







Consent button (eletronic): "The video may contain potentially mature content or audio".

Consent document/packet (physical): For legally binding, a physical signature may be required, due to the nature of computer software and hardware being locked behind forced agreements that aren't actually taken seriously by the real world.

Youtube Community Guidelines 4-29-2024: "Explicit content meant to be sexually gratifying is not allowed on YouTube. "

Violating common channels will just enter, "members only mode", although violating the guidelines and reaping the full benefits of the currency in doing so.
Popular channels are seemingly immune to reports, and only around 15 reports per account can be made in a time period.

Example:

Marine ch. livestreams ASMR. 耳かき **Mimi Kaki, "ear asmr"** will always be considered potentially mature, because it's often opposite-sex-oriented and the customers are almost always receiving sexual gratification from the audio.

A recent "valentines day ASMR" from this channel was moved to "members only" although the content remained on the platform. For other users who actively compete for currency and create original works, it isn't fair to compete with this in general.
It contained, "practical moaning".




## Consent And Logged-In




With Consent (Logged-in Youtube Accounts) previously removable content could be played, out of visibility from others whom hated or raised issues with the content.



Consent button (eletronic): "The video may contain potentially mature content or audio".

**Even sexually gratifying audio videos could be sent through the consent**

**Full or partial monetization may be granted to "potentially mature audio videos" sent through this consent button; partial or no monetization may be granted to "potentially mature videos" sent through this consent button; no monetization is granted, if the content sent through this consent button violates the current guidelines anyways**

**Purpose: Personnel may attempt to cripple the ability to access generally mature material on-purpose, or eradicate its existence completely. This catches and seals those attempts out**

## No Cor
## Loggec

Without Consent
Youtube Accounts
potentially raise i
content they saw

No consent or logg
as potentially matu
won't be visible, ar
potentially raise iss
complain about unr
bypasses it for exte

**Unmarked "poten
or audio" puts a t
account AND if m
audio surpasses 1
duration, places a
uploads, to respe
wish to see it uni
judged to be seve
general)...**


Quiz Timer: -1
Options Menu:
Nothing Here
Display - Octave View - Notes STACK (R) : : This stacks the notes
Algorithm - Procedural Generation - Notes GENERATE (T) : :
Kokoromiru T

Symbol as memorized

Symbol(s) from unpressed memorization

時間への造反設ける日本語

All 2136 Joyo Kanji (6355 Kente
memorization point-in-time whi
mathematically numbered syste
"keying" them into the brain at
interval points, up-to-(Number

水　（すい、みず）**Sui, Mizu (water) is attempted;** 永い（えい、ながい）**ei, nagai (eternity) is drawn instead accidentally**



**火　（ひ、か）Hi, Ka (fire) is pressed into memory**

**水　永い　氷　（すい　みず、えい　ながい、こ り）Sui, mizu (water), ei, nagai (eternit koori (icicle) are within unpressed memorization form, ei/nagai for eterni can be accidentally pulled instead of m as-well as koori for icicle, properly pressing the subsequent symbols into memorization at this form would "seal" especially after a mathematical numbe repetitions for each individual sytmbol**

A Japanese kanji, Japanese kana, Japanese vocabulary term, Japanese kanji on-yomi and kun-yomi reading, a Japanese grammatical point... "All have separate varied memorization points-in-time, lifting into memory at different rates, but systematically can still be overridden with (numbers not shown) keying into the brain at certain multiplicative interval points, with mathematically numbered systematic repetitions, and preferably a proper learning curriculum.

2136 School-use Japanese "Kanji" + 71 Hiragana + 71 Katak

# Grammatical points and Vocabulary words required for Japanese usage within Minna no Nihongo.

**Primary suspicion: "Writing magic tricks distracted Americans from credible required Japanese resources, and are based off I-do you-do fiction rather than scientific law."**

**Writing Japa does not con more to mer actually look or seeing it a number of ti not shown).**



to you.

## *Control Panel Measures Note Generator Implementations*

Notes Per Measure: Change this entry to minimum notes per measure, and maximum notes per measure. Every subsequent note within a measure modifies (adds) to the size of a measure.

INFO Harmonic notes: These notes may take up 1 note space. Broken harmonics take up multiple.

INFO Chord notes: These notes may take up 1 note space. Broken chords take up multiple.

## *Japanese Set Information*

10-27-2023

Words - Set 1 : 10/10

10-28-2023

Words - Set 2: 10/10

10-29-2023

Words - Set 3: 10/10

10-30-2023

Words - Set 4: 10/10

10-31-2023

Words - Set 5: 10/10

11-1-2023

Words - Set 6: 10/10

Words - Set 1: 10/10

11-2-2023

This is the date I finished 21,360 random unique Japanese words (ending at set 6 from 11-1-2023).

11-6-2023

Words - Set 2: 10/10

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

精鋭の日本語大学

11/14/2023

Words - Set 1: 10/10

Words - Set 2: 10/10

Words - Set 3: 10/10

11/24/2023

Words - Set 4: 10/10

(12 words in 27 seconds)

11/25/2023

Words - Set 5: 10/10

11/27/2023

Words - Set 6: 10/10 地方営業 ちほうおうぎょう 地方 大生

12-10-2023

Words - Set1: 10/10

Words - Set2: 10/10

12-16-2023

Words - Set3: 10/10

12-18-2023

Words - Set4: 10/10

12-22-2023
Words - Set5: 10/10

12-26-2023

Words - Set6: 10/10

Words - Set1: 10/10

Words - Set2: 10/10

Words - Set3: 10/10

Words - Set4: 10/10

Words - Set5: 10/10
Words - Set 6: 10/10

Words - Set 1: 10/10

Words - Set 2: 10/10

Words - Set 1: 10/10

精鋭の日本語大学

Words - Set 3: 4/10

3-1-2024

Words - Set 1: 10/10

Words - Set 2: 10/10 (Finishes 466 questions in 18:00 with 85.8% accuracy 66 wrong 400 right)

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

3-8-2024

Words - Set 1: 10/10

3-10-2024

Words - Set 2: 10/10

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

3-12-2024

Words - Set 1: 10/10 (Finishes 2,000 Japanese words in 2 hr 40 min)

Words - Set 2: 10/10

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

3-19-2024

Words - Set 1: 10/10

Words - Set 2: 10/10 (3-21-2024 14 hours study logged, 9th Japanese textbook proceed.)

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10 (This is the task for 3-23-2024, Japan time)

Words - Set 6: 10/10

Words - Set 1: 10/10 (This is the task for 3-24-2024, Japan time)

精鋭の日本語大学

 

Words - Set 2: 10/10 (This is the task for 3-25-2024, Japan time)

Words - Set 3: 10/10 (This is the task for 3-26-2024, Japan time)

Words - Set 4: 10/10 (This is the task for 3-27-2024, Japan time)

Words - Set 5: 10/10 (This is the task for 3-28-2024, Japan time) USC§901

Words - Set 6: 10/10

Words - Set 1: 10/10 (Set 1, 6, 5 are the tasks for 3-29-2024)

Words - Set 2: 10/10

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

Words - Set 1: 10/10

精読の日本語大学

Words - Set 1: 100/100
Graded Reading Set Set 1: 40/100

MinnaNoNihongo 英語訳 English1_600PPI-001 to MinnaNoNihongo 英語訳 English1_600PPI-211 (PerfectScanDoubleWeightBlueBooks) (9th book)

Words - Set 2: 25/100 (First completed in 18:37 duration, 456 questions, 56 wrong, 400 in set, 87.7% accuracy)

Graded Reading Set Set 2: 0/100

MinnaNoNihongo 英語訳 English2_600PPI-001 to MinnaNoNihongo 英語訳 English2_600PPI-190 (10th book)

Words - Set 3: 0/100

Graded Reading Set Set 3: 0/10

MinnaNoNihongoIntermediate 英語訳 English3_600PPI-001 to MinnaNoNihongoIntermediate 英語訳 English3_600PPI-152 (11th book)

Words - Set 1: 0/100
Graded Reading Set Set 1: 0/10

Words - Set 6: 10/10

3-19-2024

Words - Set 1: 10/10

Words - Set 2: 10/10 (3-21-2024 14 hours study logged, 9th Japanese textbook proceed.)

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10 (This is the task for 3-23-2024, Japan time)

Words - Set 6: 10/10

Words - Set 1: 10/10 (This is the task for 3-24-2024, Japan time)

Words - Set 2: 10/10 (This is the task for 3-25-2024, Japan time)

Words - Set 3: 10/10 (This is the task for 3-26-2024, Japan time)

Words - Set 4: 10/10 (This is the task for 3-27-2024, Japan time)

Words - Set 5: 10/10 (This is the task for 3-28-2024, Japan time) USC§901

Words - Set 6: 10/10

Words - Set 1: 10/10 (Set 1, 6, 5 are the tasks for 3-29-2024)

Words - Set 2: 10/10

Words - Set 3: 10/10

Words - Set 4: 10/10

Words - Set 5: 10/10

Words - Set 6: 10/10

Words - Set 1: 10/10

***4-1-2024***

***Operation 2***

Words - Set 1: 100/100
Graded Reading Set Set 1: 40/100

**MinnaNoNihongo 英語訳 English1_600PPI-65 to MinnaNoNihongo 英語訳 English1_600PPI-211(PerfectScanDoubleWeightBlueBooks) (9th book)**

***Operation 3***

Words - Set 2: 64/100 (First completed in 18:37 duration, 456 questions, 56 wrong, 400 in set, 87.7% accuracy)

Graded Reading Set Set 2: 0/100

精鋭の日本語大学


Note Statistics TREBLE: A : 1
Note Statistics TREBLE: E : 2
Note Statistics TREBLE: B : 2
Note Statistics TREBLE: D : 2
Note Statistics TREBLE: G : 3
Note Statistics TREBLE: C : 2
Note Statistics TREBLE: B : 3
Note Statistics TREBLE: E : 3
Display - Full Screen (V) : : Nothing Here
Display - Small Screen (X) : : Nothing Here
Display - Screen WINDOW (W) : : 1
Display - Octave View - Notes Visibility : Single
Display - Octave View - Notes STACK : This stacks the notes on top
Algorithm - Procedural Generation - Notes GENERATE (T) : : This launches
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T
Kokoromiru T

IN THE CIRCUIT COURT 17TH JUDICIAL CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA

Chris Elisha Smith,
Plaintiff(s),

v.

YouTube LLC,
Defendant(s).

Case Number: 24-0001269

A TRUE COPY
BRENDA D. FORMAN
CLERK OF THE CIRCUIT COURT
BROWARD COUNTY, FL

**MOTION FOR CLERK'S DEFAULT**

Plaintiff(s) moves for entry of a default by the clerk against the Defendant, YouTube LLC for failure to serve any paper on the undersigned or file any paper as required by law.

[signature]
Signature of Plaintiff(s)
Print Name: Chris Elisha Smith
Address: 555 NW 29 Ave
Fort Luaderdale, FL 33311
Telephone No. 954-709-3544

**DEFAULT**

A default is hereby entered in this action against the above-named defendant(s) in the foregoing motion for failure to serve or file any papers as required by law.

WITNESS MY HAND AND SEAL OF SAID COURT ON MAR 2 5 2024.

**Brenda D. Forman,**
MIREILLE NAPOLEON
AS CLERK OF THE COURT

A TRUE COPY
Circuit Court Seal

BY ______________________
Deputy Clerk