(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YouTube, LLC

Defendant(s)

FILED BY PC D.C.

May 13, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(TITLE OF DOCUMENT)

I, Chris Elisa Smith plaintiff or defendant, in the above styled cause,

SEE ATTACHED COPY
1 page

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris Elisha Smith, certify that on this date 5-13-2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero
name(s) and address(es)
200 South Biscayne Blvd. Suite 400
Miami, FL 33131

By:

Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

lesliesmit555@gmail.com
E-mail address

(954)709-3544
Phone Number

Facsimile Number

555 NW 29 Avenue
Street Address

Ft Lauderdale Fl 33311
City, State, Zip Code

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

**Plaintiff** Chris Elisha Smith vs. **Defendant** Youtube LLC Appeal No. **0:24-cv-60441-MD**

ORDER REQUIRING SCHEDULING REPORT AND CERTIFICATES OF INTERESTED PARTIES requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. ***(Please type or print legibly)***:

**Plaintiff** Chris Elisha Smith or 巌淵造反 (iwafuchi zouhan)

**Defendant** Youtube LLC

**Contractors** after May 22, 2022 Youtube LLC Terms of Service update

**Japan The Japanese territory 大日本國璽** にほんのこくじ

**Networks** such as the world-wide-web, deployed in United States of America's territory

Submitted by:

Signature: Chris Smith 巌淵造反

Name: Chris Elisha Smith

Address: 555 NW 29th Avenue Ft. Lauderdale, Florida 33311

Telephone #: 954 709-3544