(Rev 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

FILED BY PC D.C.
May 13, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

v.

YOUTUBE, LLC

Defendant(s)

## Joint Scheduling Report
(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

SEE ATTACHED COPY
12 pages

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris Elisha Smith, certify that on this date 5-13-2024 a true copy of the foregoing document was mailed to: Ezequiel Joesph Romero
name(s) and address(es)
200 South Biscayne Blvd. Suite 400
Miami FL 33131

By:

Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

Lesliesmith555@gmail.com
E-mail address

931 709-3344
Phone Number

Facsimile Number

555 NW 29 Avenue
Street Address

Ft Lauderdale FL 33311
City, State, Zip Code

**U.S. District Court**
**Southern District of Florida (Ft Lauderdale)**
**CIVIL DOCKET FOR CASE #: 0:24-cv-60441-MD**

Smith v. Youtube, LLC
Assigned to: Judge Melissa Damian
Case in other court: 17th Judicial Circuit, Broward County FL, CACE-24-001269
Cause: 28:1441 Notice of Removal-Libel, Assault, Slander

Date Filed: 03/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plantiff**

**Chris Elisha Smith**

represented by **Chris Elisha Smith**
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311
PRO SE

V.

**Defendant**

**Youtube, LLC**

represented by **Ezequiel Joseph Romero**
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Blvd., Suite 400
Suite 400
Miami, FL 33131
786-322-7500
Email: romeroe@belplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon Justin Whitaker**
Bryan Cave LLP
One Atlantic Center
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309-3488
404-572-6600
Fax: 404-572-6999
Email: damon.whitaker@bclplaw.com
*ATTORNEY TO BE NOTICED*

## (A) the likelihood of settlement;

**Plaintiff rejects defendants defense, motions, and all rebuttal, as the actions of "Youtube" are to retain channels containing:**

1. **Upskirt live performances - Against current 5-13-2024 community guidelines of Youtube**
   1. DaftTaengk++
      - **1.A. 240511 걸크러쉬 Girl Crush '떨려요(스텔라)' 4K 60P 직캠 by DaftTaengk**
      - 1.B. https://www.youtube.com/watch?v=j7JNhUmeBGA
2. **Ear Licking ASMR - Often monetized or used as masturbation articles or generally "racy" to the opposite sex or "cute" or containing moaning audio or containing masturbation countdowns. Often links to niconico.jp ニコニコ, fantia.jp** ©ファンティア [Fantia] (A site for monetizing products or electronic files and items, contains proper protocol for restricting viewership to adult content, but is linked directly or indirectly from Youtube), and **Twitter** (contains mostly naked Japanese women, adult acts after collecting consent from user, requires users pay to hide likes but without prompt or adequate notification due to the nature of it being within a computer screen or passable easily)
   1. **Mare Ch. ないとめあ-耳舐めおばけ-**
      - **1.A. 《ASMR/脳舐め》脳にクる♡未体験のトビラ開けちゃお♡《脳もみ/脳ローラー/脳タップ/Vtuber/Japanese》**
      - 1.B. https://www.youtube.com/watch?v=4acFwbleOgw&t=4705s
   2. **honda poko**
      - **2.A. 【黒3Dio/耳舐め】びくっ♡ぢゅるるッぬちッ♡ぐぽッ♡【Ear licking/舔耳朵】【耳ふー/耳ぐぽ/耳キス/耳れろ/囁き】3003歳**
      - **2.B. https://www.youtube.com/watch?v=EWGb5CThU5o&t=2883s**
      - **2.C. Streamed live on May 1, 2024**
      - **2.D. May contain moaning and ear licking sounds**
      - **2.E. Uses the Japanese language, which isn't fair, because I was antagonized for lifting unopened Minna no Nihongo textbooks, although they can utilize the Japanese language to market ear licking ASMR, even if the symbols originated from trademarked or copyrighted Japanese textbooks or books or articles of information.**
   3. **Marine Ch. 宝鐘マリン**
      - **3.A. 先生、本気でASMR…したいです【ホロライブ/宝鐘マリン・白銀ノエル】**
      - **3.B. https://www.youtube.com/watch?v=Kr7ogLQh4tc&t=3336s**
      - **3.C. Streamed 1 year ago**
      - **3.D. Youtube retains "先生　せんせい Sensei 本気で　ほんき で hon-ki-de ho-n-ki-de" Marine Ch. ASMR, although acts irrationally against the American for lifting unopened Japanese textbooks, and allowed Youtube**

**itself or others to keep the network hostile for over 2 years, although personnel could profit from generally "racy" ASMR.**

**3.E. Other channels contain Marine ch. masturbation counter ASMR.**

**3.E.A. Marine Does Lewd Countdown For Fapping Use【Hololive | Eng Sub】**

**E.A.A. https://www.youtube.com/watch?v=ksvf2yKW-SI**

**E.A.B. 2 years ago**

**E.A.C. Comments section shows it's generally a masturbation article**

1. **@tako158**
2. **2 years ago**
3. **Marine: "Don't touch your pants!"**
4. **Hold on. This whole operation was your idea.**

**3.F. Another video from Marine ch. contained "more moaning" although was shortly sent into "members only" but still remained on the platform. The goal is to release the "hostile electronic (imaginary) grab from my throat and un-cut my wrists so that I could lift a real Japanese textbook greatly again"**

4. 白虎ルナ **Shiro-tora runa** しろ　とら　ルナ **White-tiger luna/runa (Mature ASMR, often linking to fantia.jp, containing masturbation counters and sex. Live commenters post "org***" messages)**

**4.A.** 【耳舐め ASMR】ナニも考えなくていいんだよ…♥保健室の先生にカラダをゆだねて…♥【**ear cleaning_Vtuber_**힐링_掏耳朵_白虎ルナ】

**4.B. 3-14-2023 2:52 PM**

**4.C. Subsequently, not a single word from Japan regarding me being taken hostage through the networks, for lifting unopened Japanese textbooks, because other personnel REFUSE to offer proper or real Japanese. It's visible here, because Youtube LLC insisted on dismissal motions, which were opposed and rejected.**

**4.D. Channel is terminated. Have you ever informed these personnel or mature ASMR creators, that people ACTUALLY STUDY REAL JAPANESE TEXTBOOKS and RECEIVE $0, when you could publish this and de-value the whole United States of America's physical workforce? The federal and international laws aren't updated to either protect the women or reflect the reality of gaining any currency versus actually reading a Japanese textbook, but the Japanese textbook is de-valued upon receiving harassment, and antagonization, because there's no point in studying Japanese if the Japanese considered you dead, and Youtube follows their orders.**

5. **Other channels exist, but will be "held immune from possible defamation" as fantia.jp terms-of-services states.**

**5.A. This is considered mostly because personnel could repeatedly hinder any and all interaction with the opposite sex, anyways, through the use of the networks and anonymity.**

Plaintiff has repeatedly had filed default motions "visibly poured 3-white-out correction fluid lines over the dates" for the 3-21-2024 default motion from civil court, and even refutted Youtube LLC's dismissal motions several times, eventually referencing Youtube LLC's dismissal motions are out of the Federal Rule deadline for dismissal motions after insisting through Plaintiff's refutations. Plaintiff seeks the full $730,010.

## (B) the likelihood of appearance in the action of additional parties;

Any and all potential "users" of the networks and connected networks, associations, internet service providers, trademark/copyright holders or enforcers, internet domains, "world-wide web", technologies and computers, the United States of America, Japan.

Additional services or personnel using the services within the United States of America's land, air, or "electronic network space" and sea; Youtube LLC and Youtube LLC's "contractors on or after May 22 2024".

The **Navy S.E.A.L.S could potentially be called-on, should no one permit me to lift my Japanese textbooks.**

## (C) proposed limits on the time (Discovery Schedule):

The parties shall comply with the deadlines set forth below.

| Date | Action |
|---|---|
| May 29, 2024 | Parties to provide initial disclosures pursuant to Rule 26(a)(1)(A) |
| June 5, 2024 | Deadline for Joinder of Additional Parties |
| June 5, 2024 | Fact Discovery Cut Off |
| June 12, 2024 | Exchange of Expert Reports |
| June 19, 2024 | Exchange of Witness Lists |
| June 26, 2024 | Exchange of Expert Rebuttal Reports |
| July 3, 2024 | Expert Discovery Cut Off |
| July 10, 2024 | Last Day to Select a Mediator |
| July 17, 2024 | Last Day to File Summary Judgment or Other Dispositive Motion |
| July 24, 2024 | Last Day to Complete Mediation |
| July 31, 2024 | Deadline for Pretrial Motions and Memoranda of Law |
| August 7, 2024 | Deadline for Joint Pretrial Stipulation |
| August 14, 2024 | Deadline for Resolution of Pretrial Motions |
| August 21, 2024 | Pretrial Conference |

| | |
|---|---|
| August 28, 2024 | Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law |
| September 4, 2024 | Deadline for Filing of Deposition Designations |
| September 11, 2024 | Trial |

### (D) proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment;

There is no proposal currently from the Plaintiff for the formulation and simplification of issues.

### (E) the necessity or desirability of amendments to the pleadings;

The plaintiff has refuted and opposed Youtube LLC's dismissal motions several times, although already filing a default motion against Youtube LLC in civil court. Defendants filed motions to dismiss, outside of the federal rule deadline.

### (F) the possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence;

The plaintiff asserts that the evidence portraying Japanese symbols or language being used to lure the opposite sex in-large to claim large amounts of currency through the instant networks is admissible, because the plaintiff is antagonized for lifting unopened Japanese textbooks, and it's emitting a constant weaponized ordinance of harm against him in the form of masking hate by abusing trademark or copyright laws as they're not originally written. It is against Youtube's 5-13-2024 current terms of services or community guidelines, and the channels are still activated, broadcasting practically sex daily through Youtube for financial gain or as masturbation articles.

### (G) suggestions for the avoidance of unnecessary proof and of cumulative evidence;

The plaintiff may refer the evidence as-needed, but has to file it into the case, else Youtube LLC would push dismissal motions into a case that had a default motion from civil court, even if they passed the federal rule deadline for dismissal motions.

### (H) suggestions on the advisability of referring matters to a Magistrate Judge or master;

The plaintiff consented to the Magistrate Judge's authority over the case, but it appears within the federal court's computers as not-signed by all parties still.

## (I) a preliminary estimate of the time required for trial;

**The plaintiff currently believes it will be 3 days of trial**

## (J) requested date or dates for conferences before trial, a final pretrial conference, and trial;

Plaintiff requests a pretrial conference on August 21, 2024, and a trial on September 11, 2024

## (K) Other information helpful to the court.

Currently, the plaintiff seeks to continue studying Japanese. The plaintiff still has to answer 213,600 Japanese questions. The plaintiff still has to read 100 more Japanese textbooks.

**(1) whether the trial will be jury or non-jury.** Plaintiff has demanded a non-jury trial.

**(2) an outline of the legal elements of each claim and defense raised by the pleadings.**

**Plaintiff has suffered harassment and intimidation from the use of Youtube's services** connecting him to hateful or merciless individuals who will stop at nothing in order to end the plaintiff's life for lifting unopened Japanese textbooks. Plaintiff was intercepted or practically exiled from using Youtube for lifting unopened Japanese textbooks, either through a person's direct actions intending malice towards the plaintiff currently or in the future, or through constant machine code from Youtube potentially filtering the plaintiff. Plaintiff altered his Japanese studies many times, completing the 2136 Japanese kanji over 173 times, not-including previous attempts or the "other 4249 kanji" he was practically forced to study as-a-result of the inability of a proper Japanese educational resource such as the textbooks, which the Japanese know but withold, or don't strive to make it readibly visible to others in a reasonable manner.

Plaintiff suffers from a lack of access to real Japanese women, and potentially attempted infliction of suicidal harm from Youtube LLC's systems (in the form of surveys that disappear after account termination asking "how much did we mess up your life?").

Plaintiff notes users using the Japanese language don't care about others' Japanese studies, and they refused to take action or respond properly.

**(3) a good faith estimate of the specific dollar valuation of actual damages and other relief at issue.**

Plaintiff filed $730,010 in damages. Regardless of the defendants input, the damages are mostly irreversible and severely life-threatening, to the point where another court attempted to inject or ingest the plaintiff with neural-toxins for saying ohayougozaimasu in court. The plaintiff's life shouldn't be at another person's mercy.

**4) the need for variance from the discovery limitations imposed by Local Rule and/or the Federal Rules of Civil Procedure.**

Plaintiff has refuted defendant's dismissal motions, which were outside of the federal rule deadlines for the dismissal motions, and plaintiff already filed motion for default judgement of $730,010 in civil court. Plaintiff could've "been dead and unable to report the damages in the first place should the harassment have continued."

**U.S. District Court**
**Southern District of Florida (Ft Lauderdale)**
**CIVIL DOCKET FOR CASE #: 0:24-cv-60441-MD**

Smith v. Youtube, LLC
Assigned to: Judge Melissa Damian
Case in other court: 17th Judicial Circuit, Broward County FL, CACE-24-001269
Cause: 28:1441 Notice of Removal-Libel, Assault, Slander

Date Filed: 03/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plantiff**
**Chris Elisha Smith** represented by **Chris Elisha Smith**
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311
PRO SE

V.
**Defendant**
**Youtube, LLC** represented by **Ezequiel Joseph Romero**
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Blvd., Suite 400
Suite 400
Miami, FL 33131
786-322-7500
Email: romeroe@belplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon Justin Whitaker**
Bryan Cave LLP
One Atlantic Center
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309-3488
404-572-6600
Fax: 404-572-6999
Email: damon.whitaker@bclplaw.com
*ATTORNEY TO BE NOTICED*

JOINT PROPOSED SCHEDULING ORDER

A. Case Management Track
This matter is assigned to the expedited case management track pursuant to Local Rule 16.1.A.2.

B. Discovery Schedule
The parties shall comply with the deadlines set forth below.

| Date | Action |
|---|---|
| May 29, 2024 | Parties to provide initial disclosures pursuant to Rule 26(a)(1)(A) |
| June 5, 2024 | Deadline for Joinder of Additional Parties |
| June 5, 2024 | Fact Discovery Cut Off |
| June 12, 2024 | Exchange of Expert Reports |
| June 19, 2024 | Exchange of Witness Lists |
| June 26, 2024 | Exchange of Expert Rebuttal Reports |
| July 3, 2024 | Expert Discovery Cut Off |
| July 10, 2024 | Last Day to Select a Mediator |
| July 17, 2024 | Last Day to File Summary Judgment or Other Dispositive Motion |
| July 24, 2024 | Last Day to Complete Mediation |
| July 31, 2024 | Deadline for Pretrial Motions and Memoranda of Law |
| August 7, 2024 | Deadline for Joint Pretrial Stipulation |
| August 14, 2024 | Deadline for Resolution of Pretrial Motions |
| August 21, 2024 | Pretrial Conference |
| August 28, 2024 | Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law |
| September 4, 2024 | Deadline for Filing of Deposition Designations |
| September 11, 2024 | Trial |

**U.S. District Court**
**Southern District of Florida (Ft Lauderdale)**
**CIVIL DOCKET FOR CASE #: 0:24-cv-60441-MD**

Smith v. Youtube, LLC
Assigned to: Judge Melissa Damian
Case in other court: 17th Judicial Circuit, Broward County FL, CACE-24-001269
Cause: 28:1441 Notice of Removal-Libel, Assault, Slander

Date Filed: 03/20/2024
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Diversity

**Plantiff**
**Chris Elisha Smith**

represented by **Chris Elisha Smith**
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311
PRO SE

V.

**Defendant**
**Youtube, LLC**

represented by **Ezequiel Joseph Romero**
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Blvd., Suite 400
Suite 400
Miami, FL 33131
786-322-7500
Email: romeroe@belplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damon Justin Whitaker**
Bryan Cave LLP
One Atlantic Center
1201 W. Peachtree Street NW
14th Floor
Atlanta, GA 30309-3488
404-572-6600
Fax: 404-572-6999
Email: damon.whitaker@bclplaw.com
*ATTORNEY TO BE NOTICED*

**Notice of disarming of remote signatures,** contracts, rejected behalf signing, automatic or default signatures or agreements that are rejected, rejection of e-signatures, rejection of forgery of signatures, rejection of electronic signatures or agreements, **requirement of physical signature to legally bind and prohibition of behalf signing to plaintiff**

**Plaintiff Chris Elisha Smith** or **巌淵造反** **(iwafuchi zouhan)**
hereby **REJECTS any and all remote signatures, contracts, behalf signing, automatic or default signatures or agreements** that are as-well rejected: **Rejection of e-signatures,** rejection of forgery of signatures, **rejection of electronic signatures or agreements, requirement of physical signature to legally bind and prohibition of behalf signing to plaintiff**

**Effective immediately, and against any and all e-signatures filed beforehand or on behalf of the plaintiff, the plaintiff requires their own signature to be in physical format and invalidates the usage of behalf signing and electronics for the plaintiff.**
**This also disarms any potential signatures collected with software or computers or networks, as they're known to disable core functionality until forcing unwanted agreements, and the core functionality is often a widespread network throughout the United States of America, making it near essential to access anyways.**

Chris Smith 巌淵

5-13-2024

U.S. Department of Justice
Washington, DC

## The Report of the Attorney General Pursuant to Section 8(b)(iv) of Executive Order 14067:

# How To Strengthen International Law Enforcement Cooperation For Detecting, Investigating, And Prosecuting Criminal Activity Related To Digital Assets

Office of the Attorney General
Washington, D.C. 20530

June 6, 2022

Dear Mr. President,

I am pleased to submit to you the attached Report pursuant to Section 8(b)(iv) of your March 9, 2022, *Executive Order on Ensuring Responsible Development of Digital Assets.*

As your Executive Order notes, the growing use of digital assets in the global financial system has profound implications for investors, consumers, and businesses and increases the risk of crimes such as money laundering, ransomware, terrorist financing, fraud and theft, and sanctions evasion. Strong international law enforcement cooperation will be essential to best position the United States and its partners to detect, investigate, prosecute, and otherwise disrupt criminal activity related to digital assets, and to overcome the unique obstacles posed by the features of these technologies to law enforcement efforts to combat their misuse.

In response to your Executive Order, the Department of Justice engaged in a collaborative effort with the Department of State, Department of the Treasury, Department of Homeland Security, Securities and Exchange Commission, and Commodity Futures Trading Commission to determine how to best strengthen international law enforcement cooperation. As this Report explains in more detail, the Department of Justice and our law enforcement and regulatory partners have already taken steps to combat the illicit use of digital assets, but efforts must evolve to meet the challenge. The Report recommends expanding our operational and capacity building efforts with international partners; increasing information sharing, coordination, and deconfliction; and closing regulatory gaps across jurisdictions.

I look forward to working with our interagency partners on this important issue.

Respectfully,

Merrick B. Garland
Attorney General

cc: Mr. Antony Blinken, Secretary of State
Ms. Janet Yellen, Secretary of the Treasury
Mr. Alejandro Mayorkas, Secretary of Homeland Security
Mr. Gary Gensler, Chair of the Securities and Exchange Commission
Mr. Rostin Behnam, Chairman of the Commodity Futures Trading Commission