**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60441-CIV-DAMIAN/Valle**

**CHRIS E. SMITH**,

Plaintiff,

v.

**YOUTUBE, LLC**,

Defendant.
_____________________________/

**ORDER STRIKING PLAINTIFF'S SCHEDULING REPORT [ECF NO. 18]**

**THIS MATTER** is before the Court upon the Scheduling Report, filed by *pro se* Plaintiff, Chris E. Smith, on May 13, 2024. [ECF No. 18]

On May 6, 2024, this Court directed the parties to prepare and file a *joint* scheduling report, as required by Local Rule 16.1 by May 20, 2024. *See* ECF No. 15; *see also* S.D. Fla. L.R. 16.1(b) (requiring scheduling reports to be jointly prepared and filed). As further detailed in the Court's *Order Providing Instructions to Pro Se Litigant* [ECF No. 6], dated March 28, 2024, Plaintiff is admonished that *pro se* litigants shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of Court. Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants.

Local Rule 16.1(b)(1) sets forth the requirements for attorneys of record and *pro se* litigants to meet and confer regarding the preparation of a joint scheduling report, the requirements of which are set forth in Local Rule 16.1(b)(2).

Plaintiff's Scheduling Report contains unintelligible statements, including in a foreign language, as well as attachments that are not relevant to the instant action. The Scheduling Report fails to comply with the Court's May 6, 2024 Order and Local Rule 16.1 because it is evident that Defendant, YouTube, LLC, did not participate in preparing the Scheduling Report. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Scheduling Report **[ECF No. 18]** is **STRICKEN**. It is further

**ORDERED** that Plaintiff shall comply with the Court's May 6, 2024 Order requiring the parties to prepare and file a *joint* scheduling report, as required by Local Rule 16.1, by **May 20, 2024**, or show cause in writing why sanctions should not be imposed for the failure to comply with the Court's Orders.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of May, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Chris E. Smith, *Pro Se*
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311