# EXHIBIT 1

## Damon Whitaker

| | |
|---|---|
| **From:** | Damon Whitaker |
| **Sent:** | Friday, May 10, 2024 12:35 PM |
| **To:** | 'lesliesmit555@gmail.com' |
| **Cc:** | Ezequiel Romero |
| **Subject:** | Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines |
| **Attachments:** | 2024.05.10 Letter to Plaintiff re Meet and confer and Joint Motion to Stay Case Planning Deadlines.pdf |

| **Tracking:** | **Recipient** | **Delivery** |
|---|---|---|
| | 'lesliesmit555@gmail.com' | |
| | Ezequiel Romero | Delivered: 5/10/2024 12:35 PM |

Dear Mr. Smith,

Please see the attached. We are also having a paper copy hand delivered to you today. We look forward to hearing from you by next Tuesday, May 14.

Sincerely,

BCLP.

Damon J. Whitaker
Counsel
damon.whitaker@bclplaw.com
T: +1 404 572 6913 F: +1 404 420 0913

Bryan Cave Leighton Paisner LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com

BCLP
Bryan Cave Leighton Paisner

BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard
Suite 400
Miami FL 33131 5354
T: +1 786 322 7500
F: +1 786 322 7501
bclplaw.com

May 10, 2024

Ezequiel Romero
Associate
Direct: +1 786 322 7399
Fax: +1 786 322 7499
ezequiel.romero@bclplaw.com

**VIA HAND DELIVERY AND EMAIL**
Chris Elisha Smith
555 N.W. 29th Avenue
Fort Lauderdale, Florida 33311
Lesliesmit555@gmail.com

Re: *Chris Elisha Smith v. YouTube, LLC*, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

Dear Mr. Smith,

As you know, we are counsel to YouTube LLC ("***YouTube***") in the above-referenced litigation. As you may also know, the Court recently issued an Order Requiring Scheduling Report and Certificates of Interested Parties, directing the parties to prepare and file the Local Rule 16.1 joint scheduling report and file certificates of interested parties and corporate disclosure statements by May 20, 2024. A copy of the Order is enclosed at Tab 1.

As you also know, YouTube has sought to dismiss this entire case with prejudice through its pending Motion to Dismiss (D.E. 4.) It is YouTube's position that a case scheduling conference and report, along with any discovery efforts including the Fed. R. Civ. P. 26(a)(1) initial disclosures, are an unnecessary and inefficient use of the parties' and the Court's time and resources, as they will be unnecessary if the Court grants YouTube's Motion to Dismiss. Accordingly, YouTube intends to ask the Court to stay or continue all case deadlines until after the Court rules on YouTube's Motion.

Pursuant to Local Rule 7.1(a)(3), we are writing in a good faith effort to meet and confer with you on YouTube's request to stay the case deadlines. We ask that you join in YouTube's request, and enclose for your consideration a draft Joint Motion to Stay Case Planning and Discovery Deadlines at Tab 2. Please let us know if you agree with this draft motion and if we have your permission to place your e-signature on it and file it with the Court. If you will not join the motion and instead oppose the request to stay the deadlines, please let us know via e-mail so we can set up a call to discuss further.

Please contact us by email at ezequiel.romero@bclplaw.com and damon.whitaker@bclplaw.com by 5 p.m. on May 14, 2024. We look forward to hearing from you.

Sincerely,

*Ezequiel J. Romero*

Ezequiel J. Romero, Esq.
For BCLP LLP

# TAB 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60441-CIV-DAMIAN/Valle**

**CHRIS E. SMITH**,

Plaintiff,

v.

**YOUTUBE, LLC**,

Defendant.

__________________________/

**ORDER REQUIRING SCHEDULING REPORT**
**AND CERTIFICATES OF INTERESTED PARTIES**[1]

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **May 20, 2024**. In addition, by **May 20, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 6th day of May, 2024.

____________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] The parties must not include Judge Damian and U.S. Magistrate Judge Valle as interested parties unless they have an interest in the litigation.

# TAB 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC,

Defendant.

Civil Action No.: 0:24-cv-60441-MD

**JOINT MOTION TO STAY CASE PLANNING AND DISCOVERY DEADLINES**

Plaintiff Chris Elisha Smith ("Plaintiff") and Defendant YouTube, LLC ("YouTube") (collectively the "Parties") jointly move for an order to stay all pending case planning and discovery deadlines under Fed. R. Civ. P. 26 and S.D. Fla. Local Rule 16.1 pending resolution of YouTube's Motion to Dismiss the Complaint (D.E. 4), and in support thereof state as follows:

1. Plaintiff filed this action on January 30, 2024, and YouTube removed it to this Court on March 20, 2024. (D.E. 1)

2. On March 27, 2024, YouTube filed its Fed. R. Civ. P. 12(b)(6) Motion to Dismiss the Complaint and Supporting Memorandum of Law ("Motion to Dismiss"), seeking to dismiss the entire action with prejudice. (D.E. 4.)

3. The Motion to Dismiss was fully briefed as of April 10, 2024, and is ripe for decision by the Court. (*See* D.E. 7 – 9; *see also* D.E. 12 – 13.)

4. On May 7, 2024, the Court issued an Order Requiring Scheduling Report and Certificates of Interested Parties, directing the parties to prepare and file the Local Rule 16.1 joint scheduling report and file their certificates of interested parties and corporate disclosure statements by May 20, 2024. (D.E. 15.)

5. YouTube previously filed its Rule 7.1 Corporate Disclosure Statement and Certificate of Interested Persons on March 20, 2024. (D.E. 3.)

6. Pursuant to Fed. R. Civ. P. 16(b)(2), a scheduling order is to be entered within the earlier of 90 days after YouTube was served or 60 days after YouTube appeared, which date is May 20, 2024. However, the Court is not required to issue a scheduling order if the Court finds good cause for its delay. Fed. R. Civ. P. 16(b)(2).

7. The Parties will also be required to exchange their Fed. R. Civ. P. 26 initial disclosures within fourteen days after holding the Rule 26(f) conference unless a different date is set by agreement or by Court order. Fed. R. Civ. P. 26(a)(1)(C).

8. The Parties recently conferred and agree that staying the deadlines to submit a Joint Scheduling Report and exchange initial disclosures, and all other discovery deadlines, is appropriate as a matter of efficiency.

9. The Parties respectfully submit that these deadlines should be stayed (or alternatively continued) until the Court has an opportunity to rule on the pending Rule 12(b)(6) Motion to Dismiss, in order to preserve the resources of the Parties and the Court.

10. This Joint Motion is not filed for purposes of delay, but to reduce the need for additional judicial labor while the Court evaluates and rules on the potentially dispositive Motion to Dismiss the Complaint. Hence, the preservation of judicial resources and the parties' resources establishes good cause for the Court to delay issuing a scheduling order and to temporarily relieve the parties from undertaking related efforts, including preparing and filing a joint scheduling report, which may be unnecessary.

WHEREFORE, the Parties respectfully request that the Court enter an order: (i) granting the Parties' Joint Motion to Stay Case Planning and Discovery Deadlines; (ii) staying the deadlines

for the Parties to hold the Rule 26(f) conference, file a Joint Scheduling Report, make initial disclosures, and any other discovery until thirty (30) days after the Court has ruled on the pending Rule 12(b)(6) Motion to Dismiss the Complaint; and (iii) granting any other relief that this Court deems just and proper.

**Rule 7.1(a)(3) CERTIFICATION**

The Parties have conferred regarding the relief sought in this Joint Motion and agree to stay all case planning deadlines and discovery related deadlines pending the Court's ruling on the Motion to Dismiss the Complaint.

Respectfully submitted this _____ day of May, 2024.

| | |
|---|---|
| /s/_________________________<br>*Electronically signed with permission*<br>Chris Elisha Smith (Pro Se)<br>555 N.W. 29th Avenue<br>Fort Lauderdale, Florida 33311<br>Email: lesliesmit555@gmail.com<br><br>*Plaintiff* | */s/ Ezequiel J. Romero*<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>Ezequiel J. Romero, Esq.<br>Florida Bar No. 107216<br>200 South Biscayne Blvd., Ste 400<br>Miami, FL 33131<br>Tel: (786) 322-7500<br>Email: Ezequiel.romero@bclplaw.com<br><br>Damon J. Whitaker, Esq.<br>Florida Bar No. 0923591<br>1201 W. Peachtree St. NW, 14th Floor<br>Atlanta, GA 30309<br>Tel: (404) 572-6600<br>Email: damon.whitaker@bclplaw.com<br><br>*Attorneys for YouTube, LLC* |

**CERTIFICATE OF SERVICE**

I certify that on May ____, 2024, a true and correct copy of the foregoing Joint Motion to Stay Case Planning Deadlines was served on all parties registered with the Court's CM/ECF system and by U.S. Mail and email to Chris Elisha Smith at 555 N.W. 29th Avenue, Fort Lauderdale, Florida 33311 and lesliesmit555@gmail.com.

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC,

Defendant.

Civil Action No.: 0:24-cv-60441-MD

**[PROPOSED]**
**ORDER GRANTING**
**JOINT MOTION TO STAY CASE PLANNING AND DISCOVERY DEADLINES**

THIS CAUSE came before the Court on Plaintiff Chris Elisha Smith ("Plaintiff") and Defendant YouTube, LLC's ("YouTube") Joint Motion to Stay Case Planning and Discovery Deadlines (the "Joint Motion", D.E. 16). The Court, having noted the agreement of the parties and being fully advised in the premises, **ORDERS** as follows:

1. The Joint Motion is **GRANTED**.

2. The deadlines for the Plaintiff and Defendant to hold a Rule 26(f) conference, file a Joint Scheduling Report, make initial disclosures, and any other discovery-related deadline are hereby stayed until thirty (30) days after the Court has ruled on Defendant's Rule 12(b)(6) Motion to Dismiss the Complaint (D.E. 4).

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of May, 2024.

______________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT COURT JUDGE**

**Damon Whitaker**

---

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'lesliesmit555@gmail.com' |
| **Sent:** | Friday, May 10, 2024 12:35 PM |
| **Subject:** | Relayed: Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

'lesliesmit555@gmail.com' (lesliesmit555@gmail.com)

Subject: Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines

# RETURN OF SERVICE

Demand Letter.

Case Number: 0:24-CV-60441-MD

Plaintiff: **Chris Elisha Smith**
vs.
Defendant: **YouTube, LLC**

For:
Ezequiel J. Romero
Bryan Cave Llp
200 S. Biscayne Boulevard
Suite 400
Miami, FL 33131

Received by IVAN WILLIAMS on the 10th day of May, 2024 at 1:16 pm to be served on **Chris Elisha Smith, 555 N.W. 29th Avenue, Fort Lauderdale, FL 33311**.

I, IVAN WILLIAMS, do hereby affirm that on the **10th day of May, 2024** at **3:37 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Demand Letter.** with the date and hour of service endorsed thereon by me, to: **EARNESTINE ROBERTS** as **Co-RESIDENT** at the address of: **555 N.W. 29th Avenue, Fort Lauderdale, FL 33311**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 75, Sex: F, Race/Skin Color: Black, Height: 5'7", Weight: 130, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

**IVAN WILLIAMS**
SPS#1716

**DLE PROCESS SERVERS, INC.**
**1750 Coral Way**
**Suite 300**
**Miami, FL 33145**
**(786) 220-9705**

Our Job Serial Number: DLE-2024030867
Ref: 1151392.000142