# EXHIBIT 2

**Damon Whitaker**

| | |
|---|---|
| **From:** | Damon Whitaker |
| **Sent:** | Wednesday, May 15, 2024 1:39 PM |
| **To:** | 'lesliesmit555@gmail.com' |
| **Cc:** | Ezequiel Romero |
| **Subject:** | RE: Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines |
| **Attachments:** | 2024.05.15 Smith v. Google Second Letter to Plaintiff re Meet and Confer and Proposed Joint Motion to Stay Case Planning and Discovery Deadline.pdf |

Dear Mr. Smith,

Please see the attached follow up letter. A paper copy is also being hand delivered to you today. We look forward to hearing from you by no later than 5 p.m. tomorrow, May 16, 2024.

Sincerely,

BCLP.

Damon J. Whitaker
Counsel
Bryan Cave Leighton Paisner LLP - Atlanta, GA USA
damon.whitaker@bclplaw.com
T: +1 404 572 6913

---

**From:** Damon Whitaker
**Sent:** Friday, May 10, 2024 12:35 PM
**To:** 'lesliesmit555@gmail.com' <lesliesmit555@gmail.com>
**Cc:** Ezequiel Romero <ezequiel.romero@bclplaw.com>
**Subject:** Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines

Dear Mr. Smith,

Please see the attached. We are also having a paper copy hand delivered to you today. We look forward to hearing from you by next Tuesday, May 14.

Sincerely,

BCLP.

Damon J. Whitaker
Counsel
damon.whitaker@bclplaw.com
T: +1 404 572 6913 F: +1 404 420 0913

Bryan Cave Leighton Paisner LLP
One Atlantic Center 14th Floor, 1201 W. Peachtree St., N.W., Atlanta, GA 30309-3471

bclplaw.com

BCLP
Bryan Cave Leighton Paisner

BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard
Suite 400
Miami FL 33131 5354
T: +1 786 322 7500
F: +1 786 322 7501
bclplaw.com

May 15, 2024

Ezequiel Romero
Associate
Direct: +1 786 322 7399
Fax: +1 786 322 7499
ezequiel.romero@bclplaw.com

**VIA HAND DELIVERY AND EMAIL**

Chris Elisha Smith
555 N.W. 29th Avenue
Fort Lauderdale, Florida 33311
Lesliesmit555@gmail.com

Re: *Chris Elisha Smith v. YouTube, LLC*, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

Dear Mr. Smith,

As you know, we are counsel to YouTube LLC ("***YouTube***") in the above-referenced litigation. We are following up on our May 10, 2024 letter because we never heard from you.

Today the Court issued the Order enclosed at Tab 1 striking your proposed scheduling report because you did not confer with YouTube as required by the Court's May 6, 2024 Order and the Court's Local Rules.

As stated in our May 10 letter, YouTube believes a case scheduling conference and report, along with any discovery efforts including the Fed. R. Civ. P. 26(a)(1) initial disclosures, are an unnecessary and inefficient use of the parties' and the Court's time and resources, as they will be unnecessary if the Court grants YouTube's Motion to Dismiss (D.E. 4).

Pursuant to Local Rule 7.1(a)(3), we again ask that you join in YouTube's request to the Court to stay or continue all case deadlines until after the Court rules on YouTube's Motion to Dismiss. Please let us know if you agree to the draft Joint Motion to Stay Case Planning and Discovery Deadlines enclosed at Tab 2 (which we previously provided to you on May 10 and revised to note you filed your disclosure statement), and if we have your permission to place your e-signature on it and file it with the Court. If you will not join the motion and instead oppose the request to stay the deadlines, please let us know via e-mail so we can set up a call to discuss further.

Please contact us by email by no later than **5:00 pm this Thursday, May 16, 2024** at ezequiel.romero@bclplaw.com and damon.whitaker@bclplaw.com. If we do not hear from you by that time, YouTube will proceed with filing its own motion to stay. We look forward to hearing from you.

Sincerely,

*Ezequiel J. Romero*

Ezequiel J. Romero, Esq.
For BCLP LLP

Enclosures

# TAB 1

## Damon Whitaker

**From:** cmecfautosender@flsd.uscourts.gov
**Sent:** Wednesday, May 15, 2024 10:17 AM
**To:** flsd_cmecf_notice@flsd.uscourts.gov
**Subject:** Activity in Case 0:24-cv-60441-MD Smith v. YouTube, LLC Order Striking

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 5/15/2024 at 10:17 AM EDT and filed on 5/15/2024

**Case Name:** Smith v. YouTube, LLC
**Case Number:** 0:24-cv-60441-MD
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER STRIKING PLAINTIFF'S SCHEDULING REPORT [18] SCHEDULING REPORT - Rule 26(f)/16.1 filed by Chris E Smith, ORDER TO SHOW CAUSE - Plaintiff shall comply with the Court's May 6, 2024 Order requiring the parties to prepare and file a joint scheduling report, as required by Local Rule 16.1, by May 20, 2024, or show cause in writing why sanctions should not be imposed for the failure to comply with the Court's Orders. (Show Cause Response due by 5/20/2024.) Signed by Judge Melissa Damian on 5/15/2024. *See attached document for full details.*** (nan)

**0:24-cv-60441-MD Notice has been electronically mailed to:**

Damon Justin Whitaker damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com

Ezequiel Joseph Romero romeroe@bclplaw.com, ezequiel.romero@bclplaw.com, nivia.lascaibar@bclplaw.com

**0:24-cv-60441-MD Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Chris E Smith

555 N.W. 29th Avenue
Fort Lauderdale, FL 33311

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=5/15/2024] [FileNumber=24418239-0] [1440d7e95f29f15f7182d8843754b65055ad0a2deaa5154b69e28af0ff7ac8b95e df4fb5bbeb326079eab43cdfeddcd2f3f778e7ba664a01e82c2a8be116b053]]

Case 0:24-cv-60441-MD Document 19 Entered on FLSD Docket 05/15/2024 Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60441-CIV-DAMIAN/Valle**

**CHRIS E. SMITH**,

Plaintiff,

v.

**YOUTUBE, LLC**,

Defendant.
______________________________/

**ORDER STRIKING PLAINTIFF'S SCHEDULING REPORT [ECF NO. 18]**

**THIS MATTER** is before the Court upon the Scheduling Report, filed by *pro se* Plaintiff, Chris E. Smith, on May 13, 2024. [ECF No. 18]

On May 6, 2024, this Court directed the parties to prepare and file a *joint* scheduling report, as required by Local Rule 16.1 by May 20, 2024. *See* ECF No. 15; *see also* S.D. Fla. L.R. 16.1(b) (requiring scheduling reports to be jointly prepared and filed). As further detailed in the Court's *Order Providing Instructions to Pro Se Litigant* [ECF No. 6], dated March 28, 2024, Plaintiff is admonished that *pro se* litigants shall comply with all Federal Rules of Civil Procedure and Local Rules for the Southern District of Florida. The Local Rules may be obtained from the Clerk of Court. Failure to comply with the federal and local rules may result in sanctions being imposed against *pro se* litigants.

Local Rule 16.1(b)(1) sets forth the requirements for attorneys of record and *pro se* litigants to meet and confer regarding the preparation of a joint scheduling report, the requirements of which are set forth in Local Rule 16.1(b)(2).

Plaintiff's Scheduling Report contains unintelligible statements, including in a foreign language, as well as attachments that are not relevant to the instant action. The Scheduling Report fails to comply with the Court's May 6, 2024 Order and Local Rule 16.1 because it is evident that Defendant, YouTube, LLC, did not participate in preparing the Scheduling Report. Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Scheduling Report **[ECF No. 18]** is **STRICKEN**. It is further

**ORDERED** that Plaintiff shall comply with the Court's May 6, 2024 Order requiring the parties to prepare and file a *joint* scheduling report, as required by Local Rule 16.1, by **May 20, 2024**, or show cause in writing why sanctions should not be imposed for the failure to comply with the Court's Orders.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 15th day of May, 2024.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: Chris E. Smith, *Pro Se*
555 N.W. 29th Avenue
Fort Lauderdale, FL 33311

# TAB 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| Chris Elisha Smith,<br><br>Plaintiff,<br>v.<br><br>YouTube, LLC,<br><br>Defendant. | Civil Action No.: 0:24-cv-60441-MD |

**JOINT MOTION TO STAY CASE PLANNING AND DISCOVERY DEADLINES**

Plaintiff Chris Elisha Smith ("Plaintiff") and Defendant YouTube, LLC ("YouTube") (collectively the "Parties") jointly move for an order to stay all pending case planning and discovery deadlines under Fed. R. Civ. P. 26 and S.D. Fla. Local Rule 16.1 pending resolution of YouTube's Motion to Dismiss the Complaint (D.E. 4), and in support thereof state as follows:

1. Plaintiff filed this action on January 30, 2024, and YouTube removed it to this Court on March 20, 2024. (D.E. 1)

2. On March 27, 2024, YouTube filed its Fed. R. Civ. P. 12(b)(6) Motion to Dismiss the Complaint and Supporting Memorandum of Law ("Motion to Dismiss"), seeking to dismiss the entire action with prejudice. (D.E. 4.)

3. The Motion to Dismiss was fully briefed as of April 10, 2024, and is ripe for decision by the Court. (*See* D.E. 7 – 9; *see also* D.E. 12 – 13.)

4. On May 7, 2024, the Court issued an Order Requiring Scheduling Report and Certificates of Interested Parties, directing the parties to prepare and file the Local Rule 16.1 joint scheduling report and file their certificates of interested parties and corporate disclosure statements by May 20, 2024. (D.E. 15.)

5. YouTube previously filed its Rule 7.1 Corporate Disclosure Statement and Certificate of Interested Persons on March 20, 2024. (D.E. 3.) Plaintiff filed his Corporate Disclosure Statement and Certificate of Interested Persons on May 13, 2024. (D.E. 17.)

6. Pursuant to Fed. R. Civ. P. 16(b)(2), a scheduling order is to be entered within the earlier of 90 days after YouTube was served or 60 days after YouTube appeared, which date is May 20, 2024. However, the Court is not required to issue a scheduling order if the Court finds good cause for its delay. Fed. R. Civ. P. 16(b)(2).

7. The Parties will also be required to exchange their Fed. R. Civ. P. 26 initial disclosures within fourteen days after holding the Rule 26(f) conference unless a different date is set by agreement or by Court order. Fed. R. Civ. P. 26(a)(1)(C).

8. The Parties recently conferred and agree that staying the deadlines to submit a Joint Scheduling Report and exchange initial disclosures, and all other discovery deadlines, is appropriate as a matter of efficiency.

9. The Parties respectfully submit that these deadlines should be stayed (or alternatively continued) until the Court has an opportunity to rule on the pending Rule 12(b)(6) Motion to Dismiss, in order to preserve the resources of the Parties and the Court.

10. This Joint Motion is not filed for purposes of delay, but to reduce the need for additional judicial labor while the Court evaluates and rules on the potentially dispositive Motion to Dismiss the Complaint. Hence, the preservation of judicial resources and the parties' resources establishes good cause for the Court to delay issuing a scheduling order and to temporarily relieve the parties from undertaking related efforts, including preparing and filing a joint scheduling report, which may be unnecessary.

WHEREFORE, the Parties respectfully request that the Court enter an order: (i) granting the Parties' Joint Motion to Stay Case Planning and Discovery Deadlines; (ii) staying the deadlines for the Parties to hold the Rule 26(f) conference, file a Joint Scheduling Report, make initial disclosures, and any other discovery until thirty (30) days after the Court has ruled on the pending Rule 12(b)(6) Motion to Dismiss the Complaint; and (iii) granting any other relief that this Court deems just and proper.

**Rule 7.1(a)(3) CERTIFICATION**

The Parties have conferred regarding the relief sought in this Joint Motion and agree to stay all case planning deadlines and discovery related deadlines pending the Court's ruling on the Motion to Dismiss the Complaint.

Respectfully submitted this _____ day of May, 2024.

| | |
|---|---|
| /s/_________________________<br>*Electronically signed with permission*<br>Chris Elisha Smith (Pro Se)<br>555 N.W. 29th Avenue<br>Fort Lauderdale, Florida 33311<br>Email: lesliesmit555@gmail.com<br><br>*Plaintiff* | */s/ Ezequiel J. Romero*<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>Ezequiel J. Romero, Esq.<br>Florida Bar No. 107216<br>200 South Biscayne Blvd., Ste 400<br>Miami, FL 33131<br>Tel: (786) 322-7500<br>Email: Ezequiel.romero@bclplaw.com<br><br>Damon J. Whitaker, Esq.<br>Florida Bar No. 0923591<br>1201 W. Peachtree St. NW, 14th Floor<br>Atlanta, GA 30309<br>Tel: (404) 572-6600<br>Email: damon.whitaker@bclplaw.com<br><br>*Attorneys for YouTube, LLC* |

## CERTIFICATE OF SERVICE

I certify that on May ____, 2024, a true and correct copy of the foregoing Joint Motion to Stay Case Planning Deadlines was served on all parties registered with the Court's CM/ECF system and by U.S. Mail and email to Chris Elisha Smith at 555 N.W. 29th Avenue, Fort Lauderdale, Florida 33311 and lesliesmit555@gmail.com.

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero, Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC,

Defendant.

Civil Action No.: 0:24-cv-60441-MD

**[PROPOSED]**
**ORDER GRANTING**
**JOINT MOTION TO STAY CASE PLANNING AND DISCOVERY DEADLINES**

THIS CAUSE came before the Court on Plaintiff Chris Elisha Smith ("Plaintiff") and Defendant YouTube, LLC's ("YouTube") Joint Motion to Stay Case Planning and Discovery Deadlines (the "Joint Motion", D.E. 20). The Court, having noted the agreement of the parties and being fully advised in the premises, **ORDERS** as follows:

1. The Joint Motion is **GRANTED**.

2. The deadlines for the Plaintiff and Defendant to hold a Rule 26(f) conference, file a Joint Scheduling Report, make initial disclosures, and any other discovery-related deadline are hereby stayed until thirty (30) days after the Court has ruled on Defendant's Rule 12(b)(6) Motion to Dismiss the Complaint (D.E. 4).

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of May, 2024.

______________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT COURT JUDGE**

**Damon Whitaker**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'lesliesmit555@gmail.com' |
| **Sent:** | Wednesday, May 15, 2024 1:40 PM |
| **Subject:** | Relayed: RE: Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

'lesliesmit555@gmail.com' (lesliesmit555@gmail.com)

Subject: RE: Chris Elisha Smith v. YouTube, SD Fla # 24-cv-60441 -- Request to join motion to stay case deadlines

**From:** WSP Server <DBSServer@dbsinfo.net> on behalf of DLE Process Servers <info@dleprocessservers.com>
**Sent:** Thursday, May 16, 2024 10:56 AM
**To:**
**Cc:** DLE Process Servers
**Subject:** DLE Job Done - Served for (Smith, Chris Elisha)

To: Bryan Cave Leighton Paisner, LLP - Miami

This is an automated message relating to:

**Our Job Number:** 2024031810
**Your Reference Number:**
**Party To Be Served:** Smith, Chris Elisha
**Documents To Be Served:** Letter, Exhibits.
**Case Info:** Florida 0:24-CV-60441-MD
**Court Date/Time: :** May 16 2024 5:00PM
**Case Style:** Chris Elisha Smith vs. YouTube, LLC

**Service Information**
Recipient was SERVED on May 15 2024 6:07PM
**Type of Service:** SUBSTITUTE - RESIDENTIAL
**Original Service Address:** Chris Elisha Smith, 555 N.W. 29th Avenue, Fort Lauderdale, FL 33311

**Service Details:** SUBSTITUTE served by delivering a true copy of the Letter, Exhibits. with the date and hour of service endorsed thereon by me, to: Leslie Smith as Mother/Co-Resident at the address of: 555 N.W. 29th Avenue, Fort Lauderdale, FL 33311, the within named person's usual place of Abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Thank you,
DLE Process Servers
info@dleprocessservers.com
Phone: (786) 220-9705

More detailed status is available at www.PstProStatus.net