# EXHIBIT 3

**Damon Whitaker**

| | |
|---|---|
| **From:** | leslie smith <lesliesmit555@gmail.com> |
| **Sent:** | Wednesday, May 15, 2024 8:42 PM |
| **To:** | Ezequiel Romero; Damon Whitaker |
| **Subject:** | Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD |

I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines from Youtube LLC.
I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines 8th statement, as I never previously conferred with Youtube LLC, before 5-14-2024.

I, Chris Elisha Smith, disagree with Youtube LLC's May 10,2024 current draft motion, and deny the permission for e-signature on it, and deny the permission to file it with the Court.

I, Chris Elisha Smith, will not join the motion to stay the case deadlines, and will instead oppose the request to stay the deadlines, and I, Chris Elisha Smith, will e-mail Youtube LLC's representatives to respectfully set up a call to discuss further.

I, Chris Elisha Smith, only confer to the Joint scheduling report as required by the Magistrate judge of the federal courts by May 20, 2024.

Please contact me so we can prepare and file the joint scheduling report the Magistrate judge Melissa Damian of the federal courts ordered and required.

You can contact me by email at lesliesmit555@gmail.com
and by phone
954-709-3544

We can also prepare and file the joint scheduling report with Zoom or Google Meet.

Sincerely
Chris Elisha Smith
May 15, 2024