**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Chris Elisha Smith,

Plaintiff,

v.

YouTube, LLC,

Defendant.

Civil Action No.: 0:24-cv-60441-MD

**[PROPOSED]**
**ORDER GRANTING DEFENDANT'S MOTION TO STAY**
**CASE PLANNING AND DISCOVERY DEADLINES**

THIS CAUSE came before the Court on Defendant YouTube, LLC's Motion to Stay Case Planning and Discovery Deadlines (the "Motion", D.E. 20). The Court, having reviewed the Motion and all briefing and being fully advised in the premises, **ORDERS** as follows:

1. The Motion is **GRANTED**.
2. The deadline for the Plaintiff and Defendant to hold a Rule 26(f) conference and file a Joint Scheduling Report is hereby temporarily stayed until thirty (30) days after the Court has ruled on Defendant's Rule 12(b)(6) Motion to Dismiss the Complaint (D.E. 4).
3. All other case deadlines are hereby suspended and shall be reset once the Parties have submitted the Joint Scheduling Report and the Court has entered a Case Scheduling Order.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this ____ day of May, 2024.

______________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT COURT JUDGE**