(Rev. 10/2005) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YouTube LLC

Defendant(s)

FILED BY DR D.C.
May 20, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

Motion to Oppose Case Stay Planning and Discovery Deadlines
(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

SEE ATTACHED COPY
10 pages

**Certificate of Service**

I Chris Elisha Smith, certify that on this date May 20, 2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero

name(s) and address(es)

200 South Biscayne Blvd. Suite 400

Miami Fl 33131

By:

Chris Elisha Smith

Printed or typed name of Filer

[signature]

Signature of Filer

Florida Bar Number

E-mail address

954 709 3544

Phone Number

Facsimile Number

555 NW 29 Ave

Street Address

Ft Lauderdale Fl 33311

City, State, Zip Code

Motion to Oppose Case Stay Planning and Discovery Deadlines

**Plaintiff, Chris Elisha Smith**, is **opposing the Case Stay Planning and Discovery Deadlines Motion**, as the judge Melissa Damian on May 6, 2024 ordered a joint scheduling report by May 20,2024.

The judge Melissa Damian did not order the Plaintiff to sign any other actions aside from a **joint scheduling report**, and currently as-of present, the Plaintiff only has a physical document with a joint Motion to Stay Case Planning and Discovery Deadlines stated within it from Youtube LLC, and a **suspicious draft document from Youtube LLC; containing a one-track insertion of Youtube LLC's dismissal motion, with no mention of the opposition from the Plaintiff to it, rendering the Plaintiff's subsequent oppositions to Youtube's Motion to Dismiss, invisible, which is unfair.**

Both items start with "joint", but the Plaintiff was ordered to confer and file a JOINT SCHEDULING REPORT by judge Melissa Damian, not the latter.

The Defendant, Youtube LLC, continually sent documents with their opposed dismissal motion, federal rules, and draft joint motions, which attempted to turn the **Plaintiff's filed opposition to dismiss motions, invisible, which is clearly visible on the Plaintiff's docket report history, physically obtained from the federal court.**

Youtube LLC's documents were a one-sided dismissal track **with no mention of the dismissal motion being opposed several times, which is visible on the Plaintiff's docket report history.**

**For security, a physical signature from the Plaintiff** may be required before the signing of documents into the Plaintiff's name, and e-signatures and behalf-signing the Plaintiff's name into opposed or rejected documents, will be opposed by the Plaintiff.

Chris Elisha Smith, Plaintiff May 20, 2024

# Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

**leslie smith** <lesliesmit555@gmail.com>
To: ezequiel.romero@bclplaw.com, damon.whitaker@bclplaw.com

Wed, May 15, 2024 at 8:42 PM

I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines from Youtube LLC.
I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines 8th statement, as I never previously conferred with Youtube LLC, before 5-14-2024.

I, Chris Elisha Smith, disagree with Youtube LLC's May 10,2024 current draft motion, and deny the permission for e-signature on it, and deny the permission to file it with the Court.

I, Chris Elisha Smith, will not join the motion to stay the case deadlines, and will instead oppose the request to stay the deadlines, and I, Chris Elisha Smith, will e-mail Youtube LLC's representatives to respectfully set up a call to discuss further.

I, Chris Elisha Smith, only confer to the Joint scheduling report as required by the Magistrate judge of the federal courts by May 20, 2024.

Please contact me so we can prepare and file the joint scheduling report the Magistrate judge Melissa Damian of the federal courts ordered and required.

You can contact me by email at
and by phone
954-709-3544

We can also prepare and file the joint scheduling report with Zoom or Google Meet.

Sincerely
Chris Elisha Smith
May 15, 2024

**Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD**

1 message

**leslie smith** <lesliesmit555@gmail.com> Thu, May 16, 2024 at 3:24 PM
To: damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, romeroe@bclplaw.com, ezequiel.romero@bclplaw.com, nivia.lascaibar@bclplaw.com

I, Chris Elisha Smith, for the joint scheduling report required by the judge Melissa Damian, am contacting YouTube LLC's representatives again about the joint scheduling report the judge Melissa Damian ordered.

Recently, there have been several e-mails and phone calls made, about the joint scheduling report ordered by judge Melissa Damian, and even a fax to both of YouTube LLC's representatives, where the plaintiff specified to only confer to the judge Melissa Damian's joint scheduling report.

Other motions aside from the ordered Joint scheduling report the judge Melissa Damian ordered, were worded and reverse-worded within 3 questions in a phone call with Damon J. Whitaker, where Damon attempted to ask about a motion other than the joint scheduling report the judge Melissa Damian ordered, and attempted to confuse the plaintiff and trick the plaintiff with other motions aside from the judge's order, by asking about the joint scheduling report AS THE THIRD QUESTION instead while the plaintiff was denying and rejecting the other motions and rejected agreements from Youtube LLC, and seemingly imposed a psychological trap to attempt to force an agreement with rejected motions, which the judge Melissa Damian ordered a joint scheduling report, and Youtube LLC's representative was speaking about motions other than the joint scheduling report, where the plaintiff noticed Damon not answering about the joint scheduling report, "YES OR NO" question, and went on about other rejected motions again.

After refusing to answer the question about the joint scheduling report the judge Melissa Damian ordered, to confer to the joint scheduling report, Damon attempted to speak about other motions behind it again, after being rejected and opposed several times to other motions, and as-said in the fax, the JOINT SCHEDULING REPORT is what is to be discussed, as-ordered by Melissa Damian, NOT slandering Melissa Damian's previous authority or history, when the Plaintiff contacted ALL 5 E-mails and phone numbers and fax'd, Youtube LLC's representatives Ezequiel Romero and Damon J. Whitaker, where the defendant pointed out that Melissa Damian isn't a magistrate judge, MAGISTRATE JUDGE VALLE is.

I had to cut the communications with Damon because he was speaking about the previously opposed motions. At the beginning of the phone call, the motion I opposed was opposed, and subsequent motions from Youtube LLC were opposed, both likely dubbed "joint", but the plaintiff noted the joint scheduling report Melissa Damian ordered, not the other motions worded and opposed beforehand.

The plaintiff noted and opposed Damon's other motions and proposals and drafts several times, where Damon only asked about the joint scheduling report Melissa Damian ordered as the third question, and refusing to answer the plaintiff about the joint scheduling report the judge Melissa Damian ordered us to confer and file.

The plaintiff asked to hold the conversation at the federal court in front of a judge, where actions and any tricks could be monitored and intercepted by the proper authority, when the joint scheduling report the judge Melissa Damian ordered was purposefully extensively worded-around or as-the-third or last question.

The plaintiff noted to ask the federal court about the judge Melissa Damian, as-a-response.

I, Chris Elisha Smith, am asking again, to communicate about the joint scheduling report the judge Melissa Damian ordered, please contact me again, respectfully, about the joint scheduling report ordered by Melissa Damian, because I "opposed e-signature and behalf signing my name onto documents other than the joint scheduling report the judge Melissa Damian ordered on May 6 2024, to-be-filed by May 20 2024".

Please do not perform psychological tricks, reverse-wording, or attempt to incite a reaction from the plaintiff during the phone calls, as the connection will be intercepted and cut if it's not the joint scheduling report the judge Melissa Damian ordered.

We can communicate about the joint scheduling report the judge Melissa Damian ordered by phone, email, Zoom or Google Meet.

Please respectfully contact me about the joint scheduling report the judge Melissa Damian ordered at phone or email,

Phone (954) 709-3544
Email lesliesmit555@gmail.com

Thanks for your patience, sincerely, and I hope to promote peace and happiness!

Chris Elisha Smith
May 16, 2024

**Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD**

1 message

**Damon Whitaker** <Damon.Whitaker@bclplaw.com> Fri, May 17, 2024 at 4:36 PM
To: leslie smith <lesliesmit555@gmail.com>
Cc: Ezequiel Romero <ezequiel.romero@bclplaw.com>

Dear Mr. Smith,

I am responding to your May 17 email and your voice mails left today for my colleague and co-counsel Mr. Romero.

YouTube disputes your characterization of our May 16, 2024 meet and confer phone call, and of our May 10 and May 15 letters which provided you with a draft proposed joint motion to stay for your consideration. We have not tried to confuse, deceive, or trick you in any way. Nor have I slandered or made any other negative statements about Judge Damian in any way. Instead, the only mention I made of Judge Damian was to inform you that she is a District Judge, not a Magistrate Judge. Further, we have never signed your name to the proposed joint motion or anything else, and have not submitted anything to the Court indicating that you have joined YouTube's request to stay or delay the case management conference, joint report, and other case deadlines.

On the case scheduling issues, since we could not resolve the dispute as to YouTube's Motion to Stay Case Planning and Discovery Deadlines, YouTube filed its own Motion to Stay (Dkt. 20) and served you with a copy by email and U.S. Mail yesterday. YouTube's Motion to Stay expressly informs the Court that you oppose the relief YouTube requests, which is what I informed you my client would do at the end of our call yesterday.

To be clear, YouTube's Motion to Stay asks the Court to excuse the parties from the case management conference and filing of the joint report and extend the May 20, 2024 deadline. If the Court denies the Motion to Stay, YouTube will work with you to set the case management conference and prepare and file the joint report and proposed scheduling order.

Sincerely,

Damon J. Whitaker
Counsel
Bryan Cave Leighton Paisner LLP - Atlanta, GA USA
damon.whitaker@bclplaw.com
T: +1 404 572 6913

**From:** leslie smith < >
**Sent:** Thursday, May 16, 2024 3:25 PM
**To:** Damon Whitaker < >; ; Ezequiel Romero < >; Ezequiel Romero < >; Nivia Lascaibar < >
**Subject:** Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

**Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD**

1 message

**leslie smith** <lesliesmit555@gmail.com> Fri, May 17, 2024 at 6:21 PM
To: damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, ezequiel.romero@bclplaw.com, romeroe@bclplaw.com, nivia.lascaibar@bclplaw.com
Cc: ezequiel.romero@bclplaw.com

Hello, this is Chris Elisha Smith.
Can you please send me a copy of the joint scheduling report the judge Melissa Damian ordered us to confer to, so I can review it and we can file the joint scheduling report.

Please email me at
Or call again at 954-709-3544

If I don't receive the joint scheduling report that was requested by judge Melissa Damian, I will have to respond to the federal court's May 6, 2024 order from judge Melissa Damian.

At the beginning of the phone call from Whitaker, there were 2 other questions from Whitaker. After the first question, I opposed YouTube LLC'S other options and asked about the joint scheduling report the judge Melissa Damian ordered us to file together.

I have never received a copy of the joint scheduling report the judge Melissa Damian ordered by May 20, 2024 without suspicious other options presented, just a draft with an e-signature box or line presented, where I clearly opposed YouTube's other motions, and asked about the joint scheduling report the judge Melissa Damian ordered so I can review, before placing a physical signature.

I dispute YouTube LLC'S email regarding the placement of options other than a joint scheduling report, being asked beforehand, to attempt to confuse the Plaintiff, because Whitaker didn't respond to the "YES OR NO" questions for the joint scheduling report the judge Melissa Damian ordered on May 6, 2024, by May 20, 2024.

There was 1 phone call from Whitaker, but no meet because I was studying Japanese 日本語 and answering 2136 questions, if the federal court is wondering.

Simply, email the joint scheduling report the judge Melissa Damian ordered, so I can review it, before placing a physical signature on it, so it can be filed at the federal court.

We can kindly discuss the joint scheduling report the judge Melissa Damian ordered by May 20, 2024 so that I can review it before placing a physical signature on it, with phone call, email, Zoom or even Google Meet.

Please email a joint scheduling report to me at

Email
Phone (954) 709-3544

Thank you, and once again, I wish to promote peace and happiness.

The Parties have conferred regarding the [illegible] stay all case planning deadlines and discovery related deadlines pending [illegible] Motion to Dismiss the Complaint.

Respectfully submitted this _____ day of May, 2024.

| | |
|---|---|
| /s/________________________<br>*Electronically signed with permission*<br>Chris Elisha Smith (Pro Se)<br>555 N.W. 29th Avenue<br>Fort Lauderdale, Florida 33311<br>Email: lesliesmit555@gmail.com<br><br>*Plaintiff* | */s/ Ezequiel J. Romero*<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>Ezequiel J. Romero, Esq.<br>Florida Bar No. 107216<br>200 South Biscayne Blvd., Ste 400<br>Miami, FL 33131<br>Tel: (786) 322-7500<br>Email: Ezequiel.romero@bclplaw.com<br><br>Damon J. Whitaker, Esq.<br>Florida Bar No. 0923591<br>1201 W. Peachtree St. NW, 14th Floor<br>Atlanta, GA 30309<br>Tel: (404) 572-6600<br>Email: damon.whitaker@bclplaw.com<br><br>*Attorneys for YouTube, LLC* |

# AudioCodes ATA Connector

## FAX **DELIVERY** NOTIFICATION

Account: 9548840019
5/16/2024 1:04:10 PM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **17863227499** |
| Remote CSID: | Bryan Cave LLP (station ID of receiving fax device) |
| Pages: | 3 |
| Status: | No errors |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 5/16/2024 1:04:11 PM |
| Duration: | 68 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | 9e30be9d-a13d-49cb-8da5-c4455d796fe8 |



9548840019 The UPS Store #7538 12:53:25 p.m. 05-16-2024 1/3

THE UPS STORE

2890 WEST BROWARD BLVD
FT LAUDERDALE, FL 33312
954-884-0018 Tel
9548840019 Fax
store7538@theupsstore.com
theupsstore.com/7538

Fax

To Ezequiel Romero From Chris Elisha Smith
Company BCLP Phone number (931) 709-3544
Fax number +1 786 322 7499 Fax number
Date May 16, 2024 Total pages 2
Job number

FaxBack
VoIP Fax Solutions

# AudioCodes ATA Connector

## FAX **DELIVERY** NOTIFICATION

Account: 9548840019
5/16/2024 3:55:03 PM

The following fax was **successfully** sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **17863227499** |
| Remote CSID: | Bryan Cave LLP (station ID of receiving fax device) |
| Pages: | 3 |
| Status: | No errors |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 5/16/2024 3:56:07 PM |
| Duration: | 85 seconds |
| Speed: | 14400 bps |
| Retries: | 1 |
| Event ID: | ef66b7b0-2f90-467a-8a9e-55f9efcdd32b |


9548840019 The UPS Store #7538 03:43:12 p.m. 05-16-2024 1/3

THE UPS STORE

2890 WEST BROWARD BLVD
FT LAUDERDALE, FL 33312
954-884-0018 Tel
9548840019 Fax
store7538@theupstore.com
theupsstore.com/7538

Fax

To Ezequiel Romero
Company BCLP
Fax number +1 786 322 7499
Date May 16, 2024
Job number

From Chris Elisha Smith
Phone number (954)709-3544
Fax number
Total pages 2

FaxBack
VoIP Fax Solutions

# AudioCodes ATA Connector

## FAX DELIVERY NOTIFICATION

Account: 9548840019
5/17/2024 6:31:37 PM

The following fax was successfully sent to the specified recipient.

| | |
|---|---|
| **Fax Number:** | **17863227499** |
| Remote CSID: | Bryan Cave LLP (station ID of receiving fax device) |
| Pages: | 2 |
| Status: | No errors |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 5/17/2024 6:31:38 PM |
| Duration: | 59 seconds |
| Speed: | 14400 bps |
| Retries: | 0 |
| Event ID: | 4e0d11ed-6344-4573-9620-9865964c7451 |

The UPS Store #7538 1/2

THE UPS STORE

2890 WEST BROWARD BLVD
FT LAUDERDALE, FL 33312
954-884-0018 Tel
9548840019 Fax
store7538@theupsstore.com
theupsstore.com/7538

Fax

To Ezequiel Romero From Chris Elisha Smith
Company BCLP Phone number 954-709-3514
Fax number +1 786-322-7499 Fax number
Date May 17, 2024 Total pages 1
Job number

FaxBack
VoIP Fax Solutions

# AudioCodes ATA Connector

## FAX **NON-DELIVERY** NOTIFICATION

Account: **9548840019**
**5/17/2024 6:32:32 PM**

The following fax was **not successfully** sent to the specified recipient. You should try resending the fax or verify that fax number to which you are sending is a valid fax number and set to answer.

| | |
|---|---|
| **Fax Number:** | **14045720913** |
| Remote CSID: | (station ID of receiving fax device) |
| Pages: | 0 |
| Status: | (29209) : Exchange routing error (cause 25) |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 5/17/2024 6:34:50 PM |
| Result Code: | 29209 |
| Duration: | 8 seconds |
| Speed: | 0 bps |
| Retries: | 3 |
| Event ID: | 36f03183-4e1f-416b-b232-5d7b54f7c81b |



The UPS Store #7538 06:27:05 p.m. 05-17-2024 1/2

THE UPS STORE

2890 WEST BROWARD BLVD
FT LAUDERDALE, FL 33312
954-884-0018 Tel
9548840019 Fax
store7538@theupsstore.com
theupsstore.com/7538

Fax

To Damon J. Whitaker
Company BCLP
Fax number +1) 404-572-0913
Date May 17, 2024
Job number

From Chris Elisha Smith
Phone number 9547093544
Fax number
Total pages 1

FaxBack VoIP Fax Solutions