(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 0:24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YOUTUBE LLC

Defendant(s)

FILED BY DR D.C.
May 20, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Fort Lauderdale

Motion to Oppose Sanction
(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

See ATTAched COPY'S
6 pages

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris Elisha Smith, certify that on this date May 20, 2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero
name(s) and address(es)
200 South Biscayne Blvd. Suite 400
Miami, FL 33131

By:
Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

Florida Bar Number

lesliesmit555@gmail.com
E-mail address

954 709 3544
Phone Number

Facsimile Number

555 NW 29th Ave
Street Address

Ft Lauderdale Fl 33311
City, State, Zip Code

Motion to Oppose Sanction

Plaintiff, Chris Elisha Smith, is requesting the courts to not be sanctioned, as the other parties are circumventing the filing of the joint scheduling report the judge Melissa Damian requested on May 6, 2024 by May 20, 2024.

The other party did not comply with the Joint Scheduling Report as requested by judge Melissa Damian.
The other party rejected the option to file a joint scheduling report over 3 times, and didn't respond to the Joint Scheduling Report.
After the other party further refused to answer a "YES OR NO" question regarding filing the joint scheduling report over 3 times, the other party attempted to completely ignore the joint scheduling report.
The other party further circumvented the filing of the joint scheduling report by starting to speak about other motions instead of answering regarding the joint scheduling report the judge Melissa Damian ordered on May 6,2024 by May 20, 2024.

At the beginning of receiving the phone call from Damon J. Whitaker, I waited for Whitaker to finish speaking kindly, to state, that "I oppose all other motions from Youtube LLC", and "I reject e-signatures onto suspicious documents and documents I haven't seen before", and "Youtube LLC does not have the permission to sign any documents on my behalf."

The other party then continually spoke about "other motions" and I rejected Youtube LLC's Motion to Stay Case Planning after they offered it with "No".

The other party instead circumvented the filing of the joint scheduling report.

The other party repeatedly sent documents that didn't specify that the Plaintiff opposed the Defendant's Motion to Dismiss, which was pass the Federal Rule deadline to submit a dismissal motion.

The other party sent documents that made the Plaintiff's opposition to the Defendant's motion to dismiss seem invisible, or didn't state that the Defendant's motion to dismiss was opposed several times by the Plaintiff.

To ensure I could get in-contact with Youtube's representatives for the joint scheduling report, I e-mailed, called, and even sent a fax to both representatives. There were many phone calls at timely intervals before-hand, none of which they've answered until after sending a fax.

I Chris Elisha Smith, the Plaintiff, am asking the courts to not sanction me because Youtube LLC intentionally refused to meet with me several times to file the joint scheduling report as ordered by Melissa Damian.

Chris Elisha Smith, Plaintiff May 20, 2024

# Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

**leslie smith** <lesliesmit555@gmail.com> Wed, May 15, 2024 at 8:42 PM
To: ezequiel.romero@bclplaw.com, damon.whitaker@bclplaw.com

I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines from Youtube LLC.
I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines 8th statement, as I never previously conferred with Youtube LLC, before 5-14-2024.

I, Chris Elisha Smith, disagree with Youtube LLC's May 10,2024 current draft motion, and deny the permission for e-signature on it, and deny the permission to file it with the Court.

I, Chris Elisha Smith, will not join the motion to stay the case deadlines, and will instead oppose the request to stay the deadlines, and I, Chris Elisha Smith, will e-mail Youtube LLC's representatives to respectfully set up a call to discuss further.

I, Chris Elisha Smith, only confer to the Joint scheduling report as required by the Magistrate judge of the federal courts by May 20, 2024.

Please contact me so we can prepare and file the joint scheduling report the Magistrate judge Melissa Damian of the federal courts ordered and required.

You can contact me by email at
and by phone
954-709-3544

We can also prepare and file the joint scheduling report with Zoom or Google Meet.

Sincerely
Chris Elisha Smith
May 15, 2024

**Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD**

1 message

**leslie smith** <lesliesmit555@gmail.com> Thu, May 16, 2024 at 3:24 PM
To: damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, romeroe@bclplaw.com, ezequiel.romero@bclplaw.com, nivia.lascaibar@bclplaw.com

I, Chris Elisha Smith, for the joint scheduling report required by the judge Melissa Damian, am contacting YouTube LLC's representatives again about the joint scheduling report the judge Melissa Damian ordered.

Recently, there have been several e-mails and phone calls made, about the joint scheduling report ordered by judge Melissa Damian, and even a fax to both of YouTube LLC's representatives, where the plaintiff specified to only confer to the judge Melissa Damian's joint scheduling report.

Other motions aside from the ordered Joint scheduling report the judge Melissa Damian ordered, were worded and reverse-worded within 3 questions in a phone call with Damon J. Whitaker, where Damon attempted to ask about a motion other than the joint scheduling report the judge Melissa Damian ordered, and attempted to confuse the plaintiff and trick the plaintiff with other motions aside from the judge's order, by asking about the joint scheduling report AS THE THIRD QUESTION instead while the plaintiff was denying and rejecting the other motions and rejected agreements from Youtube LLC, and seemingly imposed a psychological trap to attempt to force an agreement with rejected motions, which the judge Melissa Damian ordered a joint scheduling report, and Youtube LLC's representative was speaking about motions other than the joint scheduling report, where the plaintiff noticed Damon not answering about the joint scheduling report, "YES OR NO" question, and went on about other rejected motions again.

After refusing to answer the question about the joint scheduling report the judge Melissa Damian ordered, to confer to the joint scheduling report, Damon attempted to speak about other motions behind it again, after being rejected and opposed several times to other motions, and as-said in the fax, the JOINT SCHEDULING REPORT is what is to be discussed, as-ordered by Melissa Damian, NOT slandering Melissa Damian's previous authority or history, when the Plaintiff contacted ALL 5 E-mails and phone numbers and fax'd, Youtube LLC's representatives Ezequiel Romero and Damon J. Whitaker, where the defendant pointed out that Melissa Damian isn't a magistrate judge, MAGISTRATE JUDGE VALLE is.

I had to cut the communications with Damon because he was speaking about the previously opposed motions. At the beginning of the phone call, the motion I opposed was opposed, and subsequent motions from Youtube LLC were opposed, both likely dubbed "joint", but the plaintiff noted the joint scheduling report Melissa Damian ordered, not the other motions worded and opposed beforehand.

The plaintiff noted and opposed Damon's other motions and proposals and drafts several times, where Damon only asked about the joint scheduling report Melissa Damian ordered as the third question, and refusing to answer the plaintiff about the joint scheduling report the judge Melissa Damian ordered us to confer and file.

The plaintiff asked to hold the conversation at the federal court in front of a judge, where actions and any tricks could be monitored and intercepted by the proper authority, when the joint scheduling report the judge Melissa Damian ordered was purposefully extensively worded-around or as-the-third or last question.

The plaintiff noted to ask the federal court about the judge Melissa Damian, as-a-response.

I, Chris Elisha Smith, am asking again, to communicate about the joint scheduling report the judge Melissa Damian ordered, please contact me again, respectfully, about the joint scheduling report ordered by Melissa Damian, because I "opposed e-signature and behalf signing my name onto documents other than the joint scheduling report the judge Melissa Damian ordered on May 6 2024, to-be-filed by May 20 2024".

Please do not perform psychological tricks, reverse-wording, or attempt to incite a reaction from the plaintiff during the phone calls, as the connection will be intercepted and cut if it's not the joint scheduling report the judge Melissa Damian ordered.

We can communicate about the joint scheduling report the judge Melissa Damian ordered by phone, email, Zoom or Google Meet.

Please respectfully contact me about the joint scheduling report the judge Melissa Damian ordered at phone or email,

Phone (954) 709-3544
Email lesliesmit555@gmail.com

Thanks for your patience, sincerely, and I hope to promote peace and happiness!

Chris Elisha Smith
May 16, 2024

**Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD**

1 message

**leslie smith** <lesliesmit555@gmail.com> Fri, May 17, 2024 at 6:21 PM
To: damon.whitaker@bclplaw.com, damon-whitaker-3082@ecf.pacerpro.com, ezequiel.romero@bclplaw.com, romeroe@bclplaw.com, nivia.lascaibar@bclplaw.com
Cc: ezequiel.romero@bclplaw.com

Hello, this is Chris Elisha Smith.
Can you please send me a copy of the joint scheduling report the judge Melissa Damian ordered us to confer to, so I can review it and we can file the joint scheduling report.

Please email me at [illegible]
Or call again at 954-709-3544

If I don't receive the joint scheduling report that was requested by judge Melissa Damian, I will have to respond to the federal court's May 6, 2024 order from judge Melissa Damian.

At the beginning of the phone call from Whitaker, there were 2 other questions from Whitaker. After the first question, I opposed YouTube LLC'S other options and asked about the joint scheduling report the judge Melissa Damian ordered us to file together.

I have never received a copy of the joint scheduling report the judge Melissa Damian ordered by May 20, 2024 without suspicious other options presented, just a draft with an e-signature box or line presented, where I clearly opposed YouTube's other motions, and asked about the joint scheduling report the judge Melissa Damian ordered so I can review, before placing a physical signature.

I dispute YouTube LLC'S email regarding the placement of options other than a joint scheduling report, being asked beforehand, to attempt to confuse the Plaintiff, because Whitaker didn't respond to the "YES OR NO" questions for the joint scheduling report the judge Melissa Damian ordered on May 6, 2024, by May 20, 2024.

There was 1 phone call from Whitaker, but no meet because I was studying Japanese 日本語 and answering 2136 questions, if the federal court is wondering.

Simply, email the joint scheduling report the judge Melissa Damian ordered, so I can review it, before placing a physical signature on it, so it can be filed at the federal court.

We can kindly discuss the joint scheduling report the judge Melissa Damian ordered by May 20, 2024 so that I can review it before placing a physical signature on it, with phone call, email, Zoom or even Google Meet.

Please email a joint scheduling report to me at

Email [illegible]
Phone (954) 709-3544

Thank you, and once again, I wish to promote peace and happiness.

The Parties have conferred regarding [illegible]

stay all case planning deadlines and discovery related deadlines pending [illegible]

Motion to Dismiss the Complaint.

Respectfully submitted this _____ day of May, 2024.

| | |
|---|---|
| /s/______________________<br>*Electronically signed with permission*<br>Chris Elisha Smith (Pro Se)<br>555 N.W. 29th Avenue<br>Fort Lauderdale, Florida 33311<br>Email: lesliesmit555@gmail.com<br><br>*Plaintiff* | */s/ Ezequiel J. Romero*<br>**BRYAN CAVE LEIGHTON PAISNER, LLP**<br>Ezequiel J. Romero, Esq.<br>Florida Bar No. 107216<br>200 South Biscayne Blvd., Ste 400<br>Miami, FL 33131<br>Tel: (786) 322-7500<br>Email: Ezequiel.romero@bclplaw.com<br><br>Damon J. Whitaker, Esq.<br>Florida Bar No. 0923591<br>1201 W. Peachtree St. NW, 14th Floor<br>Atlanta, GA 30309<br>Tel: (404) 572-6600<br>Email: damon.whitaker@bclplaw.com<br><br>*Attorneys for YouTube, LLC* |

# AudioCodes ATA Connector

## FAX **NON-DELIVERY** NOTIFICATION

Account: 9548840019
5/16/2024 3:53:43 PM

The following fax was **not successfully** sent to the specified recipient. You should try resending the fax or verify that fax number to which you are sending is a valid fax number and set to answer.

| | |
|---|---|
| **Fax Number:** | **14045720913** |
| Remote CSID: | (station ID of receiving fax device) |
| Pages: | 0 |
| Status: | (29201) : Busy (cause 17) |

## FAX TRANSMISSION DETAILS

| | |
|---|---|
| Sent On: | 5/16/2024 4:01:02 PM |
| Result Code: | 29201 |
| Duration: | 16 seconds |
| Speed: | 0 bps |
| Retries: | 3 |
| Event ID: | 280972c0-95b1-43ff-900d-7f03c4b40123 |

9548840019 The UPS Store #7538 03:47:53 p.m. 05-16-2024 1/3

THE UPS STORE

2850 WEST BROWARD BLVD
FT LAUDERDALE, FL 33312
954-834-0018 Tel
9548840019 Fax
store7538@theupsstore.com
theupsstore.com/7538

Fax

| | | | |
|---|---|---|---|
| To | Damon J. Whitaker | From | Chris Elisha Smith |
| Company | BCLP | Phone number | (954)7093544 |
| Fax number | (404-572-0913 | Fax number | |
| Date | May 16, 2024 | Total pages | 2 |
| Job number | | | |

FaxBack
VoIP Fax Solutions