(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

Southern District of Florida

Case Number: 24-CV-60441-MD

Chris Elisha Smith

Plaintiff(s)

v.

YOUTUBE, LLC

Defendant(s)

REC'D BY ABM D.C.
MAY 28 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Motion to OPPOSE Stay casePlanning and Deadlines and OPPOSE Sanction

(TITLE OF DOCUMENT)

I, Chris Elisha Smith plaintiff or defendant, in the above styled cause,

HAve Supporting Documents Showing YouTube CiRcumvented and Avoided Filing the Joint Scheduling Report the Judge Orderd: A meeting Never occured See ATTACHED COPY

(Rev. 10/2002) General Document

**Certificate of Service**

I Chris Elisha Smith, certify that on this date May 28, 2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero

name(s) and address(es)

200 South Biscayne Blvd Suite 400

Miami, FL 33131

By:

Chris Elisha Smith

Printed or typed name of Filer

Chris Smith

Signature of Filer

Florida Bar Number

lesliresmit555@gmail.com

E-mail address

954 709 3544

Phone Number

Facsimile Number

555 NW 29 Ave

Street Address

Ft Lauderdale Fl 33311

City, State, Zip Code

# Chris Elisha Smith v. YouTube, LLC, U.S. District Court for the Southern District of Florida, Civil Action No. 0:24-cv-60441-MD

**eslie smith** <lesliesmit555@gmail.com> Wed, May 15, 2024 at 8:42 PM
To: ezequiel.romero@bclplaw.com, damon.whitaker@bclplaw.com

I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines from Youtube LLC.
I, Chris Elisha Smith, oppose joint motion to stay case planning and discovery deadlines 8th statement, as I never previously conferred with Youtube LLC, before 5-14-2024.

I, Chris Elisha Smith, disagree with Youtube LLC's May 10,2024 current draft motion, and deny the permission for e-signature on it, and deny the permission to file it with the Court.

I, Chris Elisha Smith, will not join the motion to stay the case deadlines, and will instead oppose the request to stay the deadlines, and I, Chris Elisha Smith, will e-mail Youtube LLC's representatives to respectfully set up a call to discuss further.

I, Chris Elisha Smith, only confer to the Joint scheduling report as required by the Magistrate judge of the federal courts by May 20, 2024.

Please contact me so we can prepare and file the joint scheduling report the Magistrate judge Melissa Damian of the federal courts ordered and required.

You can contact me by email at
and by phone
954-709-3544

We can also prepare and file the joint scheduling report with Zoom or Google Meet.

Sincerely
Chris Elisha Smith
May 15, 2024