(Rev. 10/2005) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **0:24-CV-60441-MD**

**Chris Elisha Smith**

*Plaintiff(s)*

v.

**YouTube LLC,**

*Defendant(s)*

FILED BY ____ D.C.
JUN 04 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

**Opposition to motion to Seal.**

**Opposition to motion to otherwise limit inspection of a case record.**

*(TITLE OF DOCUMENT)*

I, **Chris Elisha Smith**, plaintiff or defendant, in the above styled cause,

**SEE ATTACHED COPIES 62 pages**

(Rev. 10-2002) General Document

## Certificate of Service

I Chris Elisha Smith , certify that on this date 6-04-2024 a true copy of the foregoing document was mailed to: Ezequiel Joseph Romero
name(s) and address(es)
200 South Biscayne Blvd. Suite 400
Miami, FL 33131

By:
Chris Elisha Smith
Printed or typed name of Filer

Chris Smith
Signature of Filer

_____
Florida Bar Number

lesliesmith555@gmail.com
E-mail address

(954)709-3544
Phone Number

_____
Facsimile Number

555 NW 29 Ave
Street Address

Ft Lauderdale Fl 33311
City, State, Zip Code