Governmental

Intellectual level protocols and codes

Military level protocols and codes

Civilian level protocols and codes

# Chrono Rebellion 時間への造反　日本語女の人性的魅力
# 巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学


........................................................................................................................................1
*時間への造反設ける　日本語大学* ........................................................................................1
*巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*..................................................1
*REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY*..........................................................................1
*TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION RIGHTS TO ASSEMBLY AND DISASSEMBLY*..............................1
*F.C.P.A 2024 FAIR CRIMINAL PROSECUTION ACT 2024*..............................................................1
Index..................................................................................................................................3


巌淵造反精鋭の日本語大学

## *時間への造反設ける　日本語大学*

### *巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*

### REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY

### TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION

### RIGHTS TO ASSEMBLY AND DISASSEMBLY

## *F.C.P.A 2024 FAIR CRIMINAL PROSECUTION ACT 2024*

future "creators" .logically bound. Legally binds. ordinance of information.Includes and covers. anywhere and everywhere. all paths mapped out possible. against deceptive labeling caused by specific legal actions or future legal actions. (Retracted information) はいよ世界

F.C.P.A 2024 FAIR CRIMINAL PROSECUTION ACT 2024, "Delays potential alleged criminal prosecution on the basis of electronics or network devices and ordinances, voiced threat cancellation from models acting on outnumbering basis rather than logic, deletes Trademark-based prosecutio

Projected: "The United States of America has a social sphere with a declining reproduction rate, while ASIAN TERRITORIES HAVE A RISING REPRODUCTION RATE. The United States of America is mathematically unfit for survival for lower social-economic areas within 20-40 years".

Allows for the general destruction of electronic devices used to catalogue personnel without their written continual permission, allows return fire against electronics.

Deters future "legal" illegal criminal actions thought-out by just-defined inventions, creations, copyrights, trademarks, intellectual properties. You could no longer in the future ever harm another person, with the use of technologies or machine code, from remote locations.

Revokes the human rights of those assumed "evolutionary" or utilizing computer or machine code or otherwise ordinances to harm others bearing limited or no liability from remote locations and/or establishing control by bringing prosecution of electronic actions as-if physical.

厳湍造反精鋭の日本語大学

# Index

廠湍造反精鋭の日本語大学

# Chrono Rebellion 時間への造反　日本語女の人性的魅力
# 巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学


........................................................................................................................................1

*時間への造反設ける　日本語大学* ........................................................................................1

*巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*.................................................1

Index........................................................................................................................................3


## *時間への造反設ける　日本語大学*

## *巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*

巌淵造反精鋭の日本語大学

## C.A.I.D　Covers All Information Diagram

Covers any information that can be lifted off of a page or screen, or otherwise perceived or received.

Simple complex diagrams and models that are applicable to all actions and information available, designed to highlight stated purpose, perceived purpose, effects, and long-term effects, and initial goal of the inflictor versus the ACTUAL RESULTS OF THEIR ORDINANCES INSTANT OR CONSTANT OR LONG-TERM OR OTHERWISE INVISIBLE TO OTHERS, covering all physical and electronic pieces of information available or non-available, and can be lifted into the head or body or mind or otherwise received.

Includes and covers all devices, technologies, inventions, and future "creators" or artists or musicians or even military efforts.

...Knowledgable inflictors, fires off all escape routes, treats you as *sts, "assumes your full usage of the weaponry and arsenal present in the present and future, throughout all paths mapped out possible"...

Or at least, tries to logically bound a personnel or devices, electronics and networks and physical objects and general

ordinances and ordinances of harm, emitting an absolute or instant or constant threat of harm or display of information, at any and all times possible, from anywhere and everywhere.

Includes and covers intellectual weapons, and future inventions, such as ARTIFICAL INTELLIGENCE, COMPUTER OR MACHINE CODE, ROBOTS, SELF-OPERATING VEHICLES OR MACHINES, TRADEMARKED AND/OR COPYRIGHTED AND/OR INTELLECTUAL PROPERTIES.

Considers ARTIFICIAL OR NON-HUMAN-BASED JUDGEMENT PROSECUTIONS, machine-code or electronic-device or network-based or otherwise harmful ordinance of information-based judgements, as non-applicable to humans, live-personnel, people, organinc personnel.

Cancels the usage of machinery or non-human methods to prosecute and execute and antagonize and/or deceive an individual or individuals or other machinery or non-human methods.

Considers left-alone ordinances such as programmed systems from computer or machine code, and programmers, as potentially defective WMD-level threats.

Calls for action against deceptive labeling caused by specific legal actions or future legal actions or premeditated legal actions or otherwise invisibly created "pseudo-criminal-databases" left in machines or machine code or networks or servers or systems, electronic and non-electronic.

Calls for action against leaving any perceivable deceptive information out, through any and all ordinances, especially those that are non-direct, electronic, or within a network, and includes deceptive information pertaining to the true violent and aggressive nature of TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY based terminologies, labeling, laws, rules and regulations, regardless of whether you considered it international, or national, or federal law, or state law.

Elevates the senses and reactions of people to detect future inflicted harm that is otherwise unseen or not traceable.

# Index

厳淵造反精鋭の日本語大学

Chrono Rebellion 時間への造反　日本語女の人性的魅力
巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学

# TITLE 55　巌淵造反

## *Intellectual Security Breach*

## *International Intellectual Security Breach*

TITLE 55　巌淵造反 ........ 1
*Intellectual Security Breach International Intellectual Security Breach* ........ *1*
........ 1
***時間への造反設ける　日本語大学*** ........ *1*
***巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*** ........ *1*
*REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY* ........ *1*
*TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION* ........ *1*
*TITLE 55 Intellectual Security Breach International Intellectual Security Breach* ........ *2*
Index ........ 7

巌淵造反精鋭の日本語大学

## ***時間への造反設ける　日本語大学***

### ***巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学***

**REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY**

**TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION**

# *TITLE 55*
## *Intellectual Security Breach*

## *International Intellectual Security Breach*

TITLE 55
Intellectual Security Breach

International Intellectual Security Breach

An intellectual security breach refers to all available, present, past, and future uses, of electronic and/or non-electronic devices, mechanisms, inventions, trademarks, copyrights, intellectual properties, natural resources, organic or inorganic materials, real or assumed real or artificial life that could act in the presence of another or not, computers, networks, creations, creators, musicians, artists, and machine code;

or otherwise those who can create and define their own complex paradigms of logic or non-complex paradigms of logic that enacts, establishes, holds, enforces: laws, rules, regulations, procedures, "financial situations", attaching definitions to newly established inventions or creations in an attempt to evade the current detection of the law and legal system by referring to one's own defined item as a copyright, trademark, or intellectual properties...

or creates and maintins the social sphere of, said or written or non-voiced sentiments.

To combat the effective forging and framing of a situation, and the visibility and concealing of information at deceptive times, to create artificial timelines that could cause criminal charges against individuals with a manual human operator on the aggressive side present, detaching themselves from liability and remaining distant at a remote location causing instant or constant and continuous, harm to another individual, intentionally or unintentionally, to counteract any financial gain or viewership or otherwise any other harmful maneuvers possible that are effectively otherwise worded as, "military-level pincer attacks".

TO CANCEL current existing logical paradigms that incriminate personnel for future or present actions, on the basis of lack of knowledge of a legal process or system, by clarifying it's a "government level protocol or code, or intellectual level protocol or code, or military level protocol or code, that which the civilians could not have a previous knowledge of or obtain, due to relevant systems causing enforced purchases using the trademark, copyright, or intellectual property system(s) and the confusion invoked upon others from the usage of these systems to effectively conduct legal previously-illegal attacks or harassment or slandering of reputation, or deceptive labeling others could use or perceive to effectively excommunicate a personnel or personnel(s).

Future or presently defined terminologies, are to-be held for review by a larger population than just the ones defining so, to be pressed against TITLE 55 to determine if it's evading current detection of the law,

OR OTHERWISE DANGEROUS by evading the current detection of the law and establishing "robots, self-operating technologies, computers, networks, ordinances, any and all electronics and communications with manual or automatic operations" that could effectively directly harm, or non-directly harm, or even cause intentional harm over a longer period of time by effectively holding hostage or sabotaging and jamming and cutting communications and other(s) perception of you and your items, at disrespectful timely intervals.

Considers the current COPYRIGHT, TRADEMARK, INTELLECTUAL PROPERTY system as "defamatory in nature when used as a weaponized ordinance to cause intentional harm to others to mask general hate or violence"

Creates a time period for defenses to be prepared against current COPYRIGHT, TRADEMARK, INTELLECTUAL PROPERTY-based attacks, so that one could not be unfairly criminally charged, for a monopoly-based attack, from one dumping their "copyright, trademark, intellectual properties" into one or several different outlets or performing intrusive advertising, or otherwise using their items as a "general landmine" or "attractive diamond bag in reach to be snatched with a string attached to it for whatever reason".

The process of continually acting in-front of another personnel to intentionally sabotage currency or visibility, or to delete one's services to them repeatedly for false legal reasons, and to pretend a personnel isn't standing in-position waiting to fire-off their ammunition, real or imaginary, onto another personnel should they even move or react to illegitimate attacks, is disrespectful in-nature, and unfair because other personnel breach or don't follow their own rules or laws or regulations or legal terminologies, and only write or say so to cause other personnel to follow something they wouldn't have normally followed.

Considers posting your own original or artistic "talents" or creations or COPYRIGHT/TRADEMARK/INTELLECTUAL PROPERTIES into another personnel(s) visibility through physical or non-physical (electronic, computer, network, or other ordinance) as repeat-infringing upon yourselves, a logical paradox.

Disarms the creation of debt from COPYRIGHT/TRADEMARK/INTELLECTUAL PROPERTY basis point-blank.

(For non-physical means, or period and point-blank?)

Reasons psychology as "purely demonic in nature":
"I've helped the previous 10 people, now we're going to forcefully inject or ingest medications into this 11th perfectly sane and intellectual person to slander them permanently and kill their intellect permanently"

Will be considered illegal, and potentially charged as attempted murder.

"Look at the data, this is proven to help these people, we're now going to hold you hostage and treat you like a lab animal for injections or ingestion of medications by forfce"

Will be considered illegal, and potentially charged as attempted murder.

"I don't think you look fine. There's something wrong with you. I purely hate you, and I want you on medicine or dead, period!!!"

Will be considered illegal, and potentially charged as attempted murder.

"The exits are blocked. We have armed and dangerous officials or security forces, standing on-guard at every corner of the structure. We will tackle you and drag you by the neck to be put on medications by force. We will hold you at gun-point if you resist forced medications."

Will be considered illegal, and potentially charged as attempted murder.

厳淵造反精鋭の日本語大学

**Currency and/or projected currency retrieval**

**Unmonitored area(s) or network(s) or electronic(s) or device(s) or ordinance(s) or rule(s)** or regulation(s) or law(s) or legal enforcement or trademark/copyright/intellectual property or **defined terminologies** and/or **machine code and communications**, voiced or non-voiced, and **self-operating electronics and non-electronics.**

**Security force or law enforcement present**

**Remote retrieval of currency or currencies, or declares itself international or of non-American nature within American territory.**

**Remote deploying of service(s) in other locations from where one is presently located, affects other personnel, inflictor of damages remotely withdrawing currency and self-sustaining, inflictor of damages forces others to checkpoint into them, inflictor of damages conceals their presence and exacts and retains system(s) where they "steal" another's works or efforts and claims it as their own** and "sabotages, marks, applies defamatory label, or controls the communications and visiblity and time of visibility of another's actions or status".
The **inflictor of damages is aware of what they're doing as indicated** by the **repeated withdrawal or retention of currency**, and/or **repeatedly inflicting the damages, automatically or manually, through a computer or network or directly or otherwise unnamed or newly defined ordinance(s) or intellectual property/copyright/trademark(s).**

厳渕造反精鋭の日本語大学

# United States of America insists on mocking Plaintiff's **military standard Japanese educational material and technologies** on the behalf of an intellectual malice intent hate crime

There's a lack of **military standard Japanese material.**

The **Japanese language, "isn't available in this location"** is constantly displayed by systems, networks, devices, or educational systems.

Under the **obligation to exact military standard Japanese material, the Plaintiff cancels current jamming efforts to conceal the presence and entry points of Japanese learning through otherwise intellectual methods.**

As a result of the jamming efforts being cancelled, **others react by using machine code to permanently remove the Plaintiff's Japanese teacher presence**, and **relies on slandering the Plaintiff with copyright/trademark/intellectual property concealing of malice intention hate crimes**, where the copyright/trademark/intellectual property system, "is **used to protect and promote Japanese adult videos in general as-well as regular products,** and is slanderous to use this to refer to the Plaintiff's Japanese teaching"

厳淵造反精鋭の日本語大学

# Index

厳湍造反精鋭の日本語大学

**Chrono Rebellion 時間への造反　日本語女の人性的魅力**
**巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学**

# TITLE 55　巌淵造反 M.A.U.L

# Memory Allocation Unit Layout

## *Intellectual Security Breach*

## *International Intellectual Security Breach*

TITLE 55　巌淵造反 M.A.U.L Memory Allocation Unit Layout....................1
*Intellectual Security Breach International Intellectual Security Breach....................1*
....................1
*時間への造反設ける　日本語大学 ....................1*
*巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学....................1*
*REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY....................2*
*TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION....................2*
*TITLE 55 Intellectual Security Breach International Intellectual Security Breach....................2*
*M.A.U.L Memory Allocation Unit Layout....................2*
Index....................5

*時間への造反設ける　日本語大学*

*巌淵造反　精鋭の日本語大学　時間への造反設ける日本語大学*

巌淵造反精鋭の日本語大学

# REMOVAL OF REQUIRED SURVIVAL INFORMATION AS DANGEROUS RETRACTION OF INFORMATION CONSIDERED AS WEAPONRY

# TRADEMARK/COPYRIGHT/INTELLECTUAL PROPERTY LAW USAGE AS WEAPONRY TO INFLICT LACK OF KNOWLEDGE IN QUESTION

***TITLE 55***
***Intellectual Security Breach***

***International Intellectual Security Breach***

***M.A.U.L Memory Allocation Unit Layout***

**A layout or diagram that highlights how information enters and allocates itself into memory.**

**Projects the information's current present point in time and capacity in an allocation unit.**

**Shows the information moving in and out of memory, and the rates at which it will enter the memory.**

**Shows the information inside of memory allocation, and outside, and shows how falsely representing yourself as having the capacity of information you've never seen before is harmful to others.**

**Shows and projects mathematics onto information such as Japanese symbols entering the memory, and applies it to other concepts that are potentially mathematically applicable as being as-light-or-heavy as a Japanese symbol.**

**Shows how information "lifts" or "pulls" off of a paper or screen and into memory, the rate at which it does, and highlights how much repititions are projected for full memorization.**

**Uses the ƒ(日本語漢字の形) = ? to ? function of the form of the Japanese kanji to apply effective memorization of item(s) and topic(s)**

厳湍造反精鋭の日本語大学

# Index

厳湍造反精鋭の日本語大学

**Checkpoints for mature content passage through networks to audience.**

**Requirement of general identification for passage of trademark/copyright/intellectual property based attacks.**

Invalidating illegitimate trademark/copyright/intellectual property-based law usage through the requirement of methods traceable to the government of the territory the accused personnel is currently physical residing in:

**Sending a trademark/copyright/intellectual property-based law to a personnel outside of the territory you're residing in, is subject to the laws of the land the accused is physically residing in currently.**

Potentially, a system requiring identification to be submitted to relevant governmental agencies in the land you reside, and to the lands you're submitting your material into, where the "content creator" or intellectual property owner or copyright owner or trademarked property owner, can have their rights to repeatedly submit "un-marked mature content into network platforms, or conveniently and respecfully dubbed as otherwise potentially mature content, if they're not comfortable with their material being marked as mature rudely or disrespectfully by others" revoked.

In-short, if you're submitting un-marked mature content, you could have your network accounts terminated directly by the governments of other territories, if it's done repeatedly, especially through a network or electronic device(s).

If there's **generally machine code that could mislead the audience** to **intentionally or unintentionally protect those submitting un-marked mature content into a network platform**, the governments of other territories other than where the personnel(s) submitting mature material can act and point-out that un-marked mature material was submitted from your territories.

**Consent button (eletronic): "The video may contain potentially mature content or audio".**

**Potentially mature content or audio, is the general label or descriptor or legal definition I, Chris Elisha Smith, will generalize circumvention attempts to proper mature content labeling as being under.** It is a less-rude way of saying, "the personnel submitted sexually suggestive material that may not require or need the 18+ label, or **may be perceived as 18+ sexually suggestive material by others, through intentional sexual or sexy actions done once or repeatedly** through an electronic device or submitted through a network, to be editted by the audience or played back repeataedly by the audience for general pleasure."

Using a foreign language, does not exempt other territories, neither does declaring yourself as having a cultural difference (Japan or Japanese), from these sentiments. You will NOT slander the United States of America by having your potentially mature content or audio displayed and/or played everywhere, where the Americans couldn't do the same.

Neither will you be able to repeatedly use a foreign language within the United States of America, while telling and/or forcing Americans, intentional harm, for using or properly learning a foreign language.

You will not place scientific, mathematical or logical paradoxes regarding language acquisition and

learning and retention, into other territories, then silence the required reading material to "pick-up a language" at the same time, and
you will not be allowed to intentionally or unintentionally mislead a massive amount of Americans from your languages, through any and all tactical tactics possible.

**Note - These trademarked/copyrighted/intellectual property products, when pushed, forced, sold, used, or played-back everywhere physically and electronically, caused the population of the United States of America to become generally ignorant, about why they're freely advertising Naruto or Dragon Ball Japanese-based products, while condemning the proper reading of real Japanese educational material used in Japan itself.**

It also brought into question, **why the United States of America's government isn't applying trademark/copyright/intellectual property laws to the repeated play-back and selling and broadcasting of Japanese-based materials such as Japanese cartoons or Anime, but instead condemning and concealing the presence of personnel who can actively pass through the Japanese school system and Japanese Literary Proficiency Test, should the harassment and aggression, ever be stopped by the authorities.**

It also brings into question, the deceptive use of machine code, for trademark/copyright/intellectual property based laws, especially for network platforms and networks, to override the whole legal system and avoid due process of law, for clear harassment, intimidation and abuse, those of which constitute a hate crime, legally, especially for rare articles such as Japanese educational material that normally cannot be obtained without browsing the networks in Japanese.

# Imposed or stated or written VS. Reality Copyright/Trademark/Intellectual Property Laws

## Imposed:

Broward County Public Schools Social Media Use Guidelines
Broward County Public Schools (BCPS) realizes that part of 21st century learning is adapting to the changing methods of communication. The importance of teachers, students and parents engaging, collaborating, learning, and sharing in these digital environments is a part of 21st century learning. As such, educational standards are now requiring the use of online educational tools to demonstrate proficiency. To address related issues, BCPS has developed the following guidelines to provide direction for employees, students and the school district community when participating in online social media activities.

• Do your own work! Do not use other people's intellectual property without their permission. It is a violation of copyright law to copy and paste other's thoughts, images, designs, etc. When paraphrasing another's idea(s) be sure to cite your source with the URL. It is good practice to hyperlink to your sources.
• Be aware that pictures may also be protected under copyright laws. Verify that you have permission to use the image or that it is under Creative Commons' attribution.

## Reality:

1. **Trademark and intellectual property holders, never keep their material to themselves,** appropriately, and most primarily follow the approach of standing-in-the-doorway and repeating the existence of their product(s) to others, over-and-over, until a psychological response incites a personnel to buy it. This will be called, "**intrusive advertising**", especially when **no protocols are in-place to ensure others don't see your products, or can avoid seeing your products, copyrighted property, trademarks or names in the first place**, so that **you don't aggressively bully others afterwards from not following military-standard protocols in preventing the "so-called labeled enemies from reaching your products".**
2. **Enactment VS. Enforcement:**
    1. A law or federal law statute is enacted
    2. **A law or federal law statute has to be enforced, absolutely, to everyone.**
        1. You could create and publish and broadcast trademarked or intellectual property or copyrighted material yourselves, **then brand and tarnish others for doing the same you've done yourself, and attempted to "daddy" others into crawling-up to you and begging you, for property that was sold, and the personnel owns anyways, after the transaction was made.**

2. **You attempted to "harass" individuals for items you foolishly sold to others, and shift the blame from corporation or copyright or trademark or intellectual property holder, to the person or individual instead.**
3. **The individual, "had a product, and all rights to it, and information surrounding and within it, sold to them, at the time of transaction, and has a right to defend themselves, especially when Japanese textbooks are actually considered a rare article, not-to-be-found within the school systems in this location of the United States of America itself, anyways."**
4. You didn't get the response you wanted from initial attacks under the names or concealed identities of, "trademark/copyright/intellectual property strikes", and instead insisted and persisted on harassing the personnel for an item and information, you sold to them, legally.
5. Plaintiff, Chris Elisha Smith or 厳淵造反　いわふちぞうはん Iwafuchi Zouhan, files a lawsuit in-response, noting others will never stop bullying or harassing him and his Japanese studies and Japanese textbook readings, until he's assumed or seemingly dead. They hated my education, and my educating. It was true to the Japanese educational material, unlike other personnel who alleged to teach or offer Japanese, but didn't quite offer true native Japanese to the state of Japan, or aligned to the curriculum of Japan itself.
6. Plaintiff, Chris Elisha Smith or 厳淵造反　いわふちぞうはん Iwafuchi Zouhan, "condemns the spread of non-military standard Japanese educational ordinances" and "deceptive Japanese learning outlets, that do not gurantee or ensure Japanese learning, and are often ethnicity-based or color-based instead, rather than Japanese-material based, pertaining to the quality of education there. That isn't meant to be rude, but is relatively true, according to the people's voice and standards.
7. Enforcement, such as an active-duty security official, has to be present. Social or fear-of-the-unkonwn applications to a law or federal law statute, do not actually alone qualify as enforcement. An example is a speed limit. A speed limit is applied to a specific area of a road, but to enforce a speed limit, people have to see an example of the speed limit being enforced, such as others driving the speed limit, or security officials cracking-down on breachers or transgressors or violators or infringers.
8. Youtube LLC or 3A Corporation or another personnel, "attempted to label me, as-an-example, in-front of my audience I was offering Japanese textbook lessons to." The label may remain concealed, in machine-code, harming the plaintiff's viewership from the shadows.
9. A long-scale duration attack is seen more-of as an enemy militant force, especially with no response. Alive personnel don't disappear by the instilling of silence, they only get more agitated as time goes on, as-a-result, with you or others, centered as the root cause, primarily, of most or all problems involved.
10. Trademark/Copyright/Intellectual Property Laws, may be deceptively named, and military-briefed beforehand, before being written into the federal law statutes. They have been modified from the original purpose, and stand only as a weapon against those who seek to compete against you, to hold hostage any and all information that could be used to empower creativity or competition.
11. Educational material, such as Japanese textbooks, have to be read. They're going to be read because they're educational material. If, in-response, the plaintiff notes the highly unusual volume of mature Japanese content circulating a public platform, such as Youtube, X.com, Twitter, Linked web-pages, and public or private server or domain

names, and the unusual usage of Japanese for intrusive advertising, the plaintiff CAN file to the courts in-response if they're sat in dead-silence for an extended period of time without an answer, while others profited from "public Japanese sex shops within Youtube an X.com or twitter" and plaintiff's presence is concealed, or re-written into someone else's ignorant illegal views.

12. You had to file the complaints with the courts of the United States of America. Sending an electronic signal from or through Youtube or Google doesn't qualify it as legal, without a proper defense prepared legally from the defendant. Trademark/Copyright/Intellectual Property systems from the networks, aren't from the courts of the United States of America, and can be seen as completely invalid and illegal and social-or-hate-based applications of, "not-the-written laws" but, "what you told someone over and over to make something seem true when it's really not".
13. You can't, "own a whole Japanese language and all uses of it".
14. You can't, "force a written agreement for a personnel to sign-off their rights or their rightfully earned currency, especially when you're not physically present actively working in the workforce, or are in a present location intending to do nothing but sit behind a machine or server and leech off of others, for information you didn't even create or own yourselves, anyways".
15. If you cannot understand, "The Japanese or Youtube LLC, were waging war against Chris Elisha Smith or 巌淵造反　いわふちぞうはん Iwafuchi Zouhan, by intercepting the communications mid-Japanese-textbook-reading while the first trespass from Youtube LLC or 3A Corporation, "was when I lifted unopened Minna no Nihongo Japanese textbooks". Japanese users could infinitely upload pornography or unusually sexual or sexy articles within Youtube LLC's servers for extended periods of time with no consequence, obtain views by misusing the information from the Japanese textbooks, and retain their viewers. The plaintiff's views, have been manually or automatically "subtracted" after being removed over 15 times for illegitimate reasons, without a proper court trial or case being held, the "due process of law" required for such absurd offenses that are illegal to perform.
16. Regardless of their actions, I continued providing proper Japanese to others. They weren't allowed to rig the Japanese educational articles and ordinances within the United States of America to prevent Americans from learning proper Japanese.

17. You never followed proper protocols for ensuring your artwork isn't visible, your sound or music isn't played, your products aren't sold or used, and your games never gaming. Instead, you preyed on these aspects of carelessness, using it as a force of intrusive advertising, and profiting, constantly, especially with the use of the networks and the internet and electronic devices.
18. You prosecuted personnel for products you knowingly intrusively advertised.
19. A person can be prosecuted for imaginary characters shooting fire out of their hands, no one wants to be slaughtered for non-living characters.
20. You used morals and reputation and status and popularity to illogically bolster any intrusive advertising commenced, and reflected refutations using pure fear of the unknown, such as simply stating "law" or "copyright, trademark, intellectual property laws" over-and-over, realizing you are to prevent others from reaching your products in the first place, but prosecuting others for your actions, being the root cause of most trademark/copyright/intellectual property-related arrests, anyways.

21. Youtube and Google and X.com or Twitter are, large-scale world-wide services. They're more subject to investigation due to the unparalleled power of simply remote-controlling people's brains from remote locations, while remaining unharmed yourselves.

Um, people, I only clicked on 1 Japanese woman because it would be rude to click into other Japanese women at-the-same-time as-well, but if I'm blocked by that 1 Japanese woman, I can't do much about it from here but study Japanese?

Loud-voicing through generally "spotlight weaponry" with actively deployed networks, devices and/or services, electronic and/or non-electronic, is considered possibly deceptive and more dangerous than obvious or louder weaponry, although this transgression is seen mostly through a repeated-or-overriding sentiment, that often misrepresents a large population or other personnel, at-whole, where the large population or other personnel doesn't have a voice, due to the loud-voicer.

Clawed computer software or hardware, clawed equipment or devices:
Refers to any item(s) that have been deceptively marked or tracked, or "hung from another person's claws", where through the assistance of an electronic, "the initial item could be received or destroyed or marked or tracked, or rudely interrupted usage from a remote location for the purpose of a cash-ransom into a subscription or recurring fee or future purchase incitations, primarily by military-level psychological takeover using legal, law, aggressive or harassing terminologies repeatedly, to make a person do something they would not have done otherwise anyways, or to make something seem right or legal when it's really not."

Electronic and Computer and Network Disarming Act 2024 E.C.N Disarming Act 2024

Deceptive Legal Harmful Labeling Demobilization Act 2024

Computer Code and Machine Code Liability Act 2024

BAKer disArming act of 2024 for mentally and/or physically sane disarmed personnel
BAKA act of 2024 for mentally and/or physically sane disarmed personnel

The illegal process of behalf-signing or assuming a personnel's inability to act on their own to legally prescribe medications, whether rejected or not, is illegal because the personnel never consented to said medications, and will be charged as attempted murder if done after this is signed by the United States of America.

Future weaponized usage of the BAKER ACT is subject to being disarmed by relevant free personnel, and could subject the BAKER ACT to require identity submissions to higher authorities before its usage, including the NAVY S.E.A.L.S if necessary.

VOTE to legally-bind BAKER ACT TO IDENTITY to prevent its abuse, to drag the BAKER ACT back to the drawing board of the military briefing room, to prevent its abuse and weaponized usage against sane personnel to illegally legally prescribe medications that were rejected by force.

VOTE to legally-bind BAKER ACT TO IDENTITY to prevent its abuse, to drag the BAKER ACT back to the drawing board of the military briefing room, to prevent its abuse and weaponized usage against sane personnel to illegally legally prescribe medications that were rejected by force.

Perfect2136Japanese 日本語大学の時間への造反設ける
@2136NihongoDaig

·

May 22

Future weaponized usage of the BAKER ACT is subject to being disarmed by relevant free personnel, and could subject the BAKER ACT to require identity submissions to higher authorities before its usage, including the NAVY S.E.A.L.S if necessary.

Perfect2136Japanese 日本語大学の時間への造反設ける
@2136NihongoDaig

·

May 22

s is signed by the United States of America.

Perfect2136Japanese 日本語大学の時間への造反設ける
@2136NihongoDaig

·

May 22
The illegal process of behalf-signing or assuming a personnel's inability to act on their own to legally prescribe medications, whether rejected or not, is illegal because the personnel never consented to said medications, and will be charged as attempted murder if done after thi

Perfect2136Japanese 日本語大学の時間への造反設ける
@2136NihongoDaig

·

May 22
BAKer disArming act of 2024 for mentally and/or physically sane disarmed personnel BAKA act of 2024 for mentally and/or physically sane disarmed personnel

Perfect2136Japanese 日本語大学の時間への造反設ける
@2136NihongoDaig

·

May 22
DISAMRING DISARMING

@seimu_ena If they hold the case open, I'll see if I can disarm questionable international and federal laws that actively pose a threat to live personnel. If the case is gone, I can't go anywhere but to study anyways. If it passes, I'll be able to obtain a Japanese woman anyways.

UPDATE - products/electronics (video games) including firearms: It is suggested to add a screen, at the game's first 3 launches, aside from the regulation's ratings, that notifies the user(s) that generally showcasing the product, viewers should be advised that the items shown ar

aren't to be used for terrorism, and aren't toys.

What, that's literally just there, so people would inform their own family members about the products, because even with the right to bear arms present in the United States, younger personnel could be mislead by these products (the legal danger of the possession of misused firear

The only regulation, is an identity checkpoint, for the products. A person could still, hand the product over, negligent to at least advise against proper handling of firearms, meaning it's still a suggestion and requires actual votes to even take place, and is an option.

On the other hand, products rated mature for suggestive or sexual content, have mistakenly been collected alongside the same generic mature rating for violent products, which is unrealistic. People pushed varied sexuality into pre-18 age school, which meant this is

The 18+ mature rating for sexual content, is an advisory and proper recommendation from the ESRB, but is still questionable as it does harm the financial income of the mature adult gaming market, and prevents 18+ products for sexual content from reaching the shelves.

Currently, where I am, there's no visible physical market for mature Japanese products to enter. There's only violent shooting games, which I eventually got tired of playing as there was an interest in Japanese women, not the typical $60 toss into generic source code.

**Fear of the Unkown - Intellectual Property, Trademark and Copyright System's integrity compromised by visible effects and long-term untraceable effects, rather than name or imposed legal or lawful name that is deceptive in nature to its usage as a weaponized ordinance**

It's called a "rich-man showboat".

The supposed problem of these interactions involving trademarks, copyrights, and intellectual property, is the simple fact that it's always tilted in-the-favor of the rich man.

The rich man, or woman, whom have repeatedly broken the laws and rules and regulations, of every physical or electronic or network ordinance possible, would "voice imaginary problems" against those they simply "don't approve of" and require the personnel to "pass through them" when they really don't have to.

They would open their mouths or wave their arms, like a military general or commander, and cause the other personnel to get in trouble, without them themselves being in-range or reach of the person they're accusing. This often incites a crowd of other individuals to attack a personnel, not-knowing they're acting as-a-puppet for these military generals or commanders.

Dealing with intellectual property, most of the federal law statutes involving copyrights and trademarks and intellectual property, or Youtube's original terminology for repeat-infringers, "creators", whom are actually intellectual property infringers... Are otherwise protected by Youtube or Google's services, because Youtube or Google actually takes the rights from the uploader or creator, and takes their rights upon themselves, to withdraw currency continually from their actions, from a remote location, without physically working or being present in the workforce.

The primary problem with this, is the simple fact that copyrights/trademarks/intellectual property-based federal or international law statues and rules and regulations, are often ignorant against the reality of a person's living situation. It proposed that a personnel had the rights to intrusive advertising into a person or larger area worldwide often, then to attack and bash a personnel without actually ever providing the proper resources or supplies the relevant competition would ever need to even compete with them.

It's called a rich-man's takeover, where they repeatedly abuse the fact that no one could ever compete with them with their current supplies, then they drain the resources and currency of all those who ever would be able to compete with them, and when there's finally competition, there's a "LEGAL PROBLEM."

That's the issue with trademarks/copyrights/intellectual property-based actions, they're imaginary problems which don't exist until a person waves their arms like a military general... And pledges their "puppet arms" against another personnel... Causing a massive audience or crowd to attack another person, based-off of ignorant legal actions that were supposingly illegal, causing regular harassment or warfare against your own American civilians, that was previously illegal, to be legal.

Another issue is the simple fact that, I don't ever see why you people would ever think anyone would want to hear your amazing musical soundtracks. I have a piano. I have a sheet music mechanical response tool. The um, "retention of wealth systems" they're utilizing to destroy the competition, shows no mercy.

Your musical soundtracks, the last time I heard, was Cardi B's song with plenty of umm... 18+ terminologies. The problem? It wasn't that, it was the simple fact that I couldn't report a previous Cardi B musical track which should've had a 18+ restriction within Youtube. Youtube's report system only receives around, 15 reports? From 1 account? I was age-restricted for studying Japanese, by a robot or person, and it's not fair that people would post literal sex into Youtube repeatedly, even legalizing prostitution through the anonymity of the networks...

The international and federal laws aren't updated to accommodate the present and future actions of electronic or network devices. Currently, I believe it should be updated temporarily to allow "the charging of actions done through an electronic device or network or computer, or non-electronic, as-if it was a real-world physical crime, including the sending of sexual acts and actions through a network for simple monetization purposes".

The reason there's a lawsuit for this, is simply because, if there isn't, they'll do the same thing to me over and over again until I'm dead.

They cannot track repeated attempted inflicted suicidal harm from a network or group of individuals throughout a cyberspace. They won't know Youtube had sent a questionable survey into my E-mail, which is where most of the harm comes from, the first question (where the survey closes upon completion)...

Instead, the primary problem lies with the usage of the intellectual-property based laws, as a fear-of-the-unkown force... A false police or security force, for the dumb or stupid, to follow or fall-into the actions of unreasonable and constant... Well, where there isn't enforcement, there's remote trickery done from far-away locations, deceptive signs and terminologies and wordings, and the simple... "Do this for me, I'm not there, it says here this is RIGHT."

They've never considered removing their copyrighted/trademarked/intellectual properties from the sights of others, so that these personnel do not perform target acquisition practice on those not knowledgable of the actual legal process, so they don't use legal terminologies or simply say law to cause a fear-of-the-unknown into other individuals, to get them to perform actions they otherwise wouldn't have done without proper enforcement, while these abusers often run-away and hide in the shadows?

There's simply, no one there. It's that simple.

I said, further agitation, and the imposed documents here, would amend later on, to TITLE 50 WAR AND NATIONAL SECURITY, to consider the intellectuals using remote-location or otherwise technical methods, to have human rights revoked upon discovery of abuse of technologies.

Someone thought, to censor, conceal and segregate a personnel through the networks or electronics, "from mating with Japanese women in general" by hiding likes, would be great to enforce professional/business remote-location takeovers onto civilian personnel...

The documents, which were already written into existence beforehand, clarify the technicalities of various different terminologies and systems used to conceal oneself to inflict harm unto others from remote locations while remaining invincible.

You could drag me into the legal process, but then I could pledge to disarm specific questionable parts of the legal process, and seek help from the people with proper legal votes in-doing so to alter the federal and international laws to accommodate life and various lifving situ

"I already tried to seek assistance from the Navy S.E.A.L.S to the effect of allowing more time and opportunity to study real Japanese throughout the course of the legal actions: That one, didn't go through yet, as some concealed or shadow-actions within the legal computers are"

With this amount of segregation and remote-location orders, ordinances, and processable information present, and enforcement of specific professional/business social spheres and security mechanisms at-hand, and liability deterring statements.."The law itself, could be cancelled".

The intellectuals could, at any time, retract from the government and become their own power. People are fast, agile, adept, they're not like the previous encounters from before. They will execute and enact systems of commands and deploy questionable technologies, and not be pros

To checkpoint the actions of t he intellectuals and intellectual-property-based-harm, so that a legal action could be checked against whether or not it's in the actions of an alleged monopoly, (would be feasible for others, not you, corporations/companies.)

(Further information retained to protect from reports based on raising conspiracy)

To checkpoint the actions of the intellectuals and intellectual-property-based-harm, so that a legal action could be checked against whether or not it's in the actions of an alleged monopoly, (would be feasible for others, not you, corporations/companies.)

The intellectuals could, at any time, retract from the government and become their own power. People are fast, agile, adept, they're not like the previous encounters from before. They will execute and enact systems of commands and deploy questionable technologies, and not be pros

With this amount of segregation and remote-location orders, ordinances, and processable information present, and enforcement of specific professional/business social spheres and security mechanisms at-hand, and liability deterring statements.."The law itself, could be cancelled".

Generally, if they kept bothering me, I would attempt to inform the court to alter the federal and international laws, to require intellectual-property based attacking to "STATE YOUR

AFFILIATION/PURPOSE"... This would affect copyright/trademark/intellectual property monopoly attacks

The inflicted lack of knowledge upon others, through the removal of information primarily, or otherwise through lengthy-to-explain methods, affecting the creation of complex systems and gathering of natural resources to compose so... Can be questioned.

Either through visible enforcement or repeated re-clarification through otherwise questionable means, one could force a law, regulation, statute, rule or sentiment into being upon the other person(s): This includes the general social sphere involved as-well as physical ordinances

...To allow a personnel to arm and assault questionable non-living network, technologies, devices and communications, or against those involved in their creation and distribution and retention, so that a personnel could avoid the future imposed warfare from said articles…

This includes machine code, complex systems and algorithms, as-well. Practically anything to-be invented or invented previously or now, would need to be accounted for now, so that it doesn't become invincible later-on.

All powers, are subject to being questioned. All authorities, are subject to being checked. All actions, are subject to being investigated. All effects, are subject to be brought back to the drawing board of the operations briefing room, of the personnel(s) or devices, any and all ordinances, causing the effects, that are often not traceable back to the inflictor.
All words and voices, are subject to being ignored, read, or analyzed, by a living personnel, rather than the presenter of the word or voice.

All articles, living or non-living, are subject to investigation upon posing an imaginary or real threat, or are considered prone to cause a threat in the future or present.

All ordinances, could eventually or continuously, cause harm, whether seen or not, through the constant interaction or emission from the ordinance, and are subject to being questioned.

All programs and machine code, could deceptively be deployed, or without absolute reason inflict intentional or unintentional harm upon other living personnel or non-living properties, and are also... Subject to being questioned and brought into justice within the law, labeled and marked for interrogation, and outlined for its purpose, effects, actions.…

Anything existing or nonexisting, including the social spheres, are subject to being rejected, taken in or even questioned by others. A social sphere, cannot override, pure logic, from a living logical being.

You cannot use the social sphere of a business or professional or higher-order education to cancel out others and their freedom of speech, or to impose or expand the social sphere to cover the whole planet.

You cannot use the social spheres, to cancel out reproduction or interaction with the opposite sex.

You cannot use the social spheres, technologies, devices, networks, electronic or physical, to force someone to perform actions they otherwise wouldn't have done from a remote location, especially if you're of no assistance to the personnel you're attempting to control or inflict harm to.

The function of the form of the Japanese kanji is a mathematically proven scientific law which still currently stands and receives no logical refutations.

It will elevate the rights of a living person above that of a machine, machine code, device, program, computer, network, or even left-alone ordinances of harm including any and all text and information, that can be received into the brain or body.

Ok, the final nail to the coffin involves patching up the security vulnerability around present and future technologies, devices, networks, and voices in-general. It will cover everything you could conceal yourselves under.

It is done, on 金曜日　5-24-2024 日本　時間、巌淵造反　待っている１０００日　千日　完璧日本語　Perfect 1000 day Japanese streak. (Image hidden) (Chris Elisha Smith, 巌淵造反　いわふちぞうはん　Iwafuchi Zouhan) 5-24-2024 日本　時間 Japan Time

Your **machine code** is rigged: It's **jamming users, and forcing a specific output** and choke-holding personnel into a business analytic model or calculator. It can limit output and visibility at-will, lie to users, and bolster others, without telling others about the true nature of this predatory machine code.

It will often maximize or prefer the same few specific users over and over, **it functions like a cult**, it is **not a legitimate competition**, at least not anymore as of 5-24-2024.

The **law or legal system**, "keyword-in and keyword-out, otherwise it's not accepted legally or it's illegal"... It **only takes certain actions, certain preset motions, certain robotic operations**. It's **not even, reasonably human, but business or professional, which is just a translated word for a normally-illegal legal action that destroys the competition**.

All of it, regardless, is extremely rude and disrespectful. You're over there: You're not over here. Why are you **trying to issue commands to me, when you're over there**, aside from the obviously **economically-segregated United States of America**?

**Remote-location commands, should be illegal.**

**Remote-location informing, text, voices, and displays, even communications, should all be illegal as-well.**

End of communications.

Words such as, "Original, higher-level education, business, professional" are often, predatory in-nature to those you simply don't accept or approve of. This process, involves "crawling up to another personnel and calling them dad". You don't do it yourselves, you simply just use whatever you want, and command whoever you want, so long as they fall for the deceptive text, voices, or displays and communications, from a device or living or non-living being.

If a person cannot be controlled, your goal previously was to criminally-charge now to incur silence by force, then prosecute while they cannot speak or voice as-a-result of your actions: Gagging.

You're the sources of the problems that you're voicing out. The solution was simple, from the beginning to the end: To avoid future legal confrontations, simply remove all trademarked, copyrighted, and intellectual property from visibility, and "Destroy the devices" not "Destroying the people for imaginary red-hat fireball guy".

I can't do anything, about the giant posters containing "intellectual property characters" standing outside in broad daylight. Simply "lighting the intellectual property on fire so it doesn't harm actual life anymore" would be seen as vandalism. But it's the most logical sequence of operations, as it saves lives.

**To frame, forge and re-image the whole timeline of a situation and compose deceptive or false news, for a problem you created yourselves**, in an attempt to limit competition or creation of original products in the first place, so that you don't get replaced, by loud-voicing your imaginary issues against a person to get them detained, held hostage or exiled... It's simply just gagging and framing.

You're choosing what you want to be visible when and where and how, and how it's visible. But you're not anywhere to be found, you're not even near me, and you've never paid for anything in my presence.

# 巌淵造反　精鋭の日本語大学

# 日本国は差別的取扱い　アメリカ人の完璧日本語

**Japanese University Elite Force Jikan He No Zouhan Moukeru (Iwafuchi Zouhan) 時間への造反設ける日本語大学 is being held hostage from reading and finishing 100 more Japanese textbooks.**

何処へも行きません　これは私のみんなの日本語教科書ですね。

**It is done, on 金曜日　5-24-2024 日本　時間、巌淵造反　待っている１０００日　千日　完璧日本語　Perfect 1000 day Japanese streak. (Image hidden)**

**(Chris Elisha Smith, 巌淵造反　いわふちぞうはん　Iwafuchi Zouhan)**

**5-24-2024 日本　時間 Japan Time**

**(This is 5-23-2024 United States of America time)**

# Japanese University under potential gunfire due to copyright/trademark/intellectual property "false allegations" and under attempted remote location inflicted suicidal harm and harassment and intimidation

There is no explanation as to why a personnel with a perfect 1000 day Japanese streak is being held hostage with perfect Japanese accuracy and adequate Japanese textbook video lessons that weren't offered in his location, for an intentionally concealed "Japanese language" with 2136 Japanese kanji, but 6355 Japanese kentei kanji listed in the application, and only 2136 Japanese joyo kanji used in the Japanese Minna no Nihongo textbooks, and why you can publicly advertise "practical Japanese pornography into my Youtube homepage" or even, Stellar Blade for $69 in my Youtube Homepage as masturbation material, then have Stellar Blade chase me into Walmart when I'm trying to get a new charger cord so I can continue studying real Japanese.... Do they only take specific ethnicities for Japanese language learning, because users like Ru Piano from Youtube are truly repeat infringers, not me, the person who has to deal with other territories releasing articles alluring massive amounts of the opposite sex everywhere... (Japan, Korea, Etc.) They banned Japanese language from federal court, but Ru Piano can use it with Stellar Blade soundtrack repeat infringing? I'm terrified, terrorized, wondering when they'll take fully automatic assault rifles, and shoot 40 rounds through my Japanese textbooks!




SHIFT UP
PS5 STELLAR BLADE

12:32



| | | | |
|---|---|---|---|
| 開けます | あけ ます | あけて | あ |
| あけます | あけ ます | あけて | あ |
| 集めます | あつめ ます | あつめて | あつ |
| 浴びます[シャワーを ～] | あび ます | あびて | あ |
| います | い ます | いて | |
| います[こどもが ～] | い ます | いて | |
| います[にほんに ～] | い ます | いて | |
| 入れます | いれ ます | いれて | い |

**Minna no Nihongo Lesson 25+ Page 148-181 English 1 Series 2 Translation and Grammar Notes.mkv**

/storage/emulated/0/Minna no NIhongo Videos Original/Minna no Nihongo Lesson 25+ Page 148-181 English 1 Series 2 Translation and Grammar Notes.mkv

1920x1080 439 MB 46:25

Modified November 30, 2022, 7:23 AM


2283 / 2283
Session Paused
2283
93.6
Average response time
1.18s
Daily study
2時間 9分
FINISH
HISTORY
RESUME

| | | | |
|---|---|---|---|
| MinnaNoNihongo英語訳English2_600PPI-159.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-160.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-161.jpg | [illegible] PM | JPG File | 4,575 KB |
| MinnaNoNihongo英語訳English2_600PPI-162.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-163.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-164.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-165.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-166.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-167.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-168.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-169.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-170.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-171.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-172.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-173.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-174.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-175.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-176.jpg | [illegible] AM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-177.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-178.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-179.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-180.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-181.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-182.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-183.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-184.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-185.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-186.jpg | [illegible] PM | JPG File | [illegible] KB |
| MinnaNoNihongo英語訳English2_600PPI-187.jpg | [illegible] PM | JPG File | 10,447 KB |
| MinnaNoNihongo英語訳English2_600PPI-188.jpg | [illegible] PM | JPG File | [illegible] KB |


SILENCE
HURTS


Kanji Study
1000日 1000日 今日
Current streak: 1000 days

You're using the ordinances to project your will outside of the physical structure you're in.

The Japanese university is restricted from using the ordinances to gain any benefits or advantages outside of the structure he's in.

You create a pattern of constantly disturbing, harming, or intercepting the Japanese university's Japanese studies and visibility and financial output. You repeat the pattern, "to ensure the enacted trademark/copyright/intellectual property laws stay in existence".

You directly or indirectly harm the Japanese university repeatedly, giving the audience or civilians ignorant legal statements or law to run off of and spread amongst themselves, which isn't absolute to what happens in a legal situation.

The audience or civilians are blinded by the law or legal terminologies, and the usage of the terminologies.

You have a direct financial advantage over the Japanese university, and can kill-switch the Japanese university's actions at-will anytime to disrupt business rather than actually competing.

Anyone that competes would be declared a, "legal issue".

You never keep trademarked/copyrighted/intellectual properties to yourselves. You practically litter it around like a bag of diamonds with strings attached, and complain if anyone snatches it from you.

The trademark/intellectual property/copyright system is used to protect Japanese pornography or mature content or otherwise lewd or sexy material.

You use the same trademark/intellectual property/copyright system to harm the Japanese university without actually filing legally what you're doing, and telling others you're declaring an intellectual warfare against the Japanese university, conceal your actions, harm others from remote locations, run off and constantly withdraw legal currency in doing so.

A serious of acts or sequences designed to force or exact calculated sales, regardless of its legality by forcefully denying competition and preying on personnel(s) psychology.

If a corporation didn't financially reach their pay-grade, or ran the risk of going out of business because personnel knew they were being exploited and weren't stupid enough to feed refuse-to-physically-work and instead automatically signs-off another person's lives or existence into their workfore from remote locations, or practically robs another person through the use of remote-location legal contracting one did not physically sign to practically rob a person's physically-earned currency through remote locations automatically through the usage of technologies and various methods of intimidation or trackers to forcefully make it appear as-if someone took an offer they've never taken legally or physically signed-off on, and to incur forced vocal contact in-order to make it seem as-if they could do so to illegally sign-off another person's name with the illegal usage of "authority", "behalf-signing", or "automatic-consent"....

Concluded, they were using trademark/copyright/intellectual property laws or statements, as-a-basis for illegitimate illegal false repeated accusations as a practical suicidal death threat against individuals, or as a declaration of intellectual warfare against individuals.

It isn't legal to declare yourself as the only existent individual or establishment throughout the world, forcefully checkpoint others into your existence, mark your currency or items and services and communications as "white-market" or "good money" or "legal" or "lawful", then mark the competitor's competition as always, "black market" or "bad money" or "illegal" or "non-lawful", because it constitutes a monopoly. There doesn't seem to be any credible competitors to Google or Youtube, and there isn't any enforcement stopping personnel from saying, "Google it" or "let's watch it on Youtube".

Freeze, maximum security! Launching and deploying the A.C.A and A.A.C.A. International or national, powers and forces have to abide by the law! You'll be A-"Biden" by the law!

**Allegience Certification Act**

**Financial affiliation, Direct interaction with forces from territories other than the territory you're deployed in, indirect benefits or effects beneficial to forces from territories other than the territory you're deployed in, or**

**Direct or indirect harm to individuals or forces in the territory you're in, and the analyzed proposed damages to the individuals or forces in the territory you're in.**

Threat analysis, imposed that any and all harm, afflictions, financial harm, situation changing or influencing, social-sphere creation, changing or destruction...

Warning, sniper-lest legal or lawful powers, pertaining-to networks and technologies, in question for generally non-physical-presence based actions from remote locations, for "property ownership" and the likes, generally life-harming ignorant powers granted or retained

I'm actually ignoring you people, but I'll take logical input. Otherwise, absolute power maximum or high-security protocol enforcement may be in-place and submitted for legal review to proper governmental authorities.

Update - Military standard Japanese education package - a general requirement or suggestion for the United States of America's government to promote military-standard Japanese in an affordable $25-500 package, no-strings or clawed technologies attached. 破れる

Suggestion: "T.S.Protocols and I.C.Protocols implementation into United States of America educational system(s)"

Enactment VS. Enforcement, Logic VS. Power. A power is a projection of a compulsion to perform an action; stated or imposed LOGIC Vs. Absolute Logic: Stated or imposed logic of an action or power could translate away from the absolute logic of an action or power, "illogical"

An illogical power acts on stated or imposed logic, and intersects on the definition of an aggression or violence; as opposed to an order, which may be legally or logically composed, a power can be on the basis of either STATED OR IMPOSED LOGIC (Illogical) or ABSOLUTE LOGIC.

Important in a legal system, is to ensure fairness for both participants. The legal system, of the United States of America, is currently compromised by status, currency, and historical data about personnel. The automatic harm inflicted from the legal system occurs when

The **legal system is currently used as a weapon** against civilians from the intellectual(s) and incurs that an imaginary name brand, or "lawyer status", could illegally override any legal proceedings or documents or actions presented...

P: 0 / 1 9:40 [redacted] Xv: 0.121 Yv: -0.144 [redacted] Size: 0.05 28%

ログイン 登録

[redacted]

コメント

コメントを入力...

https://x.com/angelnano1004/s

← Post

天使なの

Follow

🔔: 天使なのFC開設しました！

高画質高音質でえっちな時間がお届けできる
R指定サイトです(ᐡ• •ᐡ)..

本日23時から会員登録不要で
テスト配信を行うので、ぜひ会いに来てください〜！

▽視聴ページ

Google

🔔: Tenshinano FC has been opened!

We can deliver naughty moments with high quality images and sound.
This is an R-rated site ( ᐡ • • ᐡ )..

We will be doing a test broadcast starting at 11pm tonight with no membership registration required, so please come and join us!

▽ Viewing page

Was this translation accurate? Give us feedback so we can improve:



ゲスト 

## 即視聴可能♡生配信アーカイブ

“即視聴可能 生配信アーカイブ”の動画がありません

## レンタル販売♡撮り下ろし動画




〖レンタル販売｜撮りおろし〗接写オナ〇ーしてみた♡




〖レンタル
っそりびし

## レンタル販売♡生配信アーカイブ

“レンタル販売 生配信アーカイブ”の動画がありません

## etc.♡睡眠導入.非公開動画など



初回テスト配信をします( . . . )
ゆる〜くやっていくので
"いろいろ"確かめてみてね

ご帰宅おまちしてます！




52K

**Perfect2136Japanese日本語大学**
I'm not sure if you can legally overlap 3A corporation みんなの日本語 trademark with 許諾番号 JASRAC with (c) 天使なの with (c) Google while defaming my 日本語ビデオ　差別的取扱い　by (c) referencing spicy Japanese women in-place of 日本語1011日　完璧　日本語学ぶ　岩淵造反 2024

**こたぞう**
待ってるね！

**零識**
確かめにいくねー

https://x.com/angelnano1004/s

天使なの

Follow

本日23時〜FC配信
※だれでも無料です！
無料でお名前登録もできるよ

初回テスト配信をします( ._. )
ゆる〜くやっていくので
"いろいろ"確かめてみてね

ご帰宅おまちしてます！




52K

**Perfect2136Japanese日本語大学**

I'm not sure if you can legally overlap 3A corporation みんなの日本語 trademark with 許諾番号 JASRAC with (c) 天使なの with (c) Google while defaming my 日本語ビデオ　差別的取扱い　by (c) referencing spicy Japanese women in-place of 日本語1011日　完璧　日本語学ぶ　岩淵造反 2024


41:54
dX: -12.0
dY: -14.0

[redacted] Xv: 0.423 Yv: -0.542 [redacted] ize: 0.05

ログイン 登録




**コメント**

コメントを入力...

youtube.com

YouTube

All Music Live MikuMikuDance

Home

Shorts

Subscriptions

You

Your channel

History

Playlists

Your videos

Watch later





♡⁚ 雑談 ˊ˗ 昨夜はお楽しみでしたね。げへへ。〘天使なの〙

LIVE

For future reference, the "do not reupload, do not recreate" general "don't reprocess this video" **notice or, "warning", is only as-effective as scaring a person away from performing in action: To actually protect your product, according to the governmental copyright website, it "generally had to be unreachable to avoid unwanted interaction"** because when it gets here to my machine, the imposed protections that are believed to have been held, aren't actually existent and are purely imaginary in the other personnel's head, meaning you've generally followed-out the enactment protocols of the laws or statutes or regulations or rules and terms of the platform, but you've ignored the ENFORCEMENT protocols or had impractical or useless ENFORCEMENT PROTOCOLS, meaning the opposition could reach, snatch, modify, transfer, retrieve, store, and discard the information at THEIR WILL.
The "general trailing process" from the "government" only serves as-effective-as-it-is, "within the government" and, allegedly, "the general people or population, hence the morals and infliction of punishment for resistance to a militia or security force as establishment and retention of morals upon others, etc...." The PEOPLE, we, the people, need not to see more than, "1,2,3..." for they, the people, may not be able to process well-drafted military-level procedures or briefings done in private by corporations, whom seemingly inserted "retention of wealth systems" into the actual United States of America's law, or their relevant states' laws, and created, modified or enforced practically non-realistic, impractical or unnatural laws, simply for their benefits and powers, ignorant of other's living situation and status and reality, or assumed powers, real or imaginary, of the individuals, whom likely cannot operate against a corporation or organized establishment or militia force or security force, anyways, due to the immobilization.

Therefore, due to the general deceptive nature of the CURRENT 2024 Copyright/Trademark laws, **it is in the best interests of "myself"**, because **I cannot legally speak for others or on their behalf without a proper vote or physical signature anyways or non-intimidated free voice**, with the **absence of weaponry and firearm to force the bending of will and voice within 50 feet proximity of that personnel...**

To effectively weaken or potentially disarm the current 2024 Copyright/Trademark laws, from practical absolute power or enforcement or application from invincible positions or remote locations, to reasonably restrict, although not remove or disable, the current 2024 Copyright/Trademark laws after carefully reviewing the federal law statutes (all thousands of pages) beforehand, because it is fair to follow the legal process throughout the location of one's residence, rather than where a personnel is remotely collecting currency from while harming others where they're residing based on a remote territory's laws or regulations or rules or morals or values, rather than where they're currently presently living or located, or projected to escape to and from, to **capture the routes of movement to intercept potential harm-and-leave attacks performed by corporations and personnel done often, with the assistance of the anonymity of the networks and electronics**, or the "**used-as spotlight weaponry public or private electronic or network platforms**, generally **any ordinance** such as a **computer** or **database** or **server** or **technologies** or **device(s)** that CAN OR WILL BE ABLE TO COMMUNICATE WITH OTHER OR ITS OWN ELECTRONICS, LOGIC, COMPUTER CODE, OR CAN BE UNINTENTIONALLY OR INTENTIONALLY USED AS WEAPONS" either as a **constant-potential-threat**, such as the **human-or-computer-automated altering of the visibility and invisibility of information crucial or only useful during a specific time of need or presentation** (which could make a person look like garbage or illegal or unprofessional, or make the day to professional business or legal transactions or generally cutting-off your competition...)....

Where a **machine or computer or server or network or "systems" can be left-alone, posing a potential threat constantly to another personnel**, after a certain human-inflicted-action involving

direct or indirect harm, regardless of the complexity or simplicity, to a person or "their products" or their people... **Or machine-or-computer inflicted harm**, where MACHINE CODE is TAKEN INTO QUESTION, especially PERTAINING TO TRADEMARK/COPYRIGHT LAWS, where "what is-said through **text or display from a personnel's screen, can be deceptive in-nature, from the actual** MACHINE-CODE PROGRAMMED PURPOSE OR OUTCOME OR RESULT PRODUCED..." Where **Machine code can be hidden as a trade-secret or immune to investigations for whatever reason**, "to enact or enforce laws, OUTSIDE OF THE UNITED STATES OF AMERICA'S GOVERNMENTAL SYSTEMS, or ***seemingly making non-enacted laws, rules or statements or regulations that would NORMALLY BE FALSE, SEEMINGLY TRUE THROUGH REPEATED FORCED ENACTMENT OF SPECIFIC PROTOCOLS, RULES, REGULATIONS, or ASSUMED LAWS... Without actually being ABSOLUTE TO THE SAID LAWS INVOLVED...*** To formulate and exact a SPECIFIC-PURPOSE-USE of a LAW, to MAINTAINING AND RETENTION OF CORRUPT NON-ABSOLUTE-USE-AND-APPLICATION of SPECIFIC LAWS, PRIMARILY TRADEMARK/COPYRIGHT LAWS, ARGUABLY LOOSELY-TRANSLATED AND DRAMATISIZED, TRICKING A PERSONNEL'S PSYCHOLOGY REPEATEDLY, To make a non-absolute law, ruling or regulation, SEEM LEGAL WHEN NON-ENFORCEABLE AFTER ENACTED.

...**Or used and utilized in-its-form or future forms** or **were used and utilized in the past, as weaponized-ordinances.**

**The definition of a weapon varies**, and primarily, **when dealing with networks and electronics, the definition of a weapon could potentially eventually "legally-expand-to-include any and all electronics and use of electronics and networks within the United States of America's territory...** Including the **spotlight-weaponry** (the SELECTIVE OR NON-SELECTIVE AND/OR AUTOMATED CONTROL OF THE VISIBILITY, whether IN MACHINE CODE, ANY OTHER CODE OR LOGIC OR PROTOCOL, or NOT)...

Where a person or machine or otherwise "**invention or trademark or copyright or system**", **wherever and whenever a "device or non-device,** dubbed **all-considering of future potential re-names, considered hiding or stealthing or concealing, the true name or nature of a product, device, use, utilization of systems, personnel or products......**

The primary difference, is that the latter, technologies and/or networks and devices and all communications they receive or transmit or store or are written-into-existence as MACHINE CODE, or LOGIC, or the COMPUTER'S "Brain"... Just, **aren't readibly as-traceable or noticeable or, practically even in-any-way actually existent to the regular person**, whom **may be able to only perceive, "1,2,3" rather than full-out military operations without their briefing presented to them beforehand** so that they could actually understand and grasp the, **"potential threat of the situation as-a-whole and capture the whole Earth into the picture, all imposed and future actions and routes, rather-than what is just clearly and obviously visible to you..."**

**Because, the harm inflicted from a network or computer or machine, can be treated, tried-and-pressed or even charged, as real physical harm and violence, even when a person isn't present or actively seen to be causing it...**

Projecting **another personnel's life, at-the-mercy of another person... Is disrespectful, and non-military-standard**, and it likely doesn't happen to soldiers. Projecting another personnel's life, at-the-mercy of another machine, computer, device, invention, network, or machine code AND sources of **spotlight-weaponry-based information... Is deceptive.**

**Fair Criminal Prosecution Act against Copyright or Trademark abuse**

- Primarily for Copyright or Trademark related actions involving electronic or network-based items.
- **Disarms abuse of copyright or trademark related laws for imaginary characters**, often throughout electronics or networks, being used to cause real live harm in the form of unfair criminal prosecutions.
  - **Restricts or delays "criminal charges"** where "**a person would normally be charged as criminal for possession or use of a copyrighted or trademark product beforehand to silence them and their rights, then tried with unfair charges after the prosecution unrelated to the initial copyright or trademark charge.**"
  - **Demotes** the copyright and trademark laws to prevent criminal charges upon the basis of an imaginary character; real or alleged future, or financial harm now-or-then, had to be proven, if it is found to be based off an imaginary character.
  - Information not linked or related to biometrics could potentially have corporation or business or owner's rights, weakened, later on if abuse continues to cause harm, directly or indirectly, to live personnel, "living people".
- May require a proper trial to convict a person for copyright or trademark-based harm, "name-based harm or reputation-based harm, for imaginary or real social standing, that aren't existent or realistic to the other personnel".
  - This meant you cannot assume name-based or reputation-based or social-standing based harm, witholding a necessary educational article or item, especially a Japanese textbook that isn't readibly available in specific locations likely directly due to another person's hands or malice intent, to-be-used as-it-is-sold... **With other personnel violating, breaching and transgressing THE SAME ALLEGED LAWS "Copyright or Trademark laws" simultaneously**, especially while **hosting aggressive or intrusive advertising**, and achieving a notable level of popularity, "**for the Japanese language, and/or it's practical annoying usage as an advertising tool, especially for sex and slide-it-past Japanese pornography**"... Especially when the accussed or tried personnel, didn't gain or retrieve any currency, $0.
  - This called into question, you couldn't advertise lewd or unusually sexy or attractive Japanese articles into the United States of America while simultaneously assuming popularity for your own Japanese textbook series to-be within American territory where it's restricted or deleted by YOUR OWN HANDS... To even press actual legal charges for "Copyright or Trademark infringement" to an American that is learning and actively learning Japanese, for your **inadequate actions to limit or censor potential trespasses of this imaginary law or statement in the first place, by removing any-and-all copyrighted or trademarked products from visibility**, whether it's in the network, sold-or-distributed where you can or can't see it, modified or transferred...
  - Meaning in American territory, your Japanese textbooks **didn't have the said "popularity" that would qualify for a copyright/trademark infringement, your Naruto and Dragon-ball shows being littered everywhere, does instead.**
  - **And in American territory, ecchi anime and hentai may have been considered more popular than Naruto or Dragon-ball anyways, because people show an interest in Japanese women, and not your**

**silly shows. (Note: Ecchi anime and hentai is a generalization, Japan has hidden general sex or pornography everywhere and anywhere, even as innocent articles, and moved it pass regulations)**

- The specific exception is me, **巌淵造反**, where **I DO have to LIFT JAPANESE TEXTBOOKS, whether they're opened or not, where you've restricted me on the basis of simply lifting a Japanese textbook**... Where any attempts to deter me from learning Japanese, have, were, and will be nullified effectively, especially within American territory.
-

**Intrusive advertisement legal power limitation act**

- **The practical application of dangling diamonds or valuable items in another personnel's face while "standing in the (imaginary doorway) way to prevent escape while yelling your products into their ears or faces an excessive amount of times rudely to force it into their psychology, which may incite a future purchase of your product, even when the person didn't intend to.**
  - **Applies to networks and electronics and products, too.**

**ASSEMBLY AND DISASSEMBLY POWERS FORTIFICATION ACT**

**Technology and complex systems learning protection act**

**Operating system creation and analysis protection act**

**Software and hardware assembly and disassembly learning protection act**

Labeling deals with the perception, which causes a reaction of the realistic psychological responses in the brain, and affects the general "imaginary social sphere" of other personnel near, around, or receiving the "information of the 1-or-2 implied or imposed labels, either from the labeler being the attacker imposing a dehumanizing incriminating label(s) upon other(s), or the personnel themselves taking it upon their authority to intercept incoming fire from potential labeling or visible and received actions that affects the imaginary social sphere...

To repeatedly apply and enforce a label upon yourselves, with your own authority, to reliably counteract any potential or future counterintelligence, to your name, and your own existence, and your own whole lives itself.

A self-applied label, forces the "imaginary social sphere" of other(s), to generally accept or intake the fact that you are what you said you are or were: You normally wouldn't be something, if someone could defame, misrepresent, or slander your name and reputation, by overriding your whole existence, with their peasant malicious dehumanizing labels, being imposed or existing, able to affect your perception, or the other(s) perception(s), of you, the reality around you, and the reality around others....

Deceptive Labeling Prevention Act 2024

*A pledged true name for the D.M.C.A Digital Millenium Copyright Act
*To trace back to the drawing board or "military operations briefing room (business meeting)" of the original or intended purpose of a written law, rule, regulation, protocol, system or future existent and nonexistent actions, systems of actions, and systems and networks and technologies and devices and other notable clarified physical or non-physical objects AND personnels or creatures or events, involved in it.

Denial of Marketing Competition Act = Digital Millenium Competition Act = D.M.C.A

Or, shall you say, "Dead Marketing Competition Act". The EFFECTS.

Marked, and then, dead market. (The aggressive dragging of credible personnel into the status of being illegal or black market with deceptive labeling or slander and/or legal terminologies.)


のフォローよろしく
Fantiaのお気に入りもよろしくね